# Exhibit "A"

# ERIKA **CONTRERAS** CRUZ

██████████████ Acuna, Coah. 26283 · Cell. ████████████

**Email · contreras_erika1@hotmail.com**

---

## EXPERIENCE

**FROM MARCH 2007 TO JULY 2011**

### ELITE TEAM SUPERVISOR, B-CONNECT, TORREON - COAHUILA

- Successfully managed a team of 30 people to accommodate the Elite Customers, (Celebrities, National figures and wealthy subscribers) according with their needs and wants for Telephone and Internet Services.
- Established Customer Service Procedures.
- Prepared numerous training agendas.

**FROM JULY 2003 TO MARCH 2007**

### SENIOR ACCOUNTANT, COMERCIALIZADORA DE INSUMOS AGROPECUARIOS S.A. DE C.V. TORREON - COAHUILA

- Maintained accounting controls by preparing and recommending policies and procedures.
- Kept records and documented security transactions, such as purchases, sales, conversions, redemptions, and payments, using computers, accounting ledgers, and certificate records.
- Prepared reports summarizing daily transactions and earnings for individual customer accounts.
- Computed total holdings, dividends, interest, transfer taxes and commission and allocate appropriate payments to customers.

**FROM JANUARY 1999 TO JULY 2003**

### ASSISTANT ACCOUNTANT, MASITAS A.C. (CNA) FRANCISCO I MADERO, COAH.

- Management of Bank Accounts and Investments
- Prepared financial statements
- Planned financial resources

## EDUCATION

**FROM 2012 TO PRESENT**

**PENDING, ATLANTIC CAPE COMMUNITY COLLEGE, MAYS LANDING NEW JERSEY**

- Associate in Applied Science - Accounting,
- English as Second Language Program

**FROM 1998 TO 2003**

**B.S. IN ACCOUNTING, FACULTAD DE CONTADURIA Y ADMINISTRACION TORREON COAHUILA MEXICO**
- B.S. in Accounting

## SKILLS

- Fluent spoken and written Spanish
- Strong command of spoken and written business English.
- Proficient in providing customer and personal services, including needs assessments and customer satisfaction evaluation techniques.
- Excellent communication, organizational and interpersonal skills.
- Proficient with all standard office equipment and computer applications such as MS Word, Excel, and Power point.

- Profound knowledge of principles and methods involved in making great sales of products or services.
- Excellent mathematical computations abilities.
- Knowledgeable in administrative and clerical procedures and systems with a proven ability to custom design forms, file and type.

## ACTIVITIES

- In my free time, I enjoy designing houses, so I am at the beginning of a family project which concise in building commercial premises for rent.

# Exhibit "B"



April 18, 2012

**Ms. Erika Contreras Cruz**
████████████
Linwood, NJ 08221

**SEMESTER**:   Fall 2012
**MAJOR**:       Business Administration, A.S.

Dear Ms. Contreras Cruz,

Congratulations on your acceptance to Atlantic Cape Community College.  The College has three campuses offering more than 40 degree programs.  Atlantic Cape is accredited by The Commission on Higher Education of the Middle States Association of Colleges and Schools.  In addition to academics, students can participate in clubs, organizations and athletics on campus.  Our goal is to provide you with the finest educational experience possible.

To assist you in your educational needs, it is important to assess your academic level.  If English is not your native language, **you will be required** to take the English as a Second Language (ESL) Placement Test before registering for classes, unless you can provide appropriate TOEFL or SAT scores.  Your ESL test results will determine if you need further English instruction before beginning your degree program.  If you need additional information on the program or courses that you wish to take, please review our current college catalog or visit the www.atlantic.edu.

If you have earned educational credentials in a country outside of the United States, the transcripts from any foreign colleges or secondary schools must be translated to English and evaluated through an agency such as the World Education Services, Inc. (www.wes.org) before being submitted to Atlantic Cape for evaluation.

International students are charged the foreign tuition rate for the first 24 credits (distance education credits do not count toward these 24 credits) and in-county rates thereafter.  We estimate an international student's first year's tuition and fees to be about $10,000USD ($18,500 for Culinary Arts students) and each subsequent year to cost about $3,500($9,000 for Culinary Arts students).  **Please note, books, supplies, personal and living expenses are not included in these figures.**  *Also, the tuition rate for the Allied Health and Culinary Arts Programs are higher.*

Once you secure your travel arrangements to the United States, please contact me so I can assist you in setting up a placement test appointment.  <u>**Although you cannot enter the U.S. more than 30 days before your program start date (item 5 on Form I-20), please make sure to arrive no later than August 24, 2012.**</u>  Upon your arrival to the College, please stop by my office in "J" building for a personal orientation and registration information.

**Again, congratulations and welcome to Atlantic Cape Community College.**

Sincerely,

*Kristin A. Fletcher*

Kristin A. Fletcher, DSO
Assistant Director, Admissions
Phone:  +1 (609) 343-4916
kfletche@atlantic.edu

# Exhibit "C"

An official website of the U.S. government   Skip Navigation



(b)(6),(b)(7)(c) Profile Logout

**Student & Exchange Visitor**
**Information System**

ROLES: DHSOFFICER

Get Plug-Ins

Main  Schools  Students  Programs  Exchange Visitors  Reports  Help
Message Board  Change Password

Enter SEVIS ID

# Atlantic Cape Community College

# FIN ID History

| F-1 Student | Atlantic Cape | Status: |
|---|---|---|
| **Contreras** | **Community College -** | **ACTIVE** |
| **Cruz, Erika** | **Atlantic Cape** | SEVIS ID: |
| | **Community College** | **N0009170337** |
| | Start Date: 09/04/2012 | |
| | End Date: 12/22/2017 | |

| GENDER | FEMALE | EMAIL | contreras_erika |
|---|---|---|---|
| DOB | ███ 79 | | 1@hotmail.com |
| PREFERRED NAME | Erika | | |
| | Contreras | U.S. ADDRESS | |
| | Cruz | | |
| PASSPORT NAME | | | |
| COUNTRY OF BIRTH | MEXICO | | Linwood , NJ |
| CITIZENSHIP | MEXICO | | 08221 |



| FIN ID | Source | Date Updated |
|---|---|---|
| 1044934222 | ADIS | 08/15/2012 |

Return

An official website of the U.S. government    Skip Navigation



Student & Exchange Visitor    (b)(6),(b)(7)(c)    Profile  Logout
Information System                     ROLES: DHSOFFICER

                                          Get Plug-Ins

Main  Schools  Students  Programs  Exchange Visitors  Reports  Help     Enter SEVIS ID
Message Board  Change Password

# Event History

| F-1 Student | Atlantic Cape Community College | Status: **ACTIVE** |
|---|---|---|
| **Contreras Cruz, Erika** | - Atlantic Cape Community College | SEVIS ID: |
| | Start Date: 09/04/2012    End Date: 12/22/2017 | ███████0337 |

| | | | |
|---|---|---|---|
| GENDER | FEMALE | EMAIL | contreras_erika1@ho |
| DOB | ████1979 | | tmail.com |
| PREFERRED NAME | Erika Contreras Cruz | U.S. ADDRESS | ████████████ |
| PASSPORT NAME | | | |
| COUNTRY OF BIRTH | MEXICO | | Linwood , NJ  08221 |
| CITIZENSHIP | MEXICO | | |

⊖

Enter the date range and click the button to filter by event date

Expand All      Search: [        ]

From: [        ]      To: [        ]      Filter

| Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|
| ADIS Departure | 07/10/2017 04:51:29 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ADIS Departure | 07/10/2017 03:56:40 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| Unified Repush | 03/04/2017 06:42:19 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | SEVIS Data Fix | |
| I-20 Reprinted | 02/17/2017 12:00:47 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 192.168.131.158 |
| Correction Request 19792740 Approval | 01/19/2017 13:47:15 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 10.16.33.12 |

| | Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|---|
| | ISS Change of Student Status | 01/19/2017 13:47:15 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 10.16.33.12 |
| ✛ | Change of Session Dates | 01/19/2017 13:47:15 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 10.16.33.12 |
| ✛ | Correction Request 19792740 - Request for Information | 01/19/2017 11:19:32 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 10.16.33.21 |
| ✛ | ADIS Arrival | 01/17/2017 19:34:36 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| | ADIS Arrival | 01/17/2017 18:09:33 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |

| | Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|---|
| ⊕ | ADIS Arrival | 01/17/2017 17:27:23 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ⊕ | Correction Request Status Change | 01/17/2017 11:14:56 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ⊕ | Correction Request 19792740 Submitted | 01/17/2017 11:14:24 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 192.168.131.158 |
| | Correction Request 19666737 Denial | 01/12/2017 20:25:12 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 10.16.33.22 |
| | ADIS Arrival | 01/11/2017 03:30:31 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |

| | Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|---|
| | ADIS Arrival | 01/06/2017 20:00:23 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ⊕ | Correction Request 19666737 - Request for Information | 01/04/2017 20:25:26 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 10.16.33.13 |
| ⊕ | Correction Request Status Change | 12/27/2016 17:21:58 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ⊕ | Correction Request 19666737 Submitted | 12/27/2016 17:21:55 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 192.168.131.158 |
| ⊕ | Terminate - User Termination | 09/12/2016 16:03:53 | TERMINATED | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 192.168.131.158 |

| | Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|---|
| ⊕ | ADIS Arrival | 09/07/2016 21:47:46 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ⊕ | Program Extension | 08/03/2016 13:19:24 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 130.156.192.141 |
| | Personal Information Updated | 07/11/2016 11:58:33 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 130.156.205.118 |
| | Telephone Information Added | 07/11/2016 11:58:33 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 130.156.205.118 |
| ⊕ | System Update: Current Session Start Date | 07/09/2016 08:29:41 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | SEVIS Maintenance | |

| | Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|---|
| | ADIS Arrival | 05/18/2016 19:38:33 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| | ADIS Departure | 04/29/2016 17:48:55 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ⊕ | Registration | 02/17/2016 10:39:02 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 130.156.193.12 |
| ⊕ | Registration | 02/09/2016 16:03:05 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 130.156.193.12 |
| | ADIS Arrival | 01/30/2016 19:48:43 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |

| Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|
| ADIS Departure | 01/17/2016 15:53:39 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ADIS Departure | 01/17/2016 15:34:31 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| Registration | 09/28/2015 12:10:19 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 130.156.192.209 |
| Program Extension | 09/28/2015 12:09:51 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 130.156.192.209 |
| ADIS Arrival | 08/31/2015 23:16:46 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |

(b)(7)(e)

| Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|
| ADIS Departure | 07/29/2015 22:19:57 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| Registration | 02/04/2015 11:34:04 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 130.156.193.71 |
| ADIS Arrival | 01/27/2015 00:47:36 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ADIS Departure | 01/02/2015 15:28:41 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| Program Extension | 12/11/2014 11:45:02 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 130.156.204.120 |

| Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|
| Registration | 09/16/2014 10:28:20 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | 130.156.193.5 |
| ADIS Arrival | 09/06/2014 09:21:48 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ADIS Departure | 07/25/2014 16:01:47 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| Registration | 02/11/2014 09:53:39 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | |
| ADIS Departure | 01/17/2014 23:09:44 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |

| Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|
| Registration | 09/18/2013 12:07:00 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | |
| ADIS Arrival | 06/30/2013 22:12:13 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ADIS Departure | 05/27/2013 11:42:21 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| Interface Repush | 02/25/2013 19:24:12 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | SEVIS Data Fix | |
| Interface Repush | 02/22/2013 19:28:29 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | SEVIS Data Fix | |

| Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|
| ADIS Arrival | 02/19/2013 14:02:10 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| Interface Repush | 01/30/2013 23:08:17 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | SEVIS Data Fix | |
| Registration | 01/28/2013 12:41:59 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | |
| ADIS Departure | 01/08/2013 17:42:33 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| Interface Repush | 09/10/2012 15:42:09 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | SEVIS Data Fix | |

(b)(7)(e)                                                                              7/30/2017

| Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|
| Registration | 09/07/2012 15:07:22 | ACTIVE | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | |
| Personal Information Updated | 08/24/2012 14:29:25 | INITIAL | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | |
| ADIS Arrival | 08/15/2012 10:14:57 | INITIAL | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| ADIS Arrival | 08/15/2012 05:38:05 | INITIAL | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| Updated Arrival Information | 08/09/2012 14:50:32 | INITIAL | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | |

SEVIS - Eligibility - EVENT History                                                    Page 15 of 15

| Event Name | Event Date | Resulting Status | Name of School Campus Name | School Code | Performed By | IP Address |
|---|---|---|---|---|---|---|
| NIV Interface | 07/20/2012 05:11:06 | INITIAL | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| I-901 Payment | 04/30/2012 21:09:38 | INITIAL | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | System Interface | |
| Record Created | 04/20/2012 10:01:19 | INITIAL | Atlantic Cape Community College Atlantic Cape Community College | NEW214F10605000 | (b)(6),(b)(7)(c) | |

Return

# Exhibit "D"

# ATLANTIC CAPE COMMUNITY COLLEGE
## Sponsorship Agreement Form for International Students
### This form must be completed and returned with the Application for Admission

Full Name: (please print)  _CONTRERAS  CRUZ    ERIKA_
          Family Name (Last)          Given Name (First)          Middle

Country of Birth  _Mexico_                Date of Birth  _____ 1979
                                                         Month    Day    Year

Country of Citizenship  _Mexico_          Program of Study  _BUSINESS ADMINISTRATION_

Home Address outside the U.S.: ████████████████████████████████
_GOMEZ PALACIO, DGO.  C.P. 35049_

I understand that my sponsor and I will be totally responsible for housing, transportation, tuition and fees and any other financial obligations while I am a student at Atlantic Cape Community College. **I have enclosed a check or money order for $10,000 toward my tuition and fees for the first academic year (12 credits per semester) or $18,500 if I am applying to the Academy of Culinary Arts program, and a non-refundable $100 application fee.** *I also understand that dormitory facilities do not exist on campus and transportation to and from the college is my responsibility.*

Name and Address of my Sponsor (please print):

_H Frank Fife_
████████████████
_Linwood, NJ 08221_

_H Frank Fife_                              _4/12/12_
Signature of Sponsor                        Date

---

## SPONSORSHIP AGREEMENT

I, _H Frank Fife_ **(name of sponsor)**, will act as the student's sponsor while he/she is attending Atlantic Cape Community College. This means that I accept responsibility for his/her tuition and fees, housing, transportation, personal needs and welfare. The information below is accurate and complete.

Name  _H Frank Fife_          Date of Birth (mm/dd/yyyy) ████████ 1939
Daytime Telephone ████████████   Social Security No. (optional) ███████ 2933
Address ███████████████ _LINWOOD, NJ 08221_

_H Frank Fife_                              _4/12/12_
Signature of Sponsor                        Date

Rev. MAR 2009

# Exhibit "E"

An official website of the U.S. government   Skip Navigation



**Student & Exchange Visitor Information System**

(b)(6),(b)(7)(c)   Profile  Logout

ROLES: DHSOFFICER

Get Plug-Ins

Main  Schools  Students  Programs  Exchange Visitors  Reports  Help  Message Board  Change Passw

## Student Information

Return To Search Results

| | | | |
|---|---|---|---|
| **View:**<br>Event History<br><br>FIN ID History<br><br>Form I-17<br><br>Request/Authorization Details<br><br>Employment Information<br><br>Corrections | F-1 STUDENT<br>Contreras Cruz, Erika | Atlantic Cape Community College - Atlantic Cape Community College<br>Start Date: **September 4, 2012**  End Date: **December 22, 2017** | Status: **ACTIVE**<br>Status Change Date:<br>**January 19, 2017**<br>SEVIS ID:<br>■■■■0337 |
| | | I-901<br>Fee<br>Paid | I-20 ISSUE<br>REASON: **CONTINUED ATTENDANCE** |

### Personal / Contact

| | |
|---|---|
| Gender<br>**FEMALE**<br>Date of Birth<br>■■■■ 1979   **Age 38**<br>Country of Birth<br>**MEXICO**<br>Country of Citizenship<br>**MEXICO**<br>U.S. Telephone<br>■■■■<br>Foreign Telephone | U.S. Address<br>■■■■<br>**Linwood,   NJ 08221**<br>Address Status<br><br>Foreign Address<br>■■■■<br>**Gomez Palacio,  Durango, 35049,  MEXICO** |

Email Address
**contreras_erika1@hotmail.com**

### Overall Remarks

**Student needed to unexpectedly leave the U.S. to address emergency family issues. Will try to return for the Spring 2017 semester.**

### Program

Education Level
**ASSOCIATE**
Major 1 and Name
**52.9999 - Business, Management, Marketing, and Related Support Services, Other**

### Registration

Initial Session Start Date
**September 4, 2012**
Current Session End Date
**May 19, 2017**
Next Session Start Date
**September 5, 2017**

**00.0000 - None**
Program Start Date
**September 4, 2012**
Program End Date
**December 22, 2017**

## English Proficiency

School Requires English Proficiency for
This Program
**No**
**English as a Second Language
courses are part of the program of
study, if needed.**

## Additional Names

Passport Name
Preferred Name
**Erika Contreras Cruz**
SEVIS Legacy Name
**Erika Contreras Cruz**

## Travel

Port of Entry
**DEL RIO, TX   ( DLR )**
Date of Entry
I-94 Admission Number
**96074407030**
Port of Departure
**(UNK)**
Date of Departure
**July 2, 2017**

## Passport

Passport Number
**G15099955**
Passport Expiration Date
**August 12, 2024**
Country of Issuance
**UNKNOWN**

## Financial

Study/Research Abroad

Thesis/Dissertation

## I-901 SEVIS Fee Payment

Transaction Type
**Payment**
Transaction Date
**April 29, 2012**
Transaction Amount
**$200.00**
Fee Payment / Cancellation
Receipt Number
(b)(6),(b)(7)(c)

## School

School Name
**Atlantic Cape Community
College**
School Code
**NEW214F10605000**
Campus Name
**Atlantic Cape Community
College**
School Status
**APPROVED**

## Visa

Visa Number
**G07163202**
Visa Issuance Date
Visa Expiration Date
**July 23, 2019**
Visa Issuance Post

| Expenses | | | Funding | | |
|---|---|---|---|---|---|
| Estimated | ...................**09 months** | | Student | ...................**09 months** | |
| Average | | | Funding | | |
| Cost for | | | for | | |
| Tuition | ...................**$10,000.00** | | Student's | ...................**$4,000.00** | |
| and Fees | | | Personal | | |
| | | | Funds | | |

| | | | |
|---|---|---|---|
| Living Expenses | ................$8,000.00 | Funds From This School | ................ $0.00 |
| Dependents Expenses | ................ $0.00 | School Fund Type | ................ 0 |
| Other Costs | ................$4,000.00 | Funds From Other Sources | ................$18,000.00 |
| Other Costs Comment | ................ Books, supplies, transportation, personal needs | Source Type | ...........Family./Sponsor Funds |
| | | On-Campus Employment | ................ $0.00 |
| **Total Expense** | ................$22,000.00 | **Total Funding** | ................$22,000.00 |

## Dependents

## Student Requests

| Request Type | Request Status | Receipt Number |
|---|---|---|
| **Extension** | **APPROVED** | |
| **Extension** | **APPROVED** | |
| **Extension** | **APPROVED** | |

Sun Jul 30 02:03:55 EDT 2017          U.S. Immigration and Customs
                                      Enforcement

# Exhibit "F"

Erika Contreras Cruz

Linwood, N.J. 08221

April 11, 2012

Dear Ms. Contreras Cruz,

The Trustees of the John G. and Elizabeth D. Steelman Foundation are pleased to award you a scholarship for the fall semester, 2012 and the spring semester 2013 at Atlantic Cape Community College in the amount of $3,500.

However, the amount of the award is based on maintaining passing grades and restricting the hours of work at the college to 12 hours per week. The purpose of this work restriction is to devote more time for study in order to maintain a satisfactory grade point average.

Any acknowledgment you may wish to make regarding this award should be sent to:

Elizabeth D. Steelman

Egg Harbor Township, N.J. 08234

The Trustees wish you success with your endeavors and hope this award will help you achieve your academic and personal goals.

Respectfully,

Robert N. Matthews, TTEE

H. Frank Fife, TTEE

# Exhibit "G"



# ATLANTIC CAPE
## COMMUNITY COLLEGE

## Confidential Financial Statement for International Students

International students planning to attend Atlantic Cape Community College must verify that sufficient resources are available to enable them to study in the United States. Students must confirm all identified funding sources and amounts for each source, totaling a minimum of $22,000 ($30,500 for Culinary Arts students) to cover anticipated costs. This amount reflects the costs associated with nine months of study (tuition and fees, living expenses, books, supplies, personal and miscellaneous expenditures) at Atlantic Cape Community College. The financial solvency of each international student, along with the student's academic progress, will be reviewed annually. Employment opportunities for individuals with student visas are very limited and should not be anticipated when identifying resources for U.S. study. *A completed Financial Statement must be on file before Atlantic Cape can issue an I-20.*

Full Name: (please print) __CONTRERAS CRUZ      ERIKA__

                            Family Name (Last)               Given Name (First)          Middle

Country of Birth __MEXICO__          Date of Birth ████████ / __1979__

                                                      Month   Day   Year

Country of Citizenship __MEXICO__       Program of Study __BUSINESS ADMINISTRATION__

Please complete this section to confirm the availability of funding to be used to cover all costs anticipated for an academic year of study at Atlantic Cape. List funding amounts by source:

| | |
|---|---|
| Personal funds | 4000 |
| Family funds | 8000 |
| Sponsor | 10000 |
| Other | |
| TOTAL | , $22,000 ($30,500 for Academy of Culinary Arts students) |

## ALL STUDENTS MUST COMPLETE THIS SECTION

I, __ERIKA CONTRERAS CRUZ__ _____ (name of student), certify from the sources noted above, that a minimum of $22,000 ($30,500 for Culinary Arts students) is available for my first year of undergraduate studies at Atlantic Cape Community College. Further, I realize that this amount may change from year to year in response to inflation and to increases in costs at Atlantic Cape Community College.

Student's signature _____     Date __12 DE ABRIL__

                                                                  __4/12/12__

Admissions Office • Atlantic Cape Community College
5100 Black Horse Pike   Mays Landing, New Jersey   08330-2699
*Phone* (609) 343-5000 • *Fax* (609) 343-4921 • www.atlantic.edu

# Exhibit "H"

**U.S. Department of Justice**
Immigration and Naturalization Service

Certificate of Eligibility for Nonimmigrant (F-1) Student
Status - For Academic and Language Students   (OMB NO. 1653-0038)

**Page 1**

Please read Instructions on Page 2
This page must be completed and signed in the U.S. by a designated school official.

**SEVIS**

Student's Copy
0337

1. Family Name:
   Contreras Cruz

   First (given) Name:           Middle Name:
   Erika

   Country of birth:             Date of birth(mo/day/year):
   MEXICO                        /1979

   Country of citizenship:       Admission number:
   MEXICO

   For Immigration Official User

2. School (School district) name:
   Atlantic Cape Community College
   Atlantic Cape Community College

   School Official to be notified of student's arrival in U.S.(Name and Title):
   Kristin Fletcher
   Senior Manager, Admissions

   School address (include zip code):
   5100 Black Horse Pike
   Mays Landing, NJ 08330-2699

   School code (including 3-digit suffix, if any) and approval date:
   NEW214F10605000        approved on 12/26/2002

   Visa issuing post     Date Visa Issued

   Reinstated, extension granted to:

3. This certificate is issued to the student named above for:
   Initial attendance at this school.

4. Level of education the student is pursuing or will pursue in the United States:
   ASSOCIATE

5. The student named above has been accepted for a full course of study at this school, majoring in Business, Management, Marketing, and Re . The student is expected to report to the school no later than 09/04/2012 and complete studies not later than 05/22/2015 . The normal length of study is    36    months.

6. English proficiency:
   English proficiency is not required because: English as a Second Language courses are part of the program of study, if

7. This school estimates the student's average costs for an academic term of    9    (up to 12) months to be:
   a. Tuition and fees                          $    10,000.00
   b. Living expenses                           $     8,000.00
   c. Expenses of dependents (0   )             $         0.00
   d. Other (specify): Books, supplie           $     4,000.00
      Total                                     $    22,000.00

8. This school has information showing the following as the student's means of support, estimated for an academic term of    9    months (Use the same number of months given in item 7).
   a. Student's personal funds                  $     4,000.00
   b. Funds from this school                     $         0.00
      Specify type:0
   c. Funds from another source                 $    18,000.00
      Specify type: Family/Sponsor Funds
   d. On-campus employment                       $         0.00
      Total                                      $    22,000.00

9. Remarks: Student has provided payment in full for first academic year's tuition and will reside with host family at no cost.

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 9 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school; the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized to issue this form.

    Kristin Fletcher        _Kristin A. Fletcher_      Senior Manager, Admissi-ons   04/20/2012     Mays Landing, NJ
    Name of School Official   Signature of Designated School Official   Title        Date Issued     Place Issued (city and state)

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

    _Erika Contreas Cruz_                                                       4/24/2012
    Name of Student              Signature of Student                           Date

    Name of parent or guardian   Signature of parent or guardian   Address (city)   (State or Province) (Country)   (Date)
    If student under 18

    Form I-20 A-B (Rev. 04-27-88)N          For Official Use Only
                                            Microfilm Index Number

Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested.

## INSTRUCTIONS TO DESIGNATED SCHOOL OFFICIALS

**1.** The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact or using any false document in the submission of this form. Designated school officials should consult regulations pertaining to the issuance of Form I-20 A-B at 8 CFR 214.3(k) before completing this form. Failure to comply with these regulations may result in the withdrawal of the school approval for attendance by foreign students by the Immigration and Naturalization Service (8 CFR 214.4).

**2. ISSUANCE OF FORM I-20 A-B.** Designated school officials may issue a Form I-20 A-B to a student who fits into one of the following categories, if the student has been accepted for full-time attendance at the institution: a) a prospective F-1 nonimmigrant student; b) an F-1 transfer student; c) an F-1 student advancing to a higher educational level at the same institution; d) an out of status student seeking reinstatement. The form may also be issued to the dependent spouse or child of an F-1 student for securing entry into the United States.

**When issuing a Form I-20 A-B, designated school officials should complete the student's admission number whenever possible to ensure proper data entry and record keeping.**

**3. ENDORSEMENT OF PAGE 3 FOR REENTRY.** Designated school officials may endorse page 3 of the Form I-20 A-B for reentry if the student and/or the F-2 dependents are to leave the United States temporarily. This should be done only when the information on the Form I-20 remains unchanged. If there have been substantial changes in item 4, 5, 7, or 8, a new Form I-20 A-B should be issued.

**4. REPORTING REQUIREMENT.** Designated school officials should always forward the top page of the form I-20 A-B to the INS data processing center at P.O. Box 140, London, Kentucky 40741 for data entry except when the form is issued to an F-1 student for initial entry or reentry into the United States, or for reinstatement to student status. (Requests for reinstatement should be sent to the Immigration and Naturalization Service district office having jurisdiction over the student's temporary residence in this country.)

**The INS data processing center will return this top page to the issuing school for disposal after data entry and microfilming.**

**5. CERTIFICATION.** Designated school officials should certify on the bottom part of page 1 of this form that the Form I-20 A-B is completed and issued in accordance with the pertinent regulations. The designated school official should remove the carbon sheet from the completed and signed Form I-20 A-B before forwarding it to the student.

**6. ADMISSION RECORDS.** Since the Immigration and Naturalization Service may request information concerning the student's immigration status for various reasons, designated school officials should retain all evidence which shows the scholastic ability and financial status on which admission was based, until the school has reported the student's termination of studies to the Immigration and Naturalization Service.

## INSTRUCTIONS TO STUDENTS

**1. Student Certification.** You should read everything on this page carefully and be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before you sign the student certification on the bottom part of page 1. **The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.**

**2. ADMISSION.** A nonimmigrant student may be admitted for duration of status. This means that you are authorized to stay in the United States for the entire length of time during which you are enrolled as a full-time student in an educational program and any period of authorized practical training plus sixty days. While in the United States, you must maintain a valid foreign passport unless you are exempt from passport requirements.

You may continue from one educational level to another, such as progressing from high school to a bachelor's program or a bachelor's program to a master's program, etc., simply by invoking the procedures for school transfers.

**3. SCHOOL.** For initial admission, you must attend the school specified on your visa. If you have a Form I-20 A-B from more than one school, it is important to have the name of the school you intend to attend specified on your visa by presenting a Form I-20 A-B from that school to the visa issuing consular officer. Failure to attend the specified school will result in the loss of your student status and subject you to deportation.

**4. REENTRY.** A nonimmigrant student may be readmitted after a temporary absence of five months or less from the United States, if the student is otherwise admissible. You may be readmitted by presenting a valid foreign passport, a valid visa, and either a new Form I-20 A-B or a page 3 of the Form I-20 A-B (the I-20 ID Copy) properly endorsed for reentry if the information on the I-20 form is current.

**5. TRANSFER.** A nonimmigrant student is permitted to transfer to a different school provided the transfer procedure is followed. To transfer schools, you should first notify the school you are attending of the intent to transfer, then obtain a Form I-20 A-B from the school you intend to attend. Transfer will be effected only if you return the Form I-20 A-B to the designated school official within 15 days of beginning attendance at the new school. The designated school official will then report the transfer to the Immigration and Naturalization Service.

**6. EXTENSION OF STAY.** If you cannot complete the educational program after having been in student status for longer than the anticipated length of the program plus a grace period in a single educational level, or for more than eight consecutive years, you must apply for extension of stay. An application for extension of stay on a Form I-538 should be filed with the Immigration and Naturalization Service district office having jurisdiction over your school at least 15 days but no more than 60 days before the expiration of your authorized stay.

**7. EMPLOYMENT.** As an F-1 student, you are not permitted to work off campus or to engage in business without specific employment authorization. After your first year in F-1 student status, you may apply for employment authorization on Form I-538 based on financial needs arising after receiving student status, or the need to obtain practical training.

**8. Notice of Address.** If you move, you must submit a notice within 10 days of the change of address to the Immigration and Naturalization Service. (Form AR-11 is available at any INS office.)

**9. Arrival/Departure.** When you leave the United States, you must surrender your Form I-94 Departure Record. Please see back side of your I-94 for detailed instructions. You do not have to turn in the I-94 if you are visiting Canada, Mexico, or adjacent islands other than Cuba for less than 30 days.

**10. Financial Support.** You must demonstrate that you are financially able to support yourself for the entire period of stay in the United States while pursuing a full course of study. You are required to attach documentary evidence of means of support.

**11. Authorization to Release Information by School.** To comply with requests from the United States Immigration & Naturalization Service for information concerning your immigration status, you are required to give authorization to the named school to release such information from your records. The school will provide the Service your name, country of birth, current address, and any other information on a regular basis or upon request.

**12. Penalty.** To maintain your nonimmigrant student status, you must be enrolled as a full-time student at the school you are authorized to attend. You may engage in employment only when you have received permission to work. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

**AUTHORITY FOR COLLECTING.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection or information. Send comments regarding this burden estimated or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S Department of Justice, Immigration and Naturalization Service (Room 2011), Washington, D.C. 20536; and to the Office of Management and Budget, Paperwork Reduction Project, OMB No. 1653-0038, Washington, D.C. 20503.

Form I-20 A-B (Rev. 04-27-88)N

IF YOU NEED MORE INFORMATION CONCERNING YOUR F-1 NONIMMIGRANT STUDENT STATUS AND THE RELATING IMMIGRATION PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY IMMIGRATION AND NATURALIZATION SERVICE OFFICE.

SEVIS

FAMILYNAME: Contreras Cruz          FIRST NAME:   Erika

Primary Major: _52.9999   Business, Management, Marketing, and Re

Student Employment Authorization:

Student's Copy

337

Employment Status:                                  Type:
Duration of Employment - From (Date):               To (Date):
Employer Name:
Employer Location:

Comments:

Event History
Event Name:                                         Event Date:

Current Authorizations:                             Start Date:      End Date:

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States. Each certification signature is valid for one year.

Name of School:

| Kristin Fletcher | | Senior Manager, Admissions | 04/20/2012 | Mays Landing, NJ |
|---|---|---|---|---|
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| | | | | |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| | | | | |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| | | | | |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |

Form I-20 A-B (Rev. 04-27-88)N

# Exhibit "I"



## SPONSOR'S AFFIDAVIT OF FREE ROOM AND BOARD

By completing this affidavit, you are swearing to the U.S. government that the student named below will live with you free of charge for room and board for the entire time he or she is a student at Atlantic Cape Community College. **The student cannot be required to provide you with any services, such as babysitting, cleaning, etc., in exchange for the room and board. Do not expect that the student will be able to help support the costs through employment. Student employment is strictly controlled by U.S. Citizenship & Immigration Services and is very limited.** You are also proving that you are the person who owns or rents the property and can afford the support you are promising.

### THIS IS MY SWORN PROMISE OF FREE ROOM AND BOARD

I, _H Frank Fife_ promise that _Erika Contreras Cruz_
Name of Sponsor (please print)                            Name of Student

will live free of any charge with me in my home at _____
                                                                              Number and Street (and Apt. No. if applicable)

_Linwood_          _NJ_          _08221_   Phone Number: _____
City                     State            Zip Code

I own (X)    rent ( )  this property.

**I will not require any type of service to be performed in exchange for this benefit.**

My relationship to the student is _Friend_ .

---

I swear the information I have provided above is true and correct.

_H Frank Fife_
**Signature of Sponsor**

Sworn and subscribed before me this _12_ (day) of _April_ (month), _2012_ (year).

_A.P. Chevalier_
**Signature and Seal of Notary**

REV. 12/2009

# Exhibit "J"



Page 3

IF YOU NEED MORE INFORMATION CONCERNING YOUR F-1 NONIMMIGRANT STUDENT STATUS AND THE RELATING
IMMIGRATION PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY
IMMIGRATION AND NATURALIZATION SERVICE OFFICE.

SEVIS

Student's Copy

FAMILYNAME: Contreras Cruz                    FIRST NAME:   Erika
Primary Major: 52.9999   Business, Management, Marketing, and Re                        1337
Student Employment Authorization:
Employment Status:                          Type:
Duration of Employment - From (Date):       To (Date):
Employer Name:
Employer Location:

Comments:

Event History
Event Name:                                 Event Date:

Current Authorizations:                     Start Date:      End Date:

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States.
Each certification signature is valid for one year.

Name of School:

|  |  |  | Senior Manager, Admissi-<br>ons | 04/20/2012 | Mays Landing, NJ |
|---|---|---|---|---|---|
| Kristin Fletcher |  |  |  |  |  |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |  |
| Carmen Cabrera | Carmen Cabrera | Admissions | 12-20-12 | Atlantic City, NJ |  |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |  |
| Carmen Cabrera | Carmen Cabrera | Admissions | 5-16-13 | Atlantic City NJ |  |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |  |
| Carmen Cabrera | Carmen Cabrera | Admissions | 12-17-13 | Atlantic City, NJ |  |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |  |
| Carmen Cabrera | Carmen Cabrera | Admissions | 12-9-14 | Atlantic City, NJ |  |

Form I-20 A-B (Rev. 04-27-88)N

**Department of Homeland Security**
**U.S. Immigration and Customs Enforcement**

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION.** You should read everything on this page carefully. Be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of the Form I-20 A-B. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20.** The Form I-20 (this form) is the primary document to show that you have been admitted to the United States and that you are authorized to apply for admission to the United States in F-1 class of admission. You must have your Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school named on your Form I-20.

**VISA APPLICATION.** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). If you have a Form I-20 from more than one school, be sure to present the Form I-20 for the school you plan to attend. Your visa will include the name of that school, and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION.** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20, 2) a valid F-1 visa (unless you are exempt from visa requirements), 3) a valid passport, and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon your first entry to the United States, you must report to the DSO at the school named on your Form I-20 and your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States, you must present a Form I-20 from the new school to a U.S. consular officer for a new F-1 visa that names the new school. Failure to enroll in the school, by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT.** Unlawful employment in the United States is a reason for terminating your F-1 status and deporting you from the United States. You may be employed on campus at your school. You may be employed off-campus in curricular practical training (CPT) if you have written permission from your DSO. You may apply to U.S. Citizenship and Immigration Services (USCIS) for off-campus employment authorization in three circumstances: 1) employment with an international organization, 2) severe and unexpected economic hardship, and 3) optional practical training (OPT) related to your degree. You must have written authorization from USCIS before you begin work. Contact your DSO for details. Your spouse or child (F-2 classification) may not work in the United States.

**PERIOD OF STAY.** You may remain in the United States while taking a full course of study or during authorized employment after your program. F-1 status ends and you are required to leave the United States on the earliest of the following dates: 1) the program end date on your Form I-20 plus 60 days, 2) the end date of your OPT plus 60 days, or 3) the termination of your program for any other reason. Contact your DSO for details.

**EXTENSION OF PROGRAM.** If you cannot complete the education program by the program end date on page 1 of your Form I-20, you should contact your DSO at least 15 days before the program end date to request an extension.

**SCHOOL TRANSFER.** To transfer schools, first notify the DSO at the school you are attending of your plan to transfer, then obtain a Form I-20 from the DSO at the school you plan to attend. Return the Form I-20 for the new school to the DSO at that school within 15 days after beginning attendance at the new school. The DSO will then report the transfer to the Department of Homeland Security (DHS). You must enroll in the new school at the next session start date. The DSO at the new school must update your registration in SEVIS.

**NOTICE OF ADDRESS.** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY.** F-1 students may leave the United States and return within a period of five months. To return, you must have: 1) a valid passport, 2) a valid F-1 student visa (unless you are exempt from visa requirements), and 3) your Form I-20, page 2, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO.

**AUTHORIZATION TO RELEASE INFORMATION BY SCHOOL.** DHS requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY.** To maintain your nonimmigrant student status, you must: 1) remain a full-time student at your authorized school, 2) engage only in authorized employment, and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

## INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(k) and 8 CFR 214.4 when issuing Forms I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports, DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20.** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status, 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school, or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student, to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that the form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no substantive changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there have been substantive changes, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING.** DHS may request information concerning the student's immigration status for various reasons. DSOs should retain all evidence of academic ability and financial resources on which admission was based, until SEVIS shows the student's record completed or terminated.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and DHS use this information to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 30 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection unless it form displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer/Forms Management Branch, U.S. Immigration and Customs Enforcement, 801 I Street NW Stop 5800, Washington, DC 20536-5800. Do not send the form to this address.

ICE Form I-20 (3/31/2018)

# Exhibit "K"



ATLANTICCAPE
COMMUNITY COLLEGE

FALL 2012
STUDENT

CONTRERAS CRUZ, ERIKA

8990

0895

i understand and affirm that

Signature

The information on the front of this card is true and correct. This card
remains the property of Atlantic Cape Community college and is
nontransferable. It must be presented upon demand to college
administrators and security personnel.
A fee will be assessed for replacement of lost, stolen or damaged
cards. This card is not intended for use as an identification card
except for admission to college-related activities and functions and for
use of college facilities.



Spring 2016   ATLANTIC CAPE
COMMUNITY COLLEGE
FALL 2012
STUDENT

CONTRERAS CRUZ, ERIKA

█████990

█████0895

# Exhibit "L"

CURRENT STUDENTS                                                      Welcome Erika!

# Transcript

0898990 Erika Contreras Cruz

| Course/Section and Title | Grade | Credits | CEUs | Repeat | Term |
|---|---|---|---|---|---|
| BUSN-211 ME01 Business Law II | B- | 3.00 | | | 2017SP |
| BUSN-247 MD01 Management Info Systems | A | 3.00 | | | 2017SP |
| ECON-111 ME01 Microeconomics | A | 3.00 | | | 2017SP |
| MATH-220 OL01 Statistical Methods | A | 4.00 | | | 2017SP |
| BUSN-102 MD01 Principles of Marketing | A | 3.00 | | | 2016SP |
| BUSN-120 MD01 Principles of Management | A | 3.00 | | | 2016SP |
| ENGL-102 MD03 Composition II | A- | 3.00 | | | 2016SP |
| MATH-122 OL01 College Algebra | B | 4.00 | | | 2016SP |
| ACCT-162 OL01 Microcomputer App Spreadsheets | A | 3.00 | | | 2015FA |
| ECON-110 MD02 Macroeconomics | A | 3.00 | | | 2015FA |
| ENGL-101 MD23 Composition I | A | 3.00 | | | 2015FA |
| SPAN-112 MD01 Elementary Spanish II | A | 3.00 | | | 2015FA |
| MATH-074 MD02 Introduction to Algebra II | B | 4.00 | | | 2015SP |
| ACCT-131 ME01 Managerial Accounting | A- | 4.00 | | | 2015SP |
| BUSN-101 MD01 Intro to Business | B+ | 3.00 | | | 2015SP |
| BUSN-210 MD01 Business Law I | A | 3.00 | | | 2015SP |
| ACCT-130 MD02 Financial Accounting | A | 4.00 | | | 2014FA |
| CISM-125 ME01 Intro to Computers | A | 3.00 | | | 2014FA |
| ENGL-080 MD08 Reading/Writing II | A | 3.00 | | | 2014FA |
| OSTM-110 MD01 Keyboarding Doc Prod I | A- | 3.00 | | | 2014FA |
| ESLN-093 AD03 Advanced ESL: Listen/Speak | A | 4.00 | | | 2014SP |
| ESLN-099 AD04 Strategies/American Classroom | B | 3.00 | | | 2014SP |
| ESLN-100 AD01 Academic Reading/Writing | B | 6.00 | | | 2014SP |
| ESLN-092 AD02 Advanced ESL II | C | 6.00 | | | 2013FA |
| ESLN-071 AD01 Fundamentals of Pronunciation | B | 3.00 | | | 2013FA |
| ESLN-090 AD01 Advanced ESL I | C+ | 6.00 | | | 2013FA |
| ESLN-072 AD04 Intermediate ESL II | B | 6.00 | | | 2013SP |
| ESLN-070 AD01 Intermediate ESL I | A | 6.00 | | | 2013SP |
| ESLN-062 AD02 Elementary ESL II | B+ | 6.00 | | | 2012FA |
| ESLN-060 AD01 Elementary ESL I | C+ | 6.00 | | | 2012FA |

Total Earned Credits    117.00
Total Grade Points      396.40
Cumulative GPA          3.388

OK

# Exhibit "M"

Atlantic Cape Community College

Mays Landing, NJ

Dean's List

Spring 2013

Erika Contreras Cruz

Vice President of Academic Affairs



July 15, 2013
Date

# Atlantic Cape Community College

## Mays Landing, NJ

## Dean's List

### Fall 2014

### Erika Contreras Cruz



Vice President of Academic Affairs

March 18, 2015
Date

Atlantic Cape Community College

Mays Landing, NJ

Dean's List

Spring 2015

Erika Contreras Cruz

Vice President of Academic Affairs



July 28, 2015

Date

# Atlantic Cape Community College

## Mays Landing, NJ

# Dean's List

## Spring 2016

### Erika Contreras Cruz

_____
Vice President of Academic Affairs



August 1, 2016
Date

# Atlantic Cape Community College

## Mays Landing, NJ

## Dean's List

### Spring 2017

Erika Contreras Cruz



Otto Hernandez, Ph.D.
Vice President of Academic Affairs

October 9, 2017
Date

# Exhibit "N"

**De:** United Airlines, Inc. <unitedairlines@united.com>
**Enviado:** viernes, 22 de abril de 2016 09:18 a. m.
**Para:** CONTRERAS_ERIKA1@HOTMAIL.COM
**Asunto:** eTicket Itinerary and Receipt for Confirmation EY1T93

## Receipt for confirmation EY1T93

 A STAR ALLIANCE MEMBER

United logo link to home page

United Airlines &#8211; Airline Tickets, Travel Deals and Flights

www.united.com

Find the latest travel deals on flights, hotels and rental cars. Book airline tickets and MileagePlus award tickets to worldwide destinations.

## Confirmation:
## EY1T93

Check-In >

## Issue Date: April 22, 2016

veler information

| | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| ERIKA | 0162489663658 | | 31E/8C |

ATION

1

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sat, 23APR16 | UA1130 | U | PHILADELPHIA, PA (PHL) **7:31 AM** | HOUSTON, TX (IAH -BUSH INTL) **10:19 AM** | 737-900 | Purchase |
| Sat, 23APR16 | UA4203 | U | HOUSTON, TX (IAH -BUSH INTL) **5:35 PM** | TORREON, MEXICO (TRC) **7:28 PM** | ERJ-145 | Purchase |

Flight operated by EXPRESSJET AIRLINES INC. doing business as UNITED EXPRESS.

# FARE INFORMATION

## Fare Breakdown

Form of Payment:
VISA
Last Four Digits
9030

- Airfare:

  441.00

  USD

- U.S. Transportation Tax:

  17.80

- September 11th Security Fee:

  5.60

- Mexico Tourism Tax:

  22.07

- U.S. Passenger Facility Charge:

  9.00

- Per Person Total:

  495.47

  USD

- eTicket Total:

  495.47

  USD

The airfare you paid on this itinerary totals: 441.00 USD

The taxes, fees, and surcharges paid total: 54.47 USD

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO
VALUE.

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Maximum weight and dimensions per piece of baggage Max wt / dim per piece |
|---|---|---|---|
| 4/23/2016 Philadelphia, PA (PHL) to Torreon, Mexico (TRC) | 25.00 USD | 40.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

- PQD are a Premier status requirement for members in the U.S. only.

- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## Additional Baggage Information

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**

# Exhibit "O"

**SECRETARÍA DE SALUD**
**CERTIFICADO DE DEFUNCIÓN**
ANTES DE LLENAR LEA LAS INSTRUCCIONES EN EL REVERSO

FOLIO

160215915

" COPIA (ROSA) Y LA 2ª COPIA (AZUL) AL REGISTRO CIVIL PARA OBTENER EL ACTA DE DEFUNCIÓN. SI EL CERTIFICADO O POR LOS SEMEFO, ÉSTOS CONSERVARÁN LA 1ª COPIA (ROSA), ÉSTOS ENTREGARLA AL INEGI LA INFORMACIÓN EN ESTE CERTIFICADO Y SU TRATAMIENTO ESTÁN PROTEGIDOS CONFORME A LA NORMATIVIDAD APLICABLE VIGENTE EN MATERIA DE TRANSPARENCIA Y PROTECCIÓN DE DATOS

**DEL FALLECIDO**

**1. NOMBRE DEL FALLECIDO(A)**
FELIPE — Nombre(s)
CONTRERAS — Apellido paterno
CRUZ — Apellido materno

**2. CURP** _____ RL019 | Se ignora ○99

**3. SEXO** Hombre ⊗1 Mujer ○2 | Se ignora ○9

**4. NACIONALIDAD** Mexicana ⊗1 Otra ○2 | Se ignora ○9

**5. ¿HABLABA ALGUNA LENGUA INDÍGENA?** Sí ○1 No ⊗2 Se ignora ○9

**6. PESO** 073.000 Kilogramos / Gramos

**7. TALLA** 1.71 Metros / Centímetros

**8. FECHA DE NACIMIENTO** Día ___ Mes 1 Año 9.68

**9. EDAD CUMPLIDA** Para menores de una hora — Minutos | Para menores de un día — Horas | Para menores de un mes — Días | Para menores de un año — Meses | Para personas de un año o más 047 Años cumplidos | Se ignora ○

**9.1** Para menores de un año escriba el número de folio del Certificado de _____

**10. ESTADO CONYUGAL** En unión libre ○4 Separado(a) ○6 Divorciado(a) ○3 Viudo(a) ○2 Soltero(a) ○1 Casado(a) ⊗5 Se ignora ○9

**11. RES** _____ permanente donde vivía el fallecido(a)
**11.1 Calle y número** Gomez Palacio
**11.2 Colonia**
**11.3 Localidad** Durango
**11.4 Municipio o delegación**
**11.5 Entidad federativa o país (si residía en el extranjero)**

**12. ESCOLARIDAD** Ninguna ○1 Primaria incompleta ○ Secundaria incompleta ○4 Bachillerato o preparatoria incompleta ○11 Profesional ⊗7 Se ignora ○99
Preescolar ○12 Primaria completa ○3 Secundaria completa ○5 Bachillerato o preparatoria completa ○6 Posgrado ○10

**13. OCUPACIÓN HABITUAL** Agricultor | Se ignora ○99
**13.1 Trabajaba** Sí ○1 No ○2 Se ignora ○9

**14. AFILIACIÓN A SERVICIOS DE SALUD** Ninguna ⊗1 ISSSTE ○3 SEDENA ○5 Seguro Popular ○7 Otra ○8
IMSS ○2 PEMEX ○4 SEMAR ○6 IMSS Oportunidades ○ Se ignora ○99
**14.1 Número de seguridad social o afiliación**

**15. SITIO DE OCURRENCIA DE LA DEFUNCIÓN** Secretaría de Salud ⊗1 IMSS ○3 PEMEX ○5 SEMAR ○7 Unidad médica privada ○9 | Vía pública ○10 Otro lugar ○12
IMSS Oportunidades ○ ISSSTE ○4 SEDENA ○6 Otra unidad pública ○ | Hogar ○11 Se ignora ○99
**15.1 Nombre de la unidad médica** Hospital General de Gomez Palacio
**15.2 Clave Única de Establecimientos de Salud (CLUES)**

**16. DOMICILIO DONDE OCURRIÓ LA DEFUNCIÓN**
**16.1 Calle y número** Palmas C y Heroe de Nacozari
**16.2 Colonia** Col. Bellavista
**16.3 Localidad** Gomez Palacio
Gomez Palacio — **16.4 Municipio o delegación**
Durango — **16.5 Entidad federativa**

**17. FECHA Y HORA DE LA DEFUNCIÓN** 29 04 2016 Día Mes Año | 15:45 Horas Minutos

**18. ¿TUVO ATENCIÓN MÉDICA DURANTE LA ENFERMEDAD O LESIÓN ANTES DE LA MUERTE?** Sí ○1 No ○2 Se ignora ○9

**19. ¿SE PRACTICÓ NECROPSIA?** Sí ○1 No ○2

**DE LA DEFUNCIÓN**

**20. CAUSAS DE LA DEFUNCIÓN** (Anote una sola causa en cada renglón. Evite señalar modos de morir-ejemplo: paro cardíaco, astenia, etc.)

| | | Intervalo aproximado entre el inicio de la enfermedad y la muerte | Uso exclusivo del personal registrado Código CIE |
|---|---|---|---|
| **PARTE I** Enfermedad, lesión o estado patológico que produjo la muerte directamente | a) Laceración y Hemorragia Cerebral Debido a (o como consecuencia de) | | |
| **Causas antecedentes** Estados morbosos, si existiera alguno, que produjeron la causa consignada arriba, mencionándose en último lugar la causa básica | b) Fractura de craneo Debido a (o como consecuencia de) | | |
| | c) Traumatismo craneoencefalico severo Debido a (o como consecuencia de) | 3 días | |
| | d) | | |

ENTREGUE EL ORIGINAL, L
DE DEFUNCIÓN FUE EXPED

160215915

Con motivo de ocurrir
la muerte, pero no relacionadas
con la enfermedad o estado
morboso que la produjo

**22. SI LA DEFUNCIÓN CORRESPONDE A UNA MUJER DE 10 A 54 AÑOS**

**22.1 Especifique si la muerte ocurrió durante:**

El embarazo ○1   El parto ○2   El puerperio ○3

43 días a 11 meses después del parto o aborto ○4   No estuvo embarazada en los últimos 11 meses previos a la muerte ○5

**22.2 ¿Las causas anotadas fueron complicaciones propias del embarazo, parto o puerperio?**
SI ○1   No ○2

**22.3 ¿Las causas anotadas complicaron el embarazo, parto o puerperio?**
SI ○1   No ○2

**21. CAUSA BÁSICA DE DEFUNCIÓN Código CIE**

**MUERTES ACCIDENTALES Y VIOLENTAS**

**23. SI LA MUERTE FUE ACCIDENTAL O VIOLENTA, ESPECIFIQUE**

**23.1 Fue un presunto**
Accidente ●1   Homicidio ○2
Suicidio ○3   Se ignora ○9

**23.2 ¿Ocurrió en el desempeño de su trabajo?**
Si ○1   No ●2
Se ignora ○9

**23.3 Sitio donde ocurrió la lesión**
Vivienda particular ○0   Área deportiva ○3
Vivienda colectiva (asilo, orfanato, etc.) ○1   Calle o carretera (vía pública) ●4
Escuela u oficina pública ○2   Área comercial o de servicios ○5
Área industrial (taller, fábrica u obra) ○6
Granja (rancho o parcela) ○7
Otro ○8
Se ignora ○9

**23.4 ¿Qué parentesco tenía el presunto agresor con el(la) fallecido(a)?**

**23.5 La defunción fue registrada en el Ministerio Público con el acta número:**

**23.6 Describa brevemente la situación, circunstancia o motivos en que se produjo la lesión**
Peaton fallecido atropellado por motocicleta

**23.7 Sólo en caso de accidente, anote el domicilio donde ocurrió la lesión**
Camino vecinal Viñedo-El Castillo   Loc. El Castillo
**23.7.1 Calle y número**   **23.7.2 Colonia**   **23.7.3 Localidad**
Gomez Palacio   Durango
**23.7.4 Municipio o delegación**   **23.7.5 Entidad federativa**

**DEL INF.**

**24. NOMBRE**
Hipolito   Contreras   Cruz
Nombre(s)   Apellido paterno   Apellido materno

**25. PARENTESCO CON EL(LA) FALLECIDO(A)**
Hermano

**DEL CERTIFICANTE**

**26. CERTIFICADA POR**
Médico tratante ○1   Médico legista ●2   Otro médico ○3   Persona autorizada por la Secretaría de Salud ○4   Autoridad civil ○5   Otro ○8

**27. SI EL CERTIFICANTE ES MÉDICO**
757391
Número de la cédula profesional

**28. NOMBRE**
Samuel   Banda   Gurrola
Nombre(s)   Apellido paterno   Apellido materno

**29. TELÉFONO**
8713532401

**30. DOMICILIO**
Vicefiscalia Cd. Lerdo

Dr. Samuel Banda Gurrola
MÉDICO CIRUJANO.
UJED CED. PROF. DGP

**32. FECHA DE CERTIFICACIÓN**
2 9 0 9 2 0 1 6
Día   Mes   Año

**DEL REG. CIVIL**

**33. LA DEFUNCIÓN FUE INSCRITA EN LA OFICIALÍA O JUZGADO**
Núm. _____, Libro Núm. _____
33.1 Acta Núm. _____

**34. LUGAR Y FECHA DE REGISTRO**
34.1 Localidad _____
34.2 Municipio o delegación _____   34.3 Entidad federativa _____   34.4 Día   Mes   Año

ATENCIÓN: EL PERSONAL DEL REGISTRO CIVIL DEBE REMITIR SEMANALMENTE ESTE ORIGINAL A LA SECRETARÍA DE SALUD

**INSTRUCTIVO PARA EL LLENADO DEL CERTIFICADO DE DEFUNCIÓN**

**INSTRUCCIONES GENERALES:**
• Debe ser expedido por un médico; de preferencia por el tratante, el que haya otorgado la última atención o el que haya asistido el fallecimiento. En lugares donde no haya médico, podrá ser expedido por otra persona autorizada por la Secretaría de Salud.
• Para el llenado de este Certificado, auxíliese con la información proporcionada por un familiar o persona legalmente responsable del fallecido(a). Si la defunción ocurrió en una unidad médica recurra al expediente clínico para obtener (o cotejar) la información.
• Llene en original y tres copias. Entregue a los familiares la original y las dos primeras copias con la instrucción de llevarlos al Registro Civil para obtener el Acta de Defunción. Si el Certificado fue expedido por los SEMEFO, éstos conservarán la 1ª, copia (rosa) para entregarla al INEGI, por lo que en este caso en que el familiar o interesado únicamente se le entregará el original y la 2ª copia (azul).

# Exhibit "P"



**U.S. Customs and Border Protection**
Securing America's Borders

## Most Recent I-94

**Admission (I-94) Record Number : 96074407030**

**Most Recent Date of Entry: 2016 May 12**

**Class of Admission : F1**

**Admit Until Date : D/S**

**Details provided on the I-94 Information form:**

| | |
|---|---|
| **Last/Surname :** | **CONTRERAS CRUZ** |
| **First (Given) Name :** | **ERIKA** |
| **Birth Date :** | 1979. ▆▆▆▆ |
| **Passport Number :** | ▆▆▆ 9955 |
| **Country of Issuance :** | **Mexico** |

Get Travel History

▶ **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

▶ **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

▶ **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date:03/31/2017

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

| | **Arrival Date**<br>Port of Entry | **Departure Date**<br>Port of Exit |
|---|---|---|
| **1** | **2016-05-12T00:00:00.0-04:00**<br>IAH - HOUSTON INTERCONTINENTAL | **2016-08-28T00:00:00.0-04:00** |
| **2** | **2016-01-18T00:00:00.0-05:00**<br>IAH - HOUSTON INTERCONTINENTAL | **2016-04-23T00:00:00.0-04:00**<br>HOU - HOUSTON, TX |
| **3** | **2015-08-13T00:00:00.0-04:00**<br>IAH - HOUSTON INTERCONTINENTAL | |
| **4** | **2015-01-18T00:00:00.0-05:00**<br>IAH - HOUSTON INTERCONTINENTAL | **2015-07-17T00:00:00.0-04:00**<br>HOU - HOUSTON, TX |
| **5** | **2014-08-27T00:00:00.0-04:00**<br>IAH - HOUSTON INTERCONTINENTAL | **2014-12-28T00:00:00.0-05:00**<br>HOU - HOUSTON, TX |

# Exhibit "Q"



Departure Number

642938102 20

Department of
Homeland Security

CBP I-94A (11/04)
Departure Record

ADMITTED
D/R

AUG 0 9 2012

Class
UntN   F1
       11038

D/S

Family Name
CONTRERAS CRUZ

First (Given) Name
ERIKA

Birth Date (Day Mo Yr)
79

Country of Citizenship
MEXICO

20120809 US-VISIT  20120809 MULTIPLE

VISA      UNITED STATES
          of AMERICA

Issuing Post Name
MONTERREY

Surname
CONTRERAS CRUZ

Given Name
ERIKA

Passport Number
202

Sex
F

Control Number
20122001450024

Visa Type /Class
R   F1

Nationality
MEX

Birthdate
979

Entries
M

Issue Date
19JUL2012

Expiration Date
22MAY2015

1011

Annotation
N0009170337
ATLANTIC CAPE COMMUNITY COLLEGE
MAYS LANDING, NJ

F3434725

* *

VNUSACONTRERAS<CRUZ<<ERIKA<<<<<<<<<<<<<<<<<<<
G071632023MEX7901092F1505225F1MTROGDND821196

















# Exhibit "R"









# Exhibit "S"



**ESTADOS UNIDOS MEXICANOS**
**ESTADO LIBRE Y SOBERANO DE**
**DURANGO**



93098

REGISTRO CIVIL
**ACTA DE DEFUNCION**

CLAVE UNICA DE REG. DE POBLACION

| OFICIALIA No. 10 | LIBRO No. 4 | ACTA No. 532 | FECHA DE REGISTRO DIA MES AÑO |
|---|---|---|---|
| LOCALIDAD CD. GOMEZ PALACIO | MUNICIPIO GOMEZ PALACIO | ENTIDAD FEDERATIVA DURANGO | 26/07/2016 |

**FINADO**

NOMBRE HIPOLITO        CONTRERAS        CRUZ        SEXO MASCULINO
NOMBRE(S)        PRIMER APELLIDO        SEGUNDO APELLIDO

ESTADO CIVIL  SOLTERO  EDAD  52  NACIONALIDAD  MEXICANA
AÑOS  MESES  DIAS  HORAS

DOMICILIO HABITUAL  CONOCIDO

NOMBRE DEL CONYUGE ————        NACIONALIDAD ————

NOMBRE DEL PADRE  RAMON CONTRERAS SISNEROS

NOMBRE DE LA MADRE  MARGARITA CRUZ VELAZQUEZ

**FALLECIMIENTO**

DESTINO DEL CADAVER CREMACION        PANTEON O CREMATORIO CREMATORIO PUERTA DEL CIELO

UBICACION GOMEZ PALACIO DURANGO        ORDEN No ——

FECHA DE DEFUNCION  28/06/2016        HORA  20:00:00

LUGAR  TERRENO BALDIO, EJIDO PUENTE LA TORREÑA GOMEZ PALACIO DURANGO

CAUSA(S) DE LA MUERTE

ANOXEMIA, ESTRANGULAMIENTO

NOMBRE DEL MEDICO QUE CERTIFICO LA DEFUNCION  DR. SAMUEL BANDA GURROLA

No. DE CEDULA PROFESIONAL  7673411

DOMICILIOCIVISEFISCALI DE CD. LERDO DURANGO

**DECLARANTE**

NOMBRE ARTURO ROSALES CABRAL        EDAD  53  AÑOS

NACIONALIDAD  MEXICANA        PARENTESCO NINGUNO

DOMICILIOAV. MINA # 578 SUR GOMEZ PALACIO DURANGO

**TESTIGOS**

NOMBREMANUEL AMADOR RODRIGUEZ        EDAD  47  AÑOS

NACIONALIDAD  MEXICANA  PARENTESCO NINGUNO  DOMICILIO PRIMERA DEL CERRO # 144 GOMEZ PALACIO DURANGO

NOMBRESESPERANZA CABRAL SALAZAR        EDAD  66  AÑOS

NACIONALIDAD  MEXICANA  PARENTESCO NINGUNO  DOMICILIO CALLE DIEZ # 381 FRACC. LOS ALAMOS GOMEZ PALACIO DUR

**FIRMAS**

DECLARANTE

TESTIGO        TESTIGO

Se dió lectura a la presente acta y conforme con su contenido lo ratifican y firman quienes en ella intervinieron y saben hacerlo, y quienes no imprimen su huella digital.

LA C. OFICIAL 10 DEL REGISTRO CIVIL.
DOY FE.

LIC. SABINA MARIA DEL CARMEN VALENZUELA ANTUNEZ

NOMBRE Y FIRMA

LA PRESENTE ACTA TIENE ANEXAS LAS ANOTACIONES SIGUIENTES

INTERESADO

# Exhibit "T"

28/12/2016

IMG-20161228-WA0006.jpg

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

**SEVIS ID: N0009170337**

| | | Class of Admission |
|---|---|---|
| **SURNAME/PRIMARY NAME** Contreras Cruz | **GIVEN NAME** Erika | |
| **PREFERRED NAME** Erika Contreras Cruz | **PASSPORT NAME** | **F-1** |
| **COUNTRY OF BIRTH** MEXICO | **COUNTRY OF CITIZENSHIP** MEXICO | |
| **DATE OF BIRTH** 1979 | **ADMISSION NUMBER** 96074407030 | **ACADEMIC AND LANGUAGE** |
| **FORM ISSUE REASON** CONTINUED ATTENDANCE | **LEGACY NAME** Erika Contreras Cruz | |

**SCHOOL INFORMATION**

| | |
|---|---|
| **SCHOOL NAME** Atlantic Cape Community College Atlantic Cape Community College | **SCHOOL ADDRESS** 5100 Black Horse Pike, Mays Landing, NJ 08330 |
| **SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL** Kristin Jackson Director, Admissions & College Recruitment | **SCHOOL CODE AND APPROVAL DATE** NEW214F10605000 26 DECEMBER 2002 |

**PROGRAM OF STUDY**

| | | |
|---|---|---|
| **EDUCATION LEVEL** ASSOCIATE | **MAJOR 1** Business, Management, Marketing, and Related Support Services, Other 52.9999 | **MAJOR 2** None 00.0000 |
| **PROGRAM ENGLISH PROFICIENCY** Not Required | **ENGLISH PROFICIENCY NOTES** English as a Second Language courses are part of the program of study, if needed. | **EARLIEST ADMISSION DATE** 05 AUGUST 2012 |
| **START OF CLASSES** 04 SEPTEMBER 2012 | **PROGRAM START/END DATE** 04 SEPTEMBER 2012 - 19 MAY 2017 | |

**FINANCIALS**

| **ESTIMATED AVERAGE COSTS FOR: 9 MONTHS** | | **STUDENT'S FUNDING FOR: 9 MONTHS** | |
|---|---|---|---|
| Tuition and Fees | $ 10,000 | Personal Funds | $ 4,000 |
| Living Expenses | $ 8,000 | 0 | $ 0 |
| Expenses of Dependents (0) | $ 0 | Family/Sponsor Funds | $ 18,000 |
| Books, supplies, transportation, misc. | $ 4,000 | On-Campus Employment | $ 0 |
| TOTAL | $ 22,000 | TOTAL | $ 22,000 |

**REMARKS**

Student needs two semesters to complete degree requirements for Business Admin, A.S.

**SCHOOL ATTESTATION**

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

X *Kristin Jackson*

| **SIGNATURE OF:** Kristin Jackson, Director, Admissions & College Recruitment | **DATE ISSUED** 03 August 2016 | **PLACE ISSUED** Mays Landing, NJ |
|---|---|---|

**STUDENT ATTESTATION**

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. **Parent or guardian, and student, must sign if student is under 18.**

X _____ Contreras Cruz

| **SIGNATURE OF STUDENT** | **DATE** |
|---|---|
| **NAME OF PARENT OR GUARDIAN** | X **SIGNATURE** | **ADDRESS (city/state or province/country)** | **DATE** |

ICE Form I-20 (3/31/2018)

Page 2

Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service in determine eligibility for the benefits requested.

**INSTRUCTIONS TO DESIGNATED SCHOOL OFFICIALS**

**1.** The law provides **severe penalties for knowingly and willfully falsifying or concealing a material fact or using any false document in the submission of this form.** Designated school officials should consult regulations pertaining to the issuance of Form I-20 A-B at 8 CFR 214.3(1) before completing this form. Failure to comply with these regulations may result in the withdrawal of the school approval for attendance by foreign students by the Immigration and Naturalization Service (8 CFR 214.4).

**2. ISSUANCE OF FORM I-20 A-B.** Designated school officials may issue a Form I-20 A-B to a student who fits into one of the following categories, if the student has been accepted for full-time attendance at the institution: a) a prospective F-1 nonimmigrant student, b) an F-1 transfer student, c) an F-1 student advancing to a higher educational level at the same institution, d) an out of status student seeking reinstatement. The form may also be issued to the dependent spouse or child of an F-1 student for securing entry into the United States.

When issuing a Form I-20 A-B, designated school officials should complete the student's admission number whenever possible to ensure proper data entry and record keeping.

**3. ENDORSEMENT OF PAGE 3 FOR REENTRY.** Designated school officials may endorse page 3 of the Form I-20 A-B for reentry if the student and/or the F-2 dependents is to leave the United States temporarily. This should be done only when the information on the Form I-20 remains unchanged. If there have been substantial changes in item 4, 5, 7, or 8, a new Form I-20 A-B should be issued.

**4. REPORTING REQUIREMENT.** Designated school officials should always forward the top page of the form (I-20 A-B) to the INS data processing center at P.O. Box 140, London, Kentucky 40741 for data entry except when the form is issued to an F-1 student for initial entry or reentry into the United States, or for reinstatement to student status. (Requests for reinstatement should be sent to the Immigration and Naturalization Service district office having jurisdiction over the student's temporary residence in this country.)

The INS data processing center will return this top page to the issuing school for disposal after data entry and microfilming.

**5. CERTIFICATION.** Designated school officials should certify on the bottom part of page 1 of this form that the Form I-20 A-B is completed and issued in accordance with the pertinent regulations. The designated school official should remove the carbon sheet from the completed and signed Form I-20 A-B before forwarding it to the student.

**6. ADMISSION RECORDS.** Since the Immigration and Naturalization Service may request information concerning the student's immigration status for various reasons, designated school officials should obtain all evidence which shows the scholastic ability and financial status on which admission was based, until the school has reported the student's termination of studies to the Immigration and Naturalization Service.

**INSTRUCTIONS TO STUDENTS**

**1. Student Certification.** You should read everything on this page carefully and be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before you sign the student certification on the bottom part of page 1. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**2. ADMISSION.** A nonimmigrant student may be admitted for duration of status. This means that you are authorized to stay in the United States for the entire length of time during which you are enrolled as a full-time student in an educational program and any period of authorized practical training plus sixty days. While in the United States, you must maintain a valid foreign passport unless you are exempt from passport requirements.

You may continue from one educational level to another, such as progressing from high school to a bachelor's program or a bachelor's program to a master's program, etc., simply by invoking the procedures for school transfers.

Form I-20 A-B (Rev. 04-27-88)N

**3. SCHOOL.** For initial admission, you must attend the school specified on your visa. If you have a Form I-20 A-B from more than one school, it is important to have the name of the school you intend to attend specified on your visa by presenting a Form I-20 A-B from that school to the visa issuing consular officer. Failure to attend the specified school will result in the loss of your student status and subject you to deportation.

**4. REENTRY.** A nonimmigrant student may be readmitted after a temporary absence of five months or less from the United States, if the student is otherwise admissible. You may be readmitted by presenting a valid foreign passport, a valid visa, and either a new Form I-20 A-B or a page 3 of the Form I-20 A-B (the I-20 ID Copy) properly endorsed for reentry if the information on the I-20 form is current.

**5. TRANSFER.** A nonimmigrant student is permitted to transfer to a different school provided the transfer procedure is followed. To transfer schools, you should first notify the school you are attending of the intent to transfer, then obtain a Form I-20 A-B from the school you intend to attend. Transfer will be effected only if you return the Form I-20 A-B to the designated school official within 15 days of beginning attendance at the new school. The designated school official will then report the transfer to the Immigration and Naturalization Service.

**6. EXTENSION OF STAY.** If you cannot complete the educational program after having been in student status for longer than the anticipated length of the program plus a grace period in a single educational level, or for more than eight consecutive years, you must apply for extension of stay. An application for extension of stay on a Form I-538 should be filed with the Immigration and Naturalization Service district office having jurisdiction over your school at least 15 days but no more than 60 days before the expiration of your authorized stay.

**7. EMPLOYMENT.** As an F-1 student, you are not permitted to work off campus or to engage in business without specific employment authorization. After your first year in F-1 student status, you may apply for employment authorization on Form I-538 based on financial needs arising after receiving student status, or the need to obtain practical training.

**8. Notice of Address.** If you move, you must submit a notice within 10 days of the change of address to the Immigration and Naturalization Service. (Form AR-11 is available at any INS office.)

**9. Arrival/Departure.** When you leave the United States, you must surrender your Form I-94 Departure Record. Please see back side of Form I-94 for detailed instructions. You do not have to turn in the I-94 if you are visiting Canada, Mexico, or adjacent islands other than Cuba for less than 30 days.

**10. Financial Support.** You must demonstrate that you are financially able to support yourself for the entire period of stay in the United States while pursuing a full course of study. You are required to attach documentary evidence of means of support.

**11. Authorization to Release Information by School.** To comply with requests from the United States Immigration & Naturalization Service for information concerning your immigration status, you are required to give authorization to the named school to release such information from your records. The school will provide the Service your name, country of birth, current address, and any other information on a regular basis or upon request.

**12. Penalty.** To maintain your nonimmigrant student status, you must be enrolled as a full-time student at the school you are authorized to attend. You may engage in employment only when you have received permission to work. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

**AUTHORITY FOR COLLECTING.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection or information. Send comments regarding this burden estimated or any other aspect of this collection of information, including suggestions for reducing this burden, to U.S. Department of Justice, Immigration and Naturalization Service (Room 2011), Washington, D.C. 20536, and to the Office of Management and Budget, Paperwork Reduction Project, OMB No. 1653-0038, Washington, D.C. 20503

# Exhibit "U"

**De:** United Airlines, Inc. <unitedairlines@united.com>
**Enviado:** jueves, 4 de agosto de 2016 05:38 p. m.
**Para:** CONTRERAS_ERIKA1@HOTMAIL.COM
**Asunto:** eTicket Itinerary and Receipt for Confirmation K251FF

## Receipt for confirmation K251FF

 | A STAR ALLIANCE MEMBER

United logo link to home page

## United Airlines &#8211; Airline Tickets, Travel Deals and Flights

www.united.com

Find the latest travel deals on flights, hotels and rental cars. Book airline tickets and MileagePlus award tickets to worldwide destinations.

## Confirmation:
## K251FF

Check-In >

## Issue Date: August 04, 2016

## Traveler information

**eTicket NumberFrequent FlyerNumberSeats**

**Traveler**
CONTRERASCRUZ/ERIKA   0162313014163                22E/34C/15A/10B

## FLIGHT INFORMATION

1

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Fri, 26AUG16 | UA1130L | | PHILADELPHIA, PA (PHL) **8:05 AM** | HOUSTON, TX (IAH -BUSH INTL) **10:32 AM** | 737-700 | Purchase |
| Fri, 26AUG16 | UA1944L | | HOUSTON, TX (IAH -BUSH INTL) **11:25 AM** | SAN ANTONIO, TX (SAT) **12:28 PM** | 737-900 | |
| Thu, 22SEP16 | UA6068L | | SAN ANTONIO, TX (SAT) **4:20 PM** | WASHINGTON, DC (IAD - DULLES) **8:52 PM** | ERJ 175 | Purchase |

Flight operated by MESA AIRLINES doing business as UNITED EXPRESS.

| | | | | | | |
|---|---|---|---|---|---|---|
| Thu, 22SEP16 | UA6178L | | WASHINGTON, DC (IAD - DULLES) **10:20 PM** | PHILADELPHIA, PA (PHL) **11:22 PM** | CRJ-700 | |

Flight operated by MESA AIRLINES doing business as UNITED EXPRESS.

# FARE INFORMATION

## Fare Breakdown

Form of Payment:
MASTERCARD
Last Four Digits
3159

- Airfare:

  281.86

  USD

- U.S. Transportation Tax:

  21.14

- U.S. Flight Segment Tax:

  16.00

- September 11th Security Fee:

  11.20

- U.S. Passenger Facility Charge:

  18.00

- Per Person Total:

  348.20

  USD

- eTicket Total:

  348.20

USD

The airfare you paid on this itinerary totals: 281.86 USD

The taxes, fees, and surcharges paid total: 66.34 USD

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Maximum weight and dimensions per piece of baggage Max wt / dim per piece |
|---|---|---|---|
| 8/26/2016 Philadelphia, PA (PHL) to San Antonio, TX (SAT) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 9/22/2016 San Antonio, TX (SAT) to Philadelphia, PA (PHL) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

- PQD are a Premier status requirement for members in the U.S. only.

- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus

3

# Exhibit "V"

8/21/2017                                              SEVIS - Eligibility - EVENT History

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ⊕ | Change of Session Dates | 01/19/2017 13:47:15 | ACTIVE | DHS Official |
| ⊕ | Correction Request 19792740 - Request for Information | 01/19/2017 11:19:32 | TERMINATED | DHS Official |
| ⊕ | ADIS Arrival | 01/17/2017 19:34:36 | TERMINATED | System Interface |
| | ADIS Arrival | 01/17/2017 18:09:33 | TERMINATED | System Interface |
| ⊕ | ADIS Arrival | 01/17/2017 17:27:23 | TERMINATED | System Interface |
| ⊕ | Correction Request 19792740 Status Update | 01/17/2017 11:14:56 | TERMINATED | System Interface |
| ⊕ | Correction Request 19792740 Submitted | 01/17/2017 11:14:24 | TERMINATED | Kristin Jackson |
| | Correction Request 19666737 Denial | 01/12/2017 20:25:12 | TERMINATED | DHS Official |
| | ADIS Arrival | 01/11/2017 03:30:31 | TERMINATED | System Interface |
| | ADIS Arrival | 01/06/2017 20:00:23 | TERMINATED | System Interface |
| ⊕ | Correction Request 19666737 - Request for Information | 01/04/2017 20:25:26 | TERMINATED | DHS Official |
| ⊕ | Correction Request 19666737 Status Update | 12/27/2016 17:21:58 | TERMINATED | System Interface |
| ⊕ | Correction Request 19666737 Submitted | 12/27/2016 17:21:55 | TERMINATED | Kristin Jackson |
| ⊖ | Terminate - User Termination | 09/12/2016 16:03:53 | TERMINATED | Kristin Jackson |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | | AUTHORIZED EARLY WITHDRAWAL |
| Remarks | Student needs two semesters to complete degree requirements for Business Admin, A.S. | Student needed to unexpectedly leave the U.S. to address emergency family issues. Will try to return for the Spring 2017 semester. |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ⊕ | ADIS Arrival | 09/07/2016 21:47:46 | ACTIVE | System Interface |
| ⊕ | Program Extension | 08/03/2016 13:19:24 | ACTIVE | Kristin Jackson |

8/21/2017                                    SEVIS - Eligibility - EVENT History

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ⊕ | Change of Session Dates | 01/19/2017 13:47:15 | ACTIVE | DHS Official |
| ⊕ | Correction Request 19792740 - Request for Information | 01/19/2017 11:19:32 | TERMINATED | DHS Official |
| ⊕ | ADIS Arrival | 01/17/2017 19:34:36 | TERMINATED | System Interface |
| | ADIS Arrival | 01/17/2017 18:09:33 | TERMINATED | System Interface |
| ⊕ | ADIS Arrival | 01/17/2017 17:27:23 | TERMINATED | System Interface |
| ⊕ | Correction Request 19792740 Status Update | 01/17/2017 11:14:56 | TERMINATED | System Interface |
| ⊕ | Correction Request 19792740 Submitted | 01/17/2017 11:14:24 | TERMINATED | Kristin Jackson |
| | Correction Request 19666737 Denial | 01/12/2017 20:25:12 | TERMINATED | DHS Official |
| | ADIS Arrival | 01/11/2017 03:30:31 | TERMINATED | System Interface |
| | ADIS Arrival | 01/06/2017 20:00:23 | TERMINATED | System Interface |
| ⊕ | Correction Request 19666737 - Request for Information | 01/04/2017 20:25:26 | TERMINATED | DHS Official |
| ⊕ | Correction Request 19666737 Status Update | 12/27/2016 17:21:58 | TERMINATED | System Interface |
| ⊖ | Correction Request 19666737 Submitted | 12/27/2016 17:21:55 | TERMINATED | Kristin Jackson |

| Field Changed | Old Value | New Value |
|---|---|---|
| Correction Type | | Student Status Change |
| Request Status | | REQUESTED |
| Correction Comments | | Student needed to return home for family reasons during the Fall 2016 - authorized early withdrawal. She intends to come back to Atlantic Cape for the Spring 2017 semester. |
| Request Status Date | | 27-DEC-16 |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ⊖ | Terminate - User Termination | 09/12/2016 16:03:53 | TERMINATED | Kristin Jackson |

8/21/2017                                    SEVIS - Eligibility - EVENT History

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ⊕ | Change of Session Dates | 01/19/2017 13:47:15 | ACTIVE | DHS Official |
| ⊕ | Correction Request 19792740 - Request for Information | 01/19/2017 11:19:32 | TERMINATED | DHS Official |
| ⊕ | ADIS Arrival | 01/17/2017 19:34:36 | TERMINATED | System Interface |
| | ADIS Arrival | 01/17/2017 18:09:33 | TERMINATED | System Interface |
| ⊕ | ADIS Arrival | 01/17/2017 17:27:23 | TERMINATED | System Interface |
| ⊕ | Correction Request 19792740 Status Update | 01/17/2017 11:14:56 | TERMINATED | System Interface |
| ⊕ | Correction Request 19792740 Submitted | 01/17/2017 11:14:24 | TERMINATED | Kristin Jackson |
| | Correction Request 19666737 Denial | 01/12/2017 20:25:12 | TERMINATED | DHS Official |
| | ADIS Arrival | 01/11/2017 03:30:31 | TERMINATED | System Interface |
| | ADIS Arrival | 01/06/2017 20:00:23 | TERMINATED | System Interface |
| ⊕ | Correction Request 19666737 - Request for Information | 01/04/2017 20:25:26 | TERMINATED | DHS Official |
| ⊖ | Correction Request 19666737 Status Update | 12/27/2016 17:21:58 | TERMINATED | System Interface |

| Field Changed | Old Value | New Value |
|---|---|---|
| Request Status | REQUESTED | PENDING |

| | Correction Request 19666737 Submitted | 12/27/2016 17:21:55 | TERMINATED | Kristin Jackson |
|---|---|---|---|---|

| Field Changed | Old Value | New Value |
|---|---|---|
| Correction Type | | Student Status Change |
| Request Status | | REQUESTED |
| Correction Comments | | Student needed to return home for family reasons during the Fall 2016 - authorized early withdrawal. She intends to come back to Atlantic Cape for the Spring 2017 semester. |
| Request Status Date | | 27-DEC-16 |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| **Correction Request 19792740 Approval** | 01/19/2017 13:47:15 | ACTIVE | DHS Official |
| **ISS Change of Student Status** | 01/19/2017 13:47:15 | ACTIVE | DHS Official |
| ⊖ **Change of Session Dates** | 01/19/2017 13:47:15 | ACTIVE | DHS Official |

| Field Changed | Old Value | New Value |
|---|---|---|
| Current Session End Date | 14-MAY-16 | 19-MAY-17 |
| Next Session Start Date | 29-AUG-16 | 05-SEP-17 |
| Length of Next Break/Vacation | 106 | 108 |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ⊖ **Correction Request 19792740 - Request for Information** | 01/19/2017 11:19:32 | TERMINATED | DHS Official |

| Field Changed | Old Value | New Value |
|---|---|---|
| Date of RFI | | 19-JAN-17 |
| Explanation for RFI | | A letter on your school letterhead signed by the P/DSO that in detail explains your issue and data fix request. Please include the following date information: a. date the student last attended classes b. date the student requested the Leave of Absence c. date the student departed the US d. date the student will return/returned to the US e. start date of next available session for the student f. date and time of VISA appointment (if applies) This letter should be scanned and emailed to sevishelpdesk@ice.dhs.gov. Please include my name "ARNETRICE" and Request ID number in the subject line. Failure to submit this letter within 4 business days will result in the request being denied. If you have any questions, please give me a call on 703-603-3476 OR 202-560-8420 7:30 am - 4:00 pm M - F (EST). Failure to contact me with 4 business days will result in the request being denied. Thank you, ARNETRICE |

8/21/2017                                      SEVIS - Eligibility - EVENT History

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ⊕ | Change of Session Dates | 01/19/2017 13:47:15 | ACTIVE | DHS Official |
| ⊕ | Correction Request 19792740 – Request for Information | 01/19/2017 11:19:32 | TERMINATED | DHS Official |
| ⊕ | ADIS Arrival | 01/17/2017 19:34:36 | TERMINATED | System Interface |
| | ADIS Arrival | 01/17/2017 18:09:33 | TERMINATED | System Interface |
| ⊕ | ADIS Arrival | 01/17/2017 17:27:23 | TERMINATED | System Interface |
| ⊕ | Correction Request 19792740 Status Update | 01/17/2017 11:14:56 | TERMINATED | System Interface |
| ⊖ | Correction Request 19792740 Submitted | 01/17/2017 11:14:24 | TERMINATED | Kristin Jackson |

| Field Changed | Old Value | New Value |
|---|---|---|
| Correction Type | | Student Status Change |
| Request Status | | REQUESTED |
| Correction Comments | | Student needed to return home for emergency family reasons during the Fall 2016 Semester – authorized early withdrawal was permitted. She intends to come back to Atlantic Cape for the Spring 2017 semester. |
| Request Status Date | | 17-JAN-17 |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | Correction Request 19666737 Denial | 01/12/2017 20:25:12 | TERMINATED | DHS Official |
| | ADIS Arrival | 01/11/2017 03:30:31 | TERMINATED | System Interface |
| | ADIS Arrival | 01/06/2017 20:00:23 | TERMINATED | System Interface |
| ⊖ | Correction Request 19666737 – Request for Information | 01/04/2017 20:25:26 | TERMINATED | DHS Official |

8/21/2017                                      SEVIS - Eligibility - EVENT History

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ⊕ **Change of Session Dates** | 01/19/2017 13:47:15 | ACTIVE | DHS Official |
| ⊖ **Correction Request 19792740 - Request for Information** | 01/19/2017 11:19:32 | TERMINATED | DHS Official |

| Field Changed | Old Value | New Value |
|---|---|---|
| Date of RFI | | 19-JAN-17 |
| Explanation for RFI | | A letter on your school letterhead signed by the P/DSO that in detail explains your issue and data fix request. Please include the following date information: a. date the student last attended classes b. date the student requested the Leave of Absence c. date the student departed the US d. date the student will return/returned to the US e. start date of next available session for the student f. date and time of VISA appointment (if applies) This letter should be scanned and emailed to sevishelpdesk@ice.dhs.gov. Please include my name "ARNETRICE" and Request ID number in the subject line. Failure to submit this letter within 4 business days will result in the request being denied. If you have any questions, please give me a call on 703-603-3476 OR 202-560-8420 7:30 am - 4:00 pm M - F (EST), Failure to contact me with 4 business days will result in the request being denied. Thank you, ARNETRICE |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ⊖ ADIS Arrival | 01/17/2017 19:34:36 | TERMINATED | System Interface |

| Field Changed | Old Value | New Value |
|---|---|---|
| Country of Issuance | | |
| Visa Number | G07163202 | G07163202 |
| Visa Issuance Date | | |
| Visa Expiration Date | 23-JUL-19 | 23-JUL-19 |
| Visa Issuance Post | | |

# Exhibit "W"

U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Person Query

7/2016 18:37 PM EST                Generated By:    (b)(6),(b)(7)(c)                Page 1 of 3

RECORD ID:     (b)(7)(e)

INFORMATION - PART I (0)

ON SUBJECT QUERY DETAILS INFORMATION

| Record ID | Entry Date | Update Date |
|---|---|---|
| (b)(7)(e) | 09/13/2016 | 09/13/2016 |

| d Status | | Category |

SUSPECT, ALIEN

Notification

o ctification

| y Action | Start Date | Stop Date |

EFER TO IMMIGRATION

| ame | First Name | Middle Name |

ERAS CRUZ     ERIKA

| 3) | Alias - First Name | Alias - Middle Name | Alias Type |
|---|---|---|---|
| Alias - Last Name | | | |
| CONTRERASCRUZ | ERIKA | | SYSTEM |
| CONTRERAS | ERIKA | | SYSTEM |
| CRUZ | ERIKA | | SYSTEM |

| val Status | | Hispanic Indicator |
| | | U - UNKNOWN |

| f Birth (1) | Race (0) | | Gender (0) |

/09/1979

(b)(3) : 49 USC 114r,(b)(7)(e)

EKS INFORMATION (2)

| Date | Remarks |
|---|---|
| 09/14/2016 | FOR POE ONLY: SEVIS ID# N0009170337 IS NO LONGER VALID. DO NOT ALLOW ENTRY AS F 1, F2, M1, M2, J1, OR J2 -F I-20/DS-2019 HAS THIS SEVIS ID WITHOUT VERIFYING ST ATUS IN SEVIS. IF SUBJECT IS OUT OF STATUS, TAKE APPROPRIATE ACTION THIS FLAG |
| 09/14/2016 | DOES NOT APPLY TO ENTRY WITH A DIFFERENT SEVIS ID OR OTHER CLASSES OF ADMISSION DO NOT USE AS THE SOLE MEANS FOR REFUSING ADMISSION OR BENEFIT. IF THIS SEVIS ID# IS VALID, REPORT DISPOSITION TO ICE SEVP   (b)(6)(b) |

ONAL DATA INFORMATION

| ame (0) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Weight | Hair (0) | Units | Eyes (0) | Scars/Marks/Tattoos |
| | 000 | | ENGLISH | | |

For Official Use Only // Law Enforcement Sensitive

U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Person Query

7/2016 18:37 PM EST          Generated By      (b)(6),(b)(7)(c)

ONAL IDENTIFICATION INFORMATION

ship (1)                                    SSN (0)              Residency Status

X. - MEXICO

PLACE INFORMATION (1)

Country                      State                    City

MEX - MEXICO

INFORMATION (0)

SION INFORMATION (2)

                                            Code
Site

COM - CENTRAL OFFICE WASHINGTON             SEVP - SEVIS STATUS CHANGE

COM - CENTRAL OFFICE WASHINGTON             SEVP - SEVIS STATUS CHANGE

PORT INFORMATION (0)

ESS INFORMATION (0)

RS LICENSE INFORMATION (0)

E INFORMATION (0)

NATE COMMUNICATION INFORMATION (0)

LLANEOUS INFORMATION (1)

Misc Number                                 Type
(b)(7)(c)                                   IG - LADEG NUMBER

NAL AFFILIATION INFORMATION (0)

ACT INFORMATION                             Telephone

ization                  Full Name          7036031 (b)(6),(b)(7)(c)

NT & EXCHANGE VISITOR PROGRAM    (b)(6),(b)(7)(c)

NUMBER INFORMATION (0)

R PRINT INFORMATION

Left                                        Right
Code        Description                     Code        Description

SE INFORMATION (0)

ANT INFORMATION (0)

ROFILE INFORMATION (0)

For Official Use Only / Law Enforcement Sensitive

For Official Use Only / Law Enforcement Sensitive

U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Person Query

Page 3 of 3

7/2016 18:37 PM EST        Generated By: (b)(6), (b)(7)(c)

AGE DECLARATION (CF6059) INFORMATION (0)

CIAL INFORMATION (0)

OYMENT INFORMATION (0)

LICENSE INFORMATION (0)

INFORMATION - PART II (0)

# Exhibit "X"

I94 - Official Website



## Most Recent I-94

**Admission (I-94) Record Number : 20242749185**

**Most Recent Date of Entry: 2017 January 03**

**Class of Admission : F1**

**Admit Until Date : D/S**

**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | **CONTRERAS CRUZ** |
| First (Given) Name : | **ERIKA** |
| Birth Date : | 1979 ███████ |
| Passport Number : | **G07163202** |
| Country of Issuance : | **Mexico** |

Get Travel History

▶ **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

▶ **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

▶ **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date: 03/31/2019

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

|    | Date       | Type      | Location     |
|----|------------|-----------|--------------|
| 1  | 2017-07-30 | Departure | Unavailable  |
| 2  | 2017-07-02 | Departure | Unavailable  |
| 3  | 2017-01-04 | Arrival   | DLR          |
| 4  | 2017-01-03 | Arrival   | DLR          |
| 5  | 2016-12-27 | Departure | DRT          |
| 6  | 2016-09-21 | Arrival   | Unavailable  |
| 7  | 2016-08-28 | Arrival   | Unavailable. |
| 8  | 2016-05-12 | Arrival   | HOU          |
| 9  | 2016-04-23 | Departure | HOU          |
| 10 | 2016-01-18 | Arrival   | HOU          |
| 11 | 2016-01-02 | Departure | HOU          |
| 12 | 2015-08-13 | Arrival   | HOU          |
| 13 | 2015-07-17 | Departure | HOU          |
| 14 | 2015-01-18 | Arrival   | HOU          |
| 15 | 2014-12-28 | Departure | HOU          |
| 16 | 2014-08-27 | Arrival   | HOU          |
| 17 | 2014-07-14 | Departure | HOU          |
| 18 | 2014-01-19 | Arrival   | HOU          |

| | Date | Type | Location |
|---|---|---|---|
| 19 | 2013-12-22 | Departure | HOU |
| 20 | 2013-06-25 | Arrival | HOU |
| 21 | 2013-06-20 | Arrival | DLR |

# Exhibit "Y"



**ATLANTIC CAPE**
COMMUNITY COLLEGE
*Opportunity Starts Here*

5100 Black Horse Pike Mays Landing, NJ 08330-2699
609-625-1111

**REGISTRATION COURSE CHANGE FORM**

LAST NAME CONTRERAS CRUZ  FIRST EDIKA  MAIDEN / MIDDLE

ADDRESS  NO.  STREET  BOX, RTE., OR APT

CITY LINWOOD  STATE NEW JERSEY  ZIP CODE 08221

COUNTY OF RESIDENCE  PHONE NUMBER

DATE OF BIRTH (MM/DD/YY)  1979

IS THIS A NEW ADDRESS? ☐ YES ☐ NO

STUDENT ID NUMBER: 0898990

TODAY'S DATE: 11-28-2016

E-MAIL

N=New  D=Drop  A=Add  W=Withdraw   ☐ Summer  ☐ Fall  ☑ Winter / Spring  ☑ Continuing Ed   YEAR:   ☐ JumpStart

| ACTION | | | | COURSE NUMBER | SECTION NUMBER | DAYS/TIME PERIOD | CREDIT HOURS |
|---|---|---|---|---|---|---|---|
| N | D | A | W | | | | |
| | | | | BUSN-211 BUSINESS LAW II | ME01 | W 7:00 PM-9:45 PM 1/17/2017 - 5/13/2017 | 3 |
| | | | | BUSN-247 MANAGEMENT INFO S. | MD01 | T 2:00 PM-4:45 PM 1/17/2017 - 5/13/2017 | 3 |
| | | | | ECON-111 Microeconomics | ME01 | T 7:00 PM-9:45 PM 1/17/2017 - 5/13/2017 | 3 |
| | | | | MATH-270 Statistical Methods | OL01 | TBD | 4 |

ADVISOR'S SIGNATURE  DATE

STUDENT'S SIGNATURE*  DATE 11-28-2016

INPUT SIGNATURE  DATE

**SECTIONS BELOW FOR OFFICE USE ONLY**

| Atlantic Cape Contacts | Payments/Chargeback/Financial Aid | *Student Accountability |
|---|---|---|

ADMISSIONS OFFICE: 609-343-5000
ENROLLMENT OFFICE: 609-343-5005
BUSINESS OFFICE: 609-343-5104
FINANCIAL AID OFFICE: 609-343-5082
TESTING OFFICE: 609-343-5099
CONTINUING EDUCATION: 609-343-4829

ML CAMPUS ADVISING OFFICE: 609-343-5621
AC CAMPUS ADVISING OFFICE: 609-343-4893
CM CAMPUS ADVISING OFFICE: 609-463-8114

FAX CREDIT FORM: 609-343-4894
FAX CONTINUING ED FORM: 609-343-4807

CHARGEBACK PROMISSORY   YES   NO
CHARGEBACK REC'D   YES   NO
TOTAL DUE: 1970.40
W/O CHARGEBACK:
FINANCIAL AID:
BALANCE DUE:
RECEIPT#
CASHIER:

* By signing above, I acknowledge and understand that making changes to my courses or withdrawing from courses may result in a balance due on my account and may affect my financial aid.

*STUDENT'S INITIALS:*

# Exhibit "Z"

**De:** United Airlines, Inc. <unitedairlines@united.com>
**Enviado:** miércoles, 19 de octubre de 2016 06:30 p. m.
**Para:** CONTRERAS_ERIKA1@HOTMAIL.COM
**Asunto:** eTicket Itinerary and Receipt for Confirmation C7VRH7

## Receipt for confirmation C7VRH7

 A STAR ALLIANCE MEMBER

United logo link to home page

United Airlines &#8211; Airline Tickets, Travel Deals and Flights

www.united.com

Find the latest travel deals on flights, hotels and rental cars. Book airline tickets and MileagePlus award tickets to worldwide destinations.

## Confirmation:
## C7VRH7

Check-In >

## Issue Date: October 20, 2016

## Traveler information

|  | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| **Traveler** | | | |
| CONTRERASCRUZ/ERIKA | 0162322419033 | | ---/---/23A/23F |

1

# FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 01DEC16 | UA1130A | | PHILADELPHIA, PA (PHL) **7:35 AM** | HOUSTON, TX (IAH -BUSH INTL) **10:21 AM** | 737-700 | Breakfast |
| Thu, 01DEC16 | UA1944A | | HOUSTON, TX (IAH -BUSH INTL) **11:35 AM** | SAN ANTONIO, TX (SAT) **12:39 PM** | 737-700 | |
| Wed, 28DEC16 | UA1166T | | SAN ANTONIO, TX (SAT) **3:30 PM** | HOUSTON, TX (IAH -BUSH INTL) **4:38 PM** | A-319 | |
| Wed, 28DEC16 | UA1089T | | HOUSTON, TX (IAH -BUSH INTL) **6:00 PM** | PHILADELPHIA, PA (PHL) **10:15 PM** | A-319 | Purchase |

# FARE INFORMATION

**Fare Breakdown**

Form of Payment:
VISA
Last Four Digits
4684

- Airfare:

  453.49

  USD

- U.S. Transportation Tax:

  34.01

- U.S. Flight Segment Tax:

  16.00

- September 11th Security Fee:

  11.20

- U.S. Passenger Facility Charge:

  18.00

- Per Person Total:

  532.70

  USD

2

- eTicket Total:

532.70

USD

The airfare you paid on this itinerary totals: 453.49 USD

The taxes, fees, and surcharges paid total: 79.21 USD

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO
VALUE.

Add Collect:   An additional amount for the difference in fare was charged to VISA
VIXXXXXXXXXXXX4684 on Thursday, October 20, 2016. $32.70 USD per ticket
for an additional total of $32.70 USD was collected.

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Maximum weight and dimensions per piece of baggage Max wt / dim per piece |
|---|---|---|---|
| 12/1/2016 Philadelphia, PA (PHL) to San Antonio, TX (SAT) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 12/28/2016 San Antonio, TX (SAT) to Philadelphia, PA (PHL) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

The service charges for standard first and second checked bags (within specified size and weight
limits) have been waived based on the fare purchased. Changes to the fare type purchased could
result in increased baggage service charges.

## Important Information about MileagePlus Earning

-

Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the
traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is
subject to the rules of the MileagePlus program

-

Once travel has started, accruals will no longer display. You can view your MileagePlus account
for posted accrual

3

# Exhibit "AA"

SIGMA Event: 9267608
Subject ID : 357761692

U.S. Department of Homeland Security

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| CONTRERAS CRUZ, Erika | | | | F | BLK | HAZ | MBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | Case No:DLR1712000074 A209827037 | 67 | 154 | |

| U.S. Address | | Scars and Marks |
|---|---|---|
| LINWOOD, NEW JERSEY, 08221, | | N/A |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single |
|---|---|---|---|
| 12/27/2016, DLR, 2001, LAND | DEL RIO, TEXAS | N/A | ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| GOMEZ PALACIOS, DURANGO, MEXICO | ISP |

| Date of Birth | Age: 37 | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 979 | | 12/27/2016 | SNA/DLR | DLR | 12/27/2016 1915 |

| City, Province (State) and Country of Birth | AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☒ | |
|---|---|---|
| GOMEZ PALACIOS,DURANGO,MEXICO | (b)(7)(c) | |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| MONTERREY, MEXICO F3434725 | None | Student | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| 07/19/2012 | None | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| N/A | N/A |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| N/A | N/A |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | I7A1 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 1044934222

Left Index fingerprint       Right Index fingerprint

(b)(7)(c)

RECORDS CHECKED       (b)(7)(e)
-----------------
CCD Pos

... (CONTINUED ON I-831)

Alien has been advised of communication privileges    12/27    (Date)

| Distribution: |
|---|
| A-FILE |
| AMCON |
| DLR POE |

Form I-213 (Rev 08/01/07)

U.S. Department of Homeland Security                    **Continuation**   ₔe for Form  I213

| Alien's Name<br>CONTRERAS CRUZ, Erika | File Number A209827037<br>SIGMA Event: 9267608<br>Event No: DLR1712000074 | Date<br>12/27/2016 |
|---|---|---|

O Neg
TECS Pos

SECTION CODES
-------------
212a7AiI

The basis for action is "Application for Admission Withdrawn."

This adverse action is an inadvertent withdrawal case for documentary deficiency only and does not merit cancelling or voiding subject's BCC/Visa on subsequent travels if subject has overcome the documentary deficiency.

On 12/27/2016 Erika Contreras Cruz, DOB [redacted] 1979 Foil# F3434725 applied for admission at the Del Rio, Texas Port of Entry as an F1 student. Contreras presented an expired Non-Immigrant F1 visa (Expired 05/22/2015) and duly issued F1 I-94# 64293810220 for D/S.

Upon being queried on Primary Lane 5 by CBPO Douglas Brackeen, Contreras returned a positive match to SEVIS TECS Record# P6146264500B18 dated 09/14/2016 indicating SEVIS# N0009170337 was no longer valid. CBPO [redacted] referred vehicle and occupants to secondary for further inspection.                                    (b)(7)(c)

During PPC interview CBPO Guadalup[redacted] scertained that Contreras was attending Atlantic Cape Community College at 5100 Black Horse Pike, Mays Landing, NJ. Contreras stated that in April 2016 she was notified by family members that her brother was a pedestrian and was struck by a motorcycle cycle which resulted in his death two days later. Contreras requested permission from the school to return to Gomez Palacios, Durango, Mexico to be with her family. Contreras returned to NJ in May 2016 to resume her F1 status.

Contreras also stated that in June 2016 she was once again notified another of her brother's had gone missing. In late August 2016 Contreras was notified her brother's body was found, and again, Contreras requested permission from school to be with her family. Contreras returned to Durango in late August 2016 and remained for approximately 28 days. Contreras returned to NJ in September 2016 but did not attend classes during the fall semester. During the 2016 fall semester Contreras support herself with the income her properties produce in Durango, Mexico. Contreras crossing history shows she crossed through the Del Rio, Texas Port of Entry on 09/21/2016 and was admitted as an F1 student and remained in NJ until she returned to Durango, Mexico for the Christmas Holidays.

Contreras concluded that Atlantic Cape Community College allowed her a six month period to attend to personal family matters in the wake of the death of her 2 brothers and provided her with a new ICS Form I-20 signed on August 03, 2016 allowing her to resume classes in January 2017. Contreras also provided payment receipt in the amount of $1,970.40 for the 2017 semester. Contreras in good faith was under the assumption that Atlantic Cape Community College granted her a leave of absence by providing her with a new I-20.

CBPO [redacted] confirmed SEVIS TECS Record showing SEVIS# N0009170337 was "Terminated". Today Contreras is inadmissible as an F1. As per SCBP [redacted] as processed for an Inadvertent I-275 and returned to Mexico. Contreras was advised she needed to apply for new F1 visa if she wished to resume her studies in the U.S.

(b)(7)(c)

| Signature | Customs Border & Protection Officer |
|---|---|

# Exhibit "AB"

FINS: 1044934222                   Subject ID : 357761692              Event No: DLR1712000074

U.S. Department of Homeland Security

# Withdrawal of Application for Admission/Consular Notification

Basis for Action *(check all that apply)*                SIGMA Event: 9267608          File No. A209 827 037

Date: 12/27/2016

☒  Application for Admission Withdrawn
·     Visa/BCC Canceled
☐  VWPP Refusal
☐  Ordered removed (inadmissible) by Immigration Judge -Section 235(b)(2)(order attached)
☐  Ordered removed (inadmissible) by DHS - Section 235(b)(1)(order attached)
☐  Waiver revoked (212)(d)(3) (order attached)
☐  Departure required (8 CFR 240.25) (Form I-213 attached)

Notice to: American Consul MONTERREY, NUEVO LEON., MEXICO          From:     DEL RIO, TX, POE
                          *(Location)*                                                *(Location)*

| | | |
|---|---|---|
| Name (FAMILY, Given, Middle) CONTRERAS CRUZ, Erika | | |
| Citizenship MEXICO | Country of birth GOMEZ PALACIOS, MEXICO | Date of birth ██████ 1979 |
| Complete foreign address (Mailing Address) GOMEZ PALACIOS DURANGO MEXICO | | |
| Complete U.S. address LINWOOD NEW JERSEY 08221 | | |
| Airline/Vessel of arrival HST7997 | Port of arrival DEL RIO, TX, INTL BRIDGE | Date of arrival 12/27/2016 2001 |
| Visa number, type P3434725 | Date, place of visa issuance 07/19/2012, MONTERREY, MEXICO | Social Security Number None |

Reasons (Include all pertinent facts concerning denial of application for admission, including use of altered, counterfeit or fraudulent documents):

**Right Index Finger**

The basis for action is "Application for Admission Withdrawn."

This adverse action is an inadvertent withdrawal case for documentary deficiency only
and does not merit cancelling or voiding subject's BCC/Visa on subsequent travels if
subject has overcome the documentary deficiency.

On 12/27/2016 Erika Contreras Cruz, DOB ████ 1979 Foil# F3434725 applied for admission
at the Del Rio, Texas Port of Entry as an F1 student. Contreras presented an expired
Non-Immigrant F1 visa (Expired 05/22/2015) and duly issued F1 I-94# 64293810220 for D/S.

Upon being queried on Primary Lane 5 by CBPO [                    ] ontreras returned a
positive...(CONTINUED ON I-831)
                          (b)(7)(c)

Continu[...]tach separate sheet as needed.

Customs Border & Prote[...]

Name and Title of Officer (Print)                                        Officer

Form I-275 (Rev. 08/01/07)

**TO BE COMPLETED BY ALIEN WHEN APPLICATION FOR ADMISSION WITHDRAWN**

I understand that my admissibility is questioned for the above reasons., which I have read or which have been read to me in the _____SPANISH_____ language. I request that I be permitted to withdraw my application for admission and return abroad. I understand that my voluntary withdrawal of my application for admission is in lieu of a formal determination concerning my admissibility:

☒ by an immigration officer      ☐ in removal proceedings before an immigration judge

Date: 12/7/2016
_____
Date

_____
Signature of alien

**INSTRUCTIONS**

For withdrawal procedures, see Inspections Field Manual Chapters 17.2 and 17.15. Aliens who appear inadmissible pursuant to section 235(b)(2) of the INA who elect to withdraw application for admission may choose at any time to appear before an immigration judge for a hearing in removal proceedings. Aliens who appear inadmissible pursuant to section 235(b)(1) or inadmissible pursuant to 8 CFR 217.4 are not entitled to a hearing before an immigration judge.

If a visa is canceled pursuant to 22 CFR 41.112 or a consular-issued Border Crossing Card is voided under authority of 22 CFR 41.32 or 8 CFR 212.6., forward original of I-275 to consular post which issued the canceled or voided document.

ATTACH:     Any lifted document
            Relating form I-213 or I-862 (Notice to Appear)
            Relating removal or waiver revocation order
            Any relating memorandum report or sworn statement

U.S. Department of Homeland Security                    Continuation ___e for Form  I275

| Alien's Name CONTRERAS CRUZ, Erika (b)(7)(c) | File Number A209 827 037 SIGMA Event: 9267608 Event No: DLR1712000074 | Date December 27, 2016 |
|---|---|---|

match to SEVIS TECS Record# P6146264500B18 dated 09/14/2016 indicating SEVIS# N0009170337 was no longer valid. CBP⬛⬛ (b)(7)(c) ⬛⬛rred vehicle and occupants to secondary for further inspection.

During PPC interview CBP⬛⬛ (b)(7)(c) ⬛⬛scertained that Contreras was attending Atlantic Cape Community College at 5100 Black Horse Pike, Mays Landing, NJ. Contreras stated that in April 2016 she was notified by family members that her brother was a pedestrian and was struck by a motorcycle cycle which resulted in his death two days later. Contreras requested permission from the school to return to Gomez Palacios, Durango, Mexico to be with her family. Contreras returned to NJ in May 2016 to resume her F1 status.

Contreras also stated that in June 2016 she was once again notified another of her brother's had gone missing. In late August 2016 Contreras was notified her brother's body was found, and again, Contreras requested permission from school to be with her family. Contreras returned to Durango in late August 2016 and remained for approximately 28 days. Contreras returned to NJ in September 2016 but did not attend classes during the fall semester. During the 2016 fall semester Contreras support herself with the income her properties produce in Durango, Mexico. Contreras crossing history shows she crossed through the Del Rio, Texas Port of Entry on 09/21/2016 and was admitted as an F1 student and remained in NJ until she returned to Durango, Mexico for the Christmas Holidays.

Contreras concluded that Atlantic Cape Community College allowed her a six month period to attend to personal family matters in the wake of the death of her 2 brothers and provided her with a new ICS Form I-20 signed on August 03, 2016 allowing her to resume classes in January 2017. Contreras also provided payment receipt in the amount of $1,970.40 for the 2017 semester. Contreras in good faith was under the assumption that Atlantic Cape Community College granted her a leave of absence by providing her with a new I-20.

CBP⬛⬛⬛onfirmed SEVIS TECS Record showing SEVIS# N0009170337 was "Terminated". Today Contreras is inadmissible as an F1. As per SCBPO⬛⬛⬛⬛⬛as processed for an Inadvertent I-275 and returned to Mexico. Contreras was advised she needed to apply for new F1 visa if she wished to resume her studies in the U.S.

(b)(7)(c)

| Signature | |
|---|---|
| | Customs Border & Protection Officer |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

# Exhibit "AC"

8/21/2017                          Atlantic Cape Community College Mail - Fwd: Request for Information



Carmen Cabrera <cabrera@atlantic.edu>

## Fwd: Request for Information

**Kristin Jackson** <kjackson@atlantic.edu>                          Thu, Jan 5, 2017 at 9:08 AM
To: Carmen Cabrera <cabrera@atlantic.edu>

Hi Carmen,

Finally received a request for evidence in reference to Erika's status.  Please see the list of items that we'll need
to provide.  Can you please find out the answers to B (do you have an email with the final confirmation that
she would be leaving?), C, and D?  We have to respond within four business days but I'd really like to get this
sent by COB today or tomorrow at the latest.

Thank you,
Kristin

---------- Forwarded message ----------
From: **SEVIS** <sysadmin.sevis@dhs.gov>
Date: Wed, Jan 4, 2017 at 8:25 PM
Subject: Request for Information
To: kjackson@atlantic.edu

*** DO NOT RESPOND TO THIS E-MAIL ***

Regarding the following correction request:
 Request ID: 19666737
 SEVIS ID: N0009170337
 Erika Contreras Cruz

This notice is to inform you that SEVP has begun processing your correction request.  However, additional
information must be submitted in order to complete this request.

The following documentation is required is required.

A letter on your school letterhead signed by the P/DSO that in detail explains your issue and data fix request.
Please include the following date information:
a. date the student last attended classes
b. date the student requested the Leave of Absence
c. date the student departed the US
d. date the student will return/returned to the US
e. start date of next available session for the student

This letter should be scanned and emailed to sevishelpdesk@ice.dhs.gov. Please include my name
(Stephanie) and Request ID 19666737 in the subject line. Failure to submit this letter within 4 business days
will result in the request being denied.

Regards,
Stephanie
202-210-3960

*Note: Failure to respond or comply with an RFI within four business days may result in a denial.

SEVIS Help Desk
1-800-892-4829

--
Kristin A. Jackson
Director, Admissions & College Recruitment

Atlantic Cape Community College
Admissions Office
5100 Black Horse Pike
Mays Landing, NJ 08330
609-343-4916 (*phone*)
609-343-4921 (*fax*)
kjackson@atlantic.edu

***Opportunity Starts Here***

**Office Hours:**
***Monday - Friday: 9:00am-5:00pm***



# Exhibit "AD"

**De:** United Airlines, Inc. <unitedairlines@united.com>
**Enviado:** miércoles, 4 de enero de 2017 01:52 p. m.
**Para:** CONTRERAS_ERIKA1@HOTMAIL.COM
**Asunto:** eTicket Itinerary and Receipt for Confirmation LQHC72

## Receipt for confirmation LQHC72

  | A STAR ALLIANCE MEMBER

United logo link to home page

United Airlines &#8211; Airline Tickets, Travel Deals and Flights

www.united.com

Find the latest travel deals on flights, hotels and rental cars. Book airline tickets and MileagePlus award tickets to worldwide destinations.

## Confirmation: LQHC72

Check-In >

## Issue Date: January 04, 2017

## Traveler information

|  | eTicket Number | Frequent FlyerNumber | Seats |
|---|---|---|---|
| **Traveler** |  |  |  |
| CONTRERASCRUZ/ERIKA | 0162330712700 |  | 22E/16D |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | AircraftMeal |
|---|---|---|---|---|---|

1

| Fri, 06JAN17 | UA927 E | SAN ANTONIO, TX (SAT) **11:00 AM** | HOUSTON, TX (IAH -BUSH INTL) **12:05 PM** | A-319 |
| Fri, 06JAN17 | UA6094E | HOUSTON, TX (IAH -BUSH INTL) **1:00 PM** | PHILADELPHIA, PA (PHL) **5:17 PM** | ERJ 175 Purchase |

Flight operated by MESA AIRLINES doing business as UNITED EXPRESS.

# FARE INFORMATION

**Fare Breakdown**

Form of Payment:
VISA
Last Four Digits
6769

- Airfare:

  474.42

  USD

- U.S. Transportation Tax:

  35.58

- U.S. Flight Segment Tax:

  8.20

- September 11th Security Fee:

  5.60

- U.S. Passenger Facility Charge:

  9.00

- Per Person Total:

  532.80

  USD

- eTicket Total:

  532.80

  USD

The airfare you paid on this itinerary totals: 474.42 USD

The taxes, fees, and surcharges paid total: 58.38 USD

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

## Baggage allowance and charges for this itinerary.

### Baggage fees are per traveler

| Origin and destination for checked baggage | 1st bag | 2nd bag | Maximum weight and dimensions per piece of baggage Max wt / dim per piece |
|---|---|---|---|
| 1/6/2017 San Antonio, TX (SAT) to Philadelphia, PA (PHL) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

- PQD are a Premier status requirement for members in the U.S. only.

- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

# Exhibit "AE"



**SEVIS Help Desk**
**Sent to:** Arnetrice at sevishelpdesk@ice.dhs.gov

**RE:** Contreras Cruz, Erika (SEVIS ID: N0009170337)
**Request ID:** 19792740

January 19, 2017

Dear Arnetrice:

My name is Kristin Jackson, Director of Admissions & College Recruitment and PDSO at Atlantic Cape Community College in New Jersey. Ms. Erika Contreras Cruz has attended Atlantic Cape since the Fall 2012 Semester. She has maintained status throughout the duration of her studies here. Her last semester of attendance was Spring 2016, January 19 through May 20.

On August 3, 2016, she contacted our DSO, Carmen Cabrera, to let her know that her family back in Mexico was having serious issues and she was going to need to return home. She stated that she fully intended to return to Atlantic Cape for the Spring 2017 Semester (start date: January 17). The student subsequently departed from the United States on August 29, 2016. She stated via email that she was permitted re-entry to the United States on January 4, 2017.

This letter serves to request the change of Erika's SEVIS status from Terminated to Active so she may continue her studies after her one semester leave of absence. Please contact me with any questions or if additional information is needed.

Best regards,

*Kristin Jackson*

Kristin A. Jackson, PDSO
Director, Admissions & College Recruitment

Atlantic Cape Community College
5100 Black Horse Pike
Mays Landing, NJ 08330-2699
(609) 343-4916
(609) 343-4921 (fax)
kjackson@atlantic.edu

# Exhibit "AF"



Carmen Cabrera <cabrera@atlantic.edu>

## Fwd: Approval Notification

Kristin Jackson <kjackson@atlantic.edu>                                    Thu, Jan 19, 2017 at 1:51 PM
To: Carmen Cabrera <cabrera@atlantic.edu>

Hi Carmen,

This is an approval notice for Erika's SEVIS record/status.  She is all set.  If she needs an extension to her
program (so she can finish during the Fall 2017 semester), she needs to apply for graduation, and show you
what she owes to graduate.  Then, you can extend her program end date to 12/22/2017.

Best regards,
Kristin

---------- Forwarded message ----------
From: **SEVIS** <sysadmin.sevis@dhs.gov>
Date: Thu, Jan 19, 2017 at 1:47 PM
Subject: Approval Notification
To: kjackson@atlantic.edu

*** DO NOT RESPOND TO THIS E-MAIL ***

Regarding the following correction request:
 Request ID: 19792740
 SEVIS ID: N0009170337
 Erika Contreras Cruz

This notice is to inform you that SEVP has approved the correction request. The SEVIS record(s) for this
student and all associated dependents have been updated as requested.  A designated school official should
review the corrected record(s) to ensure that all information is current and take any necessary action.

SEVIS Help Desk
1-800-892-4829

--
Kristin A. Jackson
Director, Admissions & College Recruitment

Atlantic Cape Community College
Admissions Office
5100 Black Horse Pike
Mays Landing, NJ 08330
609-343-4916 (*phone*)
609-343-4921 (*fax*)
kjackson@atlantic.edu

*Opportunity Starts Here*

# Exhibit "AG"

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID:  N0009170337

| | | |
|---|---|---|
| **SURNAME/PRIMARY NAME**<br>Contreras Cruz | **GIVEN NAME**<br>Erika | **Class of Admission** |
| **PREFERRED NAME**<br>Erika Contreras Cruz | **PASSPORT NAME** | **F-1** |
| **COUNTRY OF BIRTH**<br>MEXICO | **COUNTRY OF CITIZENSHIP**<br>MEXICO | |
| **DATE OF BIRTH**<br>████ 1979 | **ADMISSION NUMBER**<br>96074407030 | **ACADEMIC AND LANGUAGE** |
| **FORM ISSUE REASON**<br>CONTINUED ATTENDANCE – UPDATED | **LEGACY NAME**<br>Erika Contreras Cruz | |

## SCHOOL INFORMATION

| | |
|---|---|
| **SCHOOL NAME**<br>Atlantic Cape Community College<br>Atlantic Cape Community College | **SCHOOL ADDRESS**<br>5100 Black Horse Pike, Mays Landing, NJ 08330 |
| **SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL**<br>Carmen Cabrera<br>Admissions Specialist | **SCHOOL CODE AND APPROVAL DATE**<br>NEW214F10605000<br>26 DECEMBER 2002 |

## PROGRAM OF STUDY

| | | |
|---|---|---|
| **EDUCATION LEVEL**<br>ASSOCIATE | **MAJOR 1**<br>Business, Management, Marketing, and Related Support Services, Other 52.9999 | **MAJOR 2**<br>None 00.0000 |
| **PROGRAM ENGLISH PROFICIENCY**<br>Not Required | **ENGLISH PROFICIENCY NOTES**<br>English as a Second Language courses are part of the program of study, if needed. | **EARLIEST ADMISSION DATE**<br>05 AUGUST 2012 |
| **START OF CLASSES**<br>04 SEPTEMBER 2012 | **PROGRAM START/END DATE**<br>04 SEPTEMBER 2012 – 22 DECEMBER 2017 | |

## FINANCIALS

| **ESTIMATED AVERAGE COSTS FOR:** 9 MONTHS | | **STUDENT'S FUNDING FOR:** 9 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $  10,000 | Personal Funds | $   4,000 |
| Living Expenses | $   8,000 | 0 | $      0 |
| Expenses of Dependents (0) | $      0 | Family/Sponsor Funds | $  18,000 |
| Books, supplies, transportation, perso | $   4,000 | On-Campus Employment | $      0 |
| TOTAL | $  22,000 | TOTAL | $  22,000 |

## REMARKS

Student needed to unexpectedly leave the U.S. to address emergency family issues. Will try to return for the Spring 2017 semester.

## SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

| x *Carmen Cabrera, Admissions* | **DATE ISSUED** | **PLACE ISSUED** |
|---|---|---|
| **SIGNATURE OF:** Carmen Cabrera, Admissions Specialist | 17 February 2017 | Mays Landing, NJ |

## STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. **Parent or guardian, and student, must sign if student is under 18.**

| x | 2-17-17 |
|---|---|
| **SIGNATURE OF:** Erika Contreras Cruz | **DATE** |

| X | | |
|---|---|---|
| **NAME OF PARENT OR GUARDIAN** | **SIGNATURE** | **ADDRESS (city/state or province/country)** | **DATE** |

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

**SEVIS ID: N0009170337 (F-1)**          **NAME: Erika Contreras Cruz**

EMPLOYMENT AUTHORIZATIONS

CHANGE OF STATUS/CAP-GAP EXTENSION

AUTHORIZED REDUCED COURSE LOAD

CURRENT SESSION DATES

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|---|---|
| 17 JANUARY 2017 | 19 MAY 2017 |

TRAVEL ENDORSEMENT

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| (b)(6),(b)(7)(c) | Senior Manager, Adm | (b)(6),(b)(7)(c) X | 6/20/2017 | Atlantic City, NJ |
| | | X | | |
| | | X | | |

# Exhibit "AH"

**De:** United Airlines, Inc. <unitedairlines@united.com>
**Enviado:** lunes, 22 de mayo de 2017 05:54 p. m.
**Para:** contreras_erika1@hotmail.com
**Asunto:** Your United reservation for Monterrey, MX (MTY) is processing

Add UnitedAirlines@news.united.com to your address book. See instructions.

## UNITED                                         Monday, May 22, 2017

# Thank you for choosing United

 We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

Confirmation number:

# CLF6RK

Philadelphia, PA, US (PHL)
to Monterrey, MX (MTY)

Manage reservation

## Purchase summary

| | |
|---|---|
| 1 adult (18-64) | $421.00 |
| Taxes and fees | $164.45 |

1

**Total**                                                                                                    **$585.45**
Credit card payment: $585.45 (Visa-**6769)

## Trip summary
Sun, Jul 02, 2017

| | | |
|---|---|---|
| UA 737 | | 1 Connection |
| | | 8h 15m total |

**7:56 am**                    ✈        **10:25 am**                              Duration: 3h 29m
Philadelphia, PA, US (PHL)              Houston, TX, US (IAH -                    United Economy (Q)
                                        Intercontinental)                         Meals for purchase

🛜 Wi-Fi

ⓘ Long layover   ⓘ Terminal change

3h 10m Layover

UA 6117 Operated By MESA AIRLINES DBA UNITED EXPRESS

**1:35 pm**                     ✈        **3:11 pm**                               Duration: 1h 36m
Houston, TX, US (IAH -                   Monterrey, MX (MTY)                       United Economy (Q)
Intercontinental)

ⓘ Long layover   ⓘ Terminal change

Sat, Jul 29, 2017

UA 6157 Operated By MESA AIRLINES DBA UNITED EXPRESS                             1 Connection
                                                                                 10h 25m total

**11:25 am**                    ✈        **12:53 pm**                             Duration: 1h 28m
Monterrey, MX (MTY)                      Houston, TX, US (IAH -                    United Economy (S)
                                         Intercontinental)

ⓘ Long layover   ⓘ Terminal change

5h 25m Layover

2



| 6:18 pm | ✈ | 10:50 pm | | Duration: 3h 32m |
| Houston, TX, US (IAH - Intercontinental) | | Philadelphia, PA, US (PHL) | | United Economy (S) |
| | | | | Meals for purchase |

🛜 Wi-Fi   📺 DIRECTV®

ⓘ Long layover   ⓘ Terminal change

## Travelers

| Erika Contreras Cruz | PHL to IAH | 22E | Email address: | contreras_erika1@hotmail.com |
| | IAH to MTY | 17A | Home phone: | ███████████ |
| | MTY to IAH | 17A | | |
| | IAH to PHL | 27F | | |



SAVE up to 40% on base rates and
EARN up to 2,750 miles on rentals of 1 or more days

Terms apply.

Quote this offer

Economy Plus
Secure more legroom for your flight today.

Learn More



Need a hotel?
Enjoy special hotel rates*, exclusively for United flyers.

See deals

# Exhibit "AI"

**U.S. Department of Homeland Security**

**Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

Office: **HOUSTON, TX (AIRPORT), POE**

SIGMA Event: **14654285**
File No.: **A209 827 037**
Event Number : **ZHO1707000444**

Statement by: **CONTRERAS CRUZ, ERIKA**

In the case of: **ERIKA CONTRERAS CRUZ**

Date of Birth: ▮▮▮▮ **1979**     Gender (circle one):   Male  (Female)

At: **HOUSTON, TX (AIRPORT) (ZHO)** _____ Date: **July 30, 2017**

Before: **HECTOR PEREZ** _____ **CBP OFFICER**
(Name and Title)

In the **ENGLISH** _____ language. Interpreter _____ Employed by _____

I am an officer of the United States Department of Homeland Security. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review.

U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

Q. Do you understand what I have said to you?
A. Yes.

Q. Do you have any questions?
A. No.

Q. Are you willing to answer my questions at this time?
A. Yes.

Q. Do you swear or affirm that all the statements that you are about to make are true and complete?
A. I'm sorry, can you repeat the last part. Some words are still confusing to me.

Q. Do you swear or affirm that all the statements that you are about to make are true and complete?
A. Yes.

...(CONTINUED ON I-831)

Page 1 of __7__

I-867A (08/01/07)

U.S. Department of Homeland Security      **Continuation Page for Form** I-867A

| Alien's Name | File Number A209 827 037 | Date |
|---|---|---|
| CONTRERAS CRUZ, ERIKA | SIGMA Event: 14654285<br>Event No: ZHO1707000444 | July 30, 2017 |

Q. What is your true and complete name?
A. Erika Contreras Cruz.

Q. Have you ever used any other names or alias?
A. No.

Q. What is your date of birth?
A. ███████ 1979.

Q. In what country were you born?
A. Mexico.

Q. Of what country are you a citizen?
A. Mexico.

Q. Are you a citizen of any other country?
A. No.

Q. Where do you currently reside?
A. Here in the U.S. for school. 2222 Grammercy Ave., Linwood, NJ.

Q. Who do you live with?
A. Frank and Dorcas Fife.

Q. What is Frank and Dorcas Fife immigration status in the U.S.?
A. They are American Citizens.

Q. Who is Frank and Dorcas Fife?
A. They are friends, sponsors.

Q. What do you mean sponsors?
A. They provide me food, they help me with my school, house.  Sometimes they help me to buy my books.  Sometime they lend me money and I pay them later.

Q. How much money have they lent you?
A. Some times for tuition, $1800 like four times.  When something happened, my brothers died and they lend me $1000.00 to go home.  I withdrew from school in August 2016.

Q. How is it that Frank and Dorcas Fife are your sponsors?
A. We were talking about that I have an accounting career in the final of 2011.  I am an account in Mexico, he is a financial advisor.  I explain to him my country was dangerous, that was five years ago.  When I finished my job in Mexico, people shooting in the street-I was talking with him, all those things.  Frank said someday if I wanted to study in this country and if I want to make money or business in the future.  After school to start to help him with speaking Spanish-translating or helping him with taxes.  I thought it was interesting to study, learn here and learn English.  I thought it was important to learn English.  I completed my ten levels of ELS (2012 at Atlantic Cape Community College).  When I finished my coursed, he asked me if I wanted to continue here and I said yes.  I tried to do the best but English is not easy for me.  I started school and received diploma, not degree.  I planned to finish this summer.  But I took a zero semester from school because I lost two brothers this last year which cost me to complete my college next December 2017. He asked me again if I wanted to continue and now my plans have changed.
...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| HECTOR PEREZ | CBP OFFICER |

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form __I-867A__

| Alien's Name CONTRERAS CRUZ, ERIKA | File Number A209 827 037 SIGMA Event: 14654285 Event No: ZHO1707000444 | Date July 30, 2017 |
|---|---|---|

Q. Who is Frank Fife a financial advisor?
A. I'm not sure.  The office where he works in near the home. He always names Mr. Matthew and Mr. John Recen.  I am not sure if they are partners.

Q. Earlier you stated, "After school to start to help him with speaking Spanish-translating or helping them with taxes." Explain.
A. I mean, which I said that when I complete my degree, not each day my plan is to complete work visa and do what is related to accounting career.  After we finish Bachelor, we can apply for one year, job practice.

Q. Who is we?
A. Me and Frank.  Frank is trying to help me with the process.  Advise me, tell me what process to fill out.

Q. Who translates for Frank?
A. In the beginning my cousin.  Then me, I use google when I didn't understand, he doesn't speak Spanish.  Just one time, he has a friend who works for a bank there was a girl who is Puerto Rican, citizen she help translate one time with him.

Q. What do you do you that Frank Fife is paying your tuition?
A. I am not working.  Sometimes I help him to clean the yard, clean his home.  When he needs to run errands, he's 75 years old I take him to Philly to the hospital.

Q. You provided a service and were compensated to provide a service.  Do you consider that work?
A. No because I am not obligated to do nothing.  He don't always give me to pay my tuition.

Q. How long have you been a student in the U.S.?
A. Five years.

Q. Where do you study?
A. Atlantic Cape Community College, the same college.  5100 Black Horse Pike, Mays Landing, NJ, 08330.

Q. You have been attending school since September 04, 2012 (N0009170337) for an Associate's degree in Business Management, Marketing and other related support services. In the five years you have been a student, have you earned an Associate's degree?
A. No.

Q. How long has Frank and Dorca Fife been paying your tuition?
A. Five years.

Q. How long have you been living with Frank and Dorca Fife?
A. The same, five years.

Q. Earlier you stated you went home twice and withdrew twice from Atlantic Cape Community College when your brothers passed away.  When was the first time you withdrew from school?
A. I went home two times.  Both died in one year. April and August 2016.

Q. When did you go home?
A. August 2016.
...(CONTINUED ON NEXT PAGE)

| Signature HECTOR PEREZ | Title CBP OFFICER |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form   I-867A

| Alien's Name | File Number **A209 827 037** | Date |
|---|---|---|
| **CONTRERAS CRUZ, ERIKA** | SIGMA Event: **14654285** | July 30, 2017 |
| | Event No: **ZHO1707000444** | |

Q. Records indicate your SEVIS (N0009170337) was terminated on September 13, 2016.  When did
depart the U.S.?
A. I went home in August.

Q. Did you have a new SEVIS when you applied for admission?
A. No, I always have the same SEVIS.

Q. How do you support yourself in Mexico?
A. My family and me we plant food for animal.  Also we produce milk in my mom's farm.  I
have savings because I sell on part of my properties.  In pesos I have 500,000 pesos
($28,124.36 USD).

Q. Do you have evidence to support the funds you claim to have in savings?
A. No, not with me but in my Mexican bank.

Q. What is your marital status?
A. Single.

Q. Do you have children?
A. No.

Q. Do you have any claim to U.S. Citizenship?
A. No.

Q. Have you ever been a Lawful Permanent Resident of the United States?
A. No.

Q. Do you have any scars, marks or tattoos?
A. No.

Q. Do you have any immediate family who are U.S. Citizens or Lawful Permanent Residents of
the U.S.?
A. No.

Q. Where were your parents born?
A. Mexico.

Q. What are your parent's citizenship?
A. Mexican.

Q. What are your parent's full names and dates of birth?
A. My mom name is Margarita Cruz Velazuez, born ██████ 1944.  My father name is Ramon
Contreras Cisneros, he died in 2008.  Birthday ████████ I'm not sure on the year.

Q. Have you ever served in the U.S. military or in the military anywhere in the world?
A. No.

Q. Have you ever been arrested anywhere in the world?
A. No.

Q. Have you ever been to the United States?
A. Yes, five and a half years living here.
...(CONTINUED ON NEXT PAGE)

| Signature | | Title |
|---|---|---|
| HECTOR PEREZ | | CBP OFFICER |

4 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                     Continuation Page for Form    I-867A

| Alien's Name<br>CONTRERAS CRUZ, ERIKA | File Number A209 827 037<br>SIGMA Event: 14654285<br>Event No: ZHO1707000444 | Date<br>July 30, 2017 |
| --- | --- | --- |

Q. Records indicate you were refused entry on December 27, 2016, processed as a withdrawal in Del Rio, Texas?
A. Yes. My school allowed me to take a zero semester. During that semester I lost two brothers. Something happened and the system terminated my status. In Del Rio they said my status my terminated but on January 3, 2017 they allowed me in because my SEVIS was activated again.

Q. Were you were advised to obtain a new student visa?
A. Yes.

Q. What documents did you present to facilitate your entry into the United States, today?
A. The same, my I-20 (N0009170337), my passport (Mexico passport number G15099955) and student visa. And a 94. (I-94 number 20242749185 issued January 03, 2017).

Q. Records indicate you presented F1 visa foil number F3434725 issued on July 19, 2012 with expiration May 22, 2015. Is that correct?
A. Yes.

Q. Did you apply for another student visa as instructed?
A. No.

Q. Why do you not have a valid visa?
A. Because my school end in December and I will go back. I plan to go back to go back to Mexico and will not be gone for more than 30 days so I can use the same visa.

Q. Records indicate you previously entered the U.S. on January 03, 2017 and departed on July 02, 2017. Is that correct?
A. Yes.

Q. What documents did you present to facilitate your entry into the U.S.?
A. I-20 (N0009170337), my passport (Mexico passport number G15099955) and student visa.

Q. You presented F1 visa foil number F3434725 issued July 19, 2012 expiration May 22, 2015. Is that correct?
A. Yes. But I was not more than twenty-eight days in Mexico.

Q. Your F1 visa foil number F3434725 was expired when you were processed as a withdrawal (WD) on December 27, 2016 in Del Rio, Texas. Did you have a valid visa to enter the U.S.?
A. This visa (foil number F3434725).

Q. Did you attend school?
A. Yes.

Q. How many hours did you attend school?
A. Thirteen credits.

Q. How many classes did you complete?
A. I took four classes and completed four classes.

Q. Did you complete your courses for the semester?
A. Yes.

...(CONTINUED ON NEXT PAGE)

| Signature                HECTOR PEREZ | Title                CBP OFFICER |
| --- | --- |

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form   I-867A

| Alien's Name | File Number A209 827 037 | Date |
|---|---|---|
| CONTRERAS CRUZ, ERIKA | SIGMA Event: 14654285 | July 30, 2017 |
| | Event No: ZHO1707000444 | |

Q. Records indicate you did complete the course for the semester?
A. Yes. I did.

Q. How did you take and complete four classes when records indicate you were terminated January 11, 2017?
A. I was enrolled in school. I started school in 18th of January. My advisor said I was active then. I took my classes. I got three A's and one B.

Q. Where are you coming from today?
A. Monterrey, Mexico.

Q. What documents did you present to facilitate your entry into the U.S. today?
A. My I-20 (N0009170337), my I-94 (20242749185), my student visa-it's expired but I have my visa (F4343725) and my passport (G15099955).

Q. You presented F1 visa foil number F3434725 issued July 19, 2012 expiration May 22, 2015. Is that correct?
A. Yes.

Q. Your student status was removed when you were processed for a withdrawal (WD) in Del Rio, Texas. Do you have a valid F1 visa to enter the U.S. today?
A. No.

Q. What is the purpose of your trip today?
A. Go to the city where I am studying to pay for my next classes that I will have for my last semester.

Q. Is Frank Fife paying for your education?
A. Yes.

Q. Do you have any petitions pending?
A. I have a petition for a job visa but I don't. I don't have any response. Frank Fife is sponsoring my work.

Q. What do you mean Frank Fife is sponsoring your work visa?
A. If I get the work visa, I will work for him.

Q. How much money are you traveling with?
A. Cash, $125 dollars.

Q. A luggage inspection was done which revealed deposit tickets with various amounts. Explain.
A. Sometimes I make the deposit to buy amazon products. I buy dollars from my country-I have Mexican pesos and I go to Mexican bank to exchange-and Frank lend and gives money when I have an emergency.

Q. Do or have you ever had authorization to work in the U.S.?
A. No.

Q. Do you know it is illegal to work without the proper authorization?
A. Yes.

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| HECTOR PEREZ | CBP OFFICER |

6 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form ___I-867A___

| Alien's Name<br>CONTRERAS CRUZ, ERIKA | File Number A209 827 037<br>SIGMA Event: 14654285<br>Event No: ZHO1707000444 | Date<br>July 30, 2017 |
|---|---|---|

Q. Do you have any medical conditions?
A. No.

Q. Are you currently taking any medications?
A. No.

Q. Why did you leave your country or country of last residence?
A. Go to the city where I am studying to pay for my next classes that I will have for my last semester.

Q. Do you have any fear or concern of returning to your country or being removed from the United States?
A. No.

Q. Would you be harmed if you return to your country or country of last residence?
A. No.

Q. You have been found inadmissible to the United States under section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act as you previously engaged in unauthorized employment, you do not have a valid entry document and cannot overcome the presumption of being an intended immigrant. Do you understand this?
A. Yes.

Q. You are being ordered removed from the United States with a five year bar. Your expired visa is not valid and after five years you may contact the U.S. Embassy to obtain a new visa for any future travel to the United States. Do you understand this?
A. Yes.

Q. Do you wish to contact the consulate of Mexico?
A. No.

Q. Do you have any questions or would you like to add anything at this time?
A. If I have the same SEVIS ID I have to start the process again.

| Signature        HECTOR PEREZ | Title        CBP OFFICER |
|---|---|

_____7_____ of _____7_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Jurat for Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

SIGMA Event: 14654285

Q:  Why did you leave your home country or country of last residence?

A. Go to the city where I am studying to pay for my next classes that I will have for my last semester.

Q.  Do you have any fear or concern about being returned to your home country or being removed from the United States?

A. No.

Q.  Would you be harmed if you are returned to your home country or country of last residence?

A. No.

Q.  Do you have any questions or is there anything else you would like to add?

A. No.

I have read (or have had read to me) this statement, consisting of __1__ pages (including this page).  I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above named officer of the Department of Homeland Security.  I have initialed each page of this statement (and the corrections noted on page(s)_____ ).

Signature: _____
ERIKA CONTRERAS CRUZ

Sworn and subscribed to before me at **HOUSTON, TEXAS (IAH)**
on **July 29, 2017**           .

Signature of Immigration Officer     HECTOR PEREZ
CBP OFFICER

Witnessed by: _____
CBP OFFICER WILLIAMS, MICHELLE

I-867B  (08/01/07)

# Exhibit "AJ"

SIGMA Event: 14654285
Subject ID : 359087121

U.S. Department of Homeland Security

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| CONTRERAS CRUZ, Erika | | | | F | BRO | BLU | MBR |

| Country of Citizenship | | | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| MEXICO | | | | 65 | 165 | HOUSEKEEPING |

| Passport Number and Country of Issue | File Number |
|---|---|
| G15099955 MEXICO | Case No:EHO1707000444 |
| | A209827037 |

U.S. Address
██████ LINWOOD, NEW JERSEY, 082211418,

Scars and Marks
None Indicated - NONE

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number |
|---|---|---|
| 07/29/2017, ZHO, 2235, UA 6157 | MONTERREY | X98T7ELNH |

☒ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence
See Narrative

Method of Location/Apprehension
ISP

| Date of Birth | Age: 38 | Date of Action 07/29/2017 | Location Code HOU/ZHO | At/Near ZHO | Date/Hour 07/29/2017 2203 |
|---|---|---|---|---|---|
| ██.979 | | | | | |

AR ☒   Form: (Type and No.) Lifted ☐ Not Lifted ☐

(b)(7)(c)

City, Province (State) and Country of Birth
DURANGO,MEXICO

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| MONTERREY, MEXICO F3434725 | None | Other Non-Immigrant | IN TRAVEL |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S |
|---|---|---|
| 07/19/2012 | None | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None Known |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| N/A, N/A | 0 |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| CONTRERAS CISNEROS, Ramon NATIONALITY: MEXICO | CRUZ VELAZQEZ, Margarita NATIONALITY: MEXICO |

| Monies Due/Property in U.S Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | I7A1 |

| Name and Address of (Last)Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| FRANK FIFE | Employee | 0   Hr | /  /   /  / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)
FINS: 1044934222

Left Index fingerprint

Right Index fingerprint



OTHER ALIASES KNOWN BY:
------------------------
NA,NA

FOREIGN ADDRESS
----------------
172 CERRADA ANDALUCIA FRACCIONAMIENTO TORREMOLINOS
...(CONTINUED ON I-831)

(b)(7)(c)

Alien has been advised of communication privileges

Distribution:

213 (Rev. 08/01/07)

U.S. Department of Homeland Security      Continuation Page for Form ___I213___

| Alien's Name<br>CONTRERAS CRUZ, Erika | File Number A209827037<br>SIGMA Event: 14654285<br>Event No: ZHO1707000444 | Date<br>07/30/2017 |
|---|---|---|

GOMEZ PALACIO, DURANGO, 35049, MEXICO

RECORDS CHECKED
----------------
ADIS Pos
AFIS
CCD Pos
CIS Neg             (b)(7)(e)
CLAIM Neg
IAFI
NCIC
SEVI
TECS

SECTION CODES
-------------
212a7AiI


On July 29, 2017, CONTRERAS CRUZ, Erika arrived at George Bush Intercontinental Airport on United Airlines (UA) 6157.  Subject presented a Mexican passport number G15099955 issued on August 12, 2014 with expiration August 12, 2024 and an expired F-1visa foil number F3434725 issued on July 19, 2012 with expiration May 22, 2015 and I-94 number 20242749185 dated January 03, 2017 duration of status.  Subject was referred to passport control secondary for a match to a TECS record.

Passport control secondary queries revealed subject had various previous entries to the United States.  Systems queries revealed that the subject's F-1 visa foil number F3434725 was cancelled on December 27, 2016.  All other queries were negative.

Subject was interviewed regarding the purpose of her trip.  Subject swore all her answers would be true and complete.  Subject was placed under oath and a statement was taken.  Subject engaged in unauthorized employment on her previous entries at ▬▬▬▬▬▬▬ Linwood, New Jersey from 2012 through 2017.  Subject admitted Frank, seventy-five years old and Dorca Fife, whom are U.S. Citizens reside there.  Subject admitted she would help him clean the yard, his own and would run errands.  Subject stated Frank compensated her with four payments of $1,800 USD and two others of $1,000-each of when her brothers passed away.  Subject admitted she has been attending Atlantic Cape Community College since 2012 for an Associate's degree.  Subject to date has no degree.  Frank Fife also pays her tuition and has been paying for Atlantic Cape Community College since 2012.  Subject stated she met Frank at the end of 2011 while she was on a six month trip to the U.S.  Subject stated she informed Frank that she is an accountant in Mexico.  Subject stated Frank is a financial advisor.  Subject admitted Frank informed her if she wanted to study in this country to come if she wanted to make money or business in the future.  Subject admitted she withdrew from Atlantic Cape Community College in April and August of 2016. Subject admitted when she reapplied for admission December 27, 2016 she did not have a new or valid SEVIS.  Subject was processed for a Withdrawal (WD) on December 27, 2016 which removed her status.  Subject applied for admission on December 27, 2016 with F1visa foil number F3434725 issued on July 19, 2012 with expiration May 22, 2015, Mexican passport number G15099955 issued on August 12, 2014 with expiration August 12, 2024 and I-20 N0009170337.  Subject was advised to apply for a new F1 visa and admitted she did not apply for a new F1 visa when her application for ...(CONTINUED ON NEXT PAGE)

| Signature<br>(b)(7)(c) | Title<br>CBP OFFICER |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form    I213

| Alien's Name<br>CONTRERAS CRUZ, Erika | File Number A209827037<br>SIGMA Event: 14654285<br>Event No: ZHO1707000444 | Date<br>07/30/2017 |
|---|---|---|

admission was withdrawn on December 27, 2016.  Subject applied for admission at the Del Rio,
Texas port of entry on January 03, 2017, present expired F1visa foil number F3434725 issued
on July 19, 2012 with expiration May 22, 2015 and an invalid SEVIS I-20 N0009170337.
Subject was granted I-94 number 20242749185 dated January 03, 2017 duration of status.
Subject was previously WD and there was no discretion to be given.  Subject admitted she
wanted to get her Bachelor's degree and work for Frank Fife.  Subject has no degree to date
after being a student for five years.  Subject admitted Frank Fife has been guiding her and
telling her what forms to fill out and has applied for a work visa.  Subject admitted if her
work visa is approved she would be working for Frank Fife.  Subject did not have petitions
pending.  Subject did not have authorization to work in the U.S. and knew it was illegal to
work without the proper authorization.

                                        (b)(7)(c)

Subject was allowed the use of the telephone and restroom.  Subject was provided with food
and drink.  Contact was made on the subject's behalf to her friend, Frank Fife at
                    1414hrs by CBP Officer            and then to her brother, Benny at
0115218711965741 at 1545 by CBP Officer Dorantes.  Subject declined to contact the Consulate
of Mexico.

A pat down search was conducted on CONTRERAS CRUZ, Erika as required by the following
inadmissibility:  ERR, 7A1, A#: 209-827-037, FIN#: 1044934222.  The pat down search was
conducted by CBPO                        d witnessed by CBPO                  nd approved by
SCBPO                    The pat down search started at 0300 and was completed at 0303.  The
results of the pat down search were negative.  CONTRERAS CRUZ, Erika verified she was in
possession of $1370.00 USD during search.  Search of bags were conducted with negative
results.  No TSA prohibited items found.

Signature
        (b)(7)(c)

                                                        CBP OFFICER

Form I-831 Continuation Page (Rev. 08/01/07)

# Exhibit "AK"

U.S. Department of Homeland Security                                 **Notice and Order of Expedited Removal**

## DETERMINATION OF INADMISSIBILITY

Event Number :ZHO1707000444    File No: A209 827 037

SIGMA Event: 14654285          Date: July 30, 2017

In the Matter of: ERIKA CONTRERAS CRUZ

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1) You are not a citizen or national of the United States;

2) You are a native of Mexico and a citizen of Mexico;

3) On or about July 29, 2017, you arrived at the George Bush Intercontinental Airport in Houston, Texas and applied for admission to the United States;

4) You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act, to wit: you previously engaged in unauthorized employment, you do not have a valid entry document and being an immigrant without ...(CONTINUED ON I-831)

HECTOR PEREZ
CBP OFFICER
_____            _____
  Name and title of immigration officer (Print)        Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

HECTOR PEREZ
CBP OFFICER
_____            _____
  Name and title of immigration officer (Print)        Signature of immigration officer

OSCAR MATIAS
CHIEF CBP OFFICER
_____            _____
  Name and title of supervisor (Print)              Signature of supervisor, if available

☒ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

## CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on July 29, 2017
HECTOR PEREZ                                                                      (Date)
CBP OFFICER
_____
  Signature of immigration officer

Form I-860 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form ___I-860___

| Alien's Name ERIKA CONTRERAS CRUZ | File Number A209 827 037 SIGMA Event: 14654285 Event No: ZHO1707000444 | Date July 30, 2017 |
|---|---|---|

documents as you cannot overcome the presumption of being an intended immigrant.

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
================================================================================

212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

| Signature HECTOR PEREZ | Title CBP OFFICER |
|---|---|

_____2_____ of _____2_____ Pages

# Exhibit "AL"



# CERTIFICADO PARCELARIO

## No. 000000044627

QUE SE EXPIDE POR INSTRUCCIONES DEL C. FELIPE DE JESÚS CALDERÓN HINOJOSA, PRESIDENTE DE LOS ESTADOS UNIDOS MEXICANOS; CON FUNDAMENTO EN LOS ARTÍCULOS 27 FRACCIÓN VII DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS, 56, 78 Y DEMÁS RELATIVOS DE LA LEY AGRARIA, ASÍ COMO EN EL REGLAMENTO INTERIOR DEL REGISTRO AGRARIO NACIONAL; QUE AMPARA LA PARCELA Nº 24 P 1/1 Z 1 DEL EJIDO EL CASTILLO

MUNICIPIO DE GOMEZ PALACIO

ESTADO DE DURANGO CON UNA SUPERFICIE DE 2-25-69.52 HA., DOS HECTAREAS, VEINTICINCO AREAS, SESENTA Y NUEVE PUNTO CINCUENTA Y DOS CENTIAREAS.

QUE CUENTA CON LAS SIGUIENTES MEDIDAS Y COLINDANCIAS:
NORESTE 265.72 MTS. CON PARCELA 19.
SURESTE 63.47 MTS. CON PARCELA 26 Y 20.14 MTS. CON PARCELA 27
SUROESTE 265.96 MTS. CON PARCELA 25
OESTE 8.92 MTS. CON PARCELA 23
NOROESTE 77.02 MTS. CON PARCELA 18

A FAVOR DE CONTRERAS CRUZ ERIKA
DE 31 AÑOS, ORIGINARIO DE GOMEZ PALACIO, DURANGO
ESTADO CIVIL SOLTERA , OCUPACIÓN AMA DE CASA
CON DOMICILIO EN CONOCIDO, EL CASTILLO, DURANGO
DE CONFORMIDAD CON ENAJENACION DE DERECHOS
DE FECHA 23 DE NOVIEMBRE DE 2009

HABIÉNDOSE INSCRITO ESTE CERTIFICADO EN EL REGISTRO AGRARIO NACIONAL; BAJO EL FOLIO 10FD00008147

DURANGO, DGO. A 19 DE MARZO DE 2010

Registro Agrario Nacional

DELEGACIÓN
DURANGO, DGO.
C.
ING. GUILLERMO ALVARADO GONZALEZ No. 0440050
DELEGADO DEL REGISTRO AGRARIO NACIONAL



"Los derechos que amparan el presente Certificado, en términos de lo dispuesto por los artículos 13, 60 y 80 de la Ley Agraria, sólo podrán ser enajenados o cedidos a otros ejidatarios y/o comuneros, según se trate de ejido o comunidad, o a los avecindados del propio núcleo agrario reconocidos por acuerdo de asamblea debidamente inscrito en el Registro Agrario Nacional o por ejecutoria del Tribunal Agrario y para su enajenación o cesión, deberá respetarse el derecho del tanto que les asiste para su adquisición al cónyuge e hijos del enajenante, el cual deberán ejercer dentro de un término de treinta días naturales contados a partir de la notificación.

## EL PRESENTE CERTIFICADO
## SOLO ACREDITA LA CALIDAD
## DE POSESIONARIO

ARTICULOS 34 Y 37 DEL REGLAMENTO DE LA LEY AGRARIA Y 95 DEL REGLAMENTO
INTERIOR DEL REGIS



*Lic. José Martín Faz Rios*
Notaría Pública No. 12
Cd. Acuña, Coahuila.

## LIBRO (14) CATORCE
### ESCRITURA PÚBLICA NÚMERO (518) QUINIENTOS DIECIOCHO.

**EN LA CIUDAD DE ACUÑA, ESTADO DE COAHUILA DE ZARAGOZA,** el día de hoy Miércoles (10) Diez de Agosto del año (2016) Dos mil dieciséis, **YO, EL CIUDADANO LICENCIADO JOSE MARTIN FAZ RIOS, NOTARIO PUBLICO NUMERO (12) DOCE** con ejercicio en este Distrito Notarial, con despacho ubicado en el Boulevard Adolfo López Mateos (2065) Dos Mil Sesenta y Cinco, Colonia Benito Juárez, de esta Ciudad, **HAGO CONSTAR:**

**EL CONTRATO DE COMPRA VENTA,** que celebran de una parte los **C.C. ARMANDO REYES RAMOS Y MÓNICA PATRICIA VALDÉS GÓMEZ,** como **"LA PARTE VENDEDORA"** y como **"LA PARTE COMPRADORA"** como copropietarios **LOS C.C. BENITO CONTRERAS CRUZ, ERIKA CONTRERAS CRUZ y el menor** J███ █████ C████████ L██ representado en este acto por su padre el C. **RUBEN CONTRERAS CRUZ,** respecto de un bien inmueble que más adelante se describirá, y el que para resguardo de sus respectivos intereses lo consignan al tenor de las siguientes:

### D E C L A R A C I O N E S :

**I.- ANTECEDENTE.-** Declaran los **C.C. ARMANDO REYES RAMOS Y MÓNICA PATRICIA VALDÉS GÓMEZ,** que adquirieron (3) tres Lotes de terreno objeto de este contrato, mediante Escritura Publica numero (502) Quinientos Dos, de fecha (15) quince de Diciembre de (2009) dos mil nueve, ante la fe de la Licenciada Syria Cristina Cano Torralva, Notario público número ocho, con ejercicio en el Distrito Judicial, celebrado de una parte por el Ing. Alberto Cesar Valdés Diego como la parte vendedora y de otra parte los C.C. Armando Reyes Ramos y Mónica Patricia Valdés Gómez como los compradores, el cual se encuentra debidamente inscrito en el Registro Público de esta ciudad, bajo la partida número 26928, Libro 270, Sección I, de fecha (24) veinticuatro de Enero de (2011) dos mil once.

### II.- DESCRIPCIÓN DE LOS INMUEBLES.-

**1.-** Lote (30) treinta de la **Manzana (02)** dos, ubicado en la **Calle Jalisco** del **Fraccionamiento Santa Rosa** en esta ciudad de **Acuña, Coahuila,** con una **superficie (98.00M2)** noventa y ocho metros cuadrados y que se identifica con las siguientes medidas y colindancias:



Al **NORTE** mide **(14.00)** catorce metros y colinda con Lote 31;

Al **SUR** mide **(14.00)** catorce metros y colinda con Lote 29;

Al **ORIENTE** mide **(7.00)** siete metros y colina con **Calle Jalisco**; y

Al **PONIENTE** mide **(7.00)** siete metros y colinda con Área de Reserva.

2.- **Lote (31)** treinta y uno de la **Manzana (02)** dos, ubicado en la **Calle Jalisco** del **Fraccionamiento Santa Rosa** en esta ciudad de **Acuña, Coahuila**, con una **superficie**

y colindancias:

Al **NORTE** mide **(14.00)** catorce metros y colinda con  Lote 32;

Al **SUR** mide **(14.00)** catorce metros y colinda con Lote 30;

Al **ORIENTE** mide **(7.00)** siete metros y colina con **Calle Jalisco**; y

Al **PONIENTE** mide **(7.00)** siete metros y colinda con Área de Reserva.

**3.- Lote (32)** treinta y dos de la **Manzana (02)** dos, ubicado en la **esquina de Calle Jalisco y Avenida Sur Poniente**, del **Fraccionamiento Santa Rosa** en esta ciudad de **Acuña, Coahuila**, con una **superficie (205.00M2)** doscientos cinco metros cuadrados y que se identifica con las siguientes medidas y colindancias:

Al **NORTE** mide **(19.75)** diecinueve metros setenta y cinco centímetros y colinda con  Área de Reserva;

Al **SUR** mide **(9.56)** nueve metros cincuenta y seis centímetros y colinda con **Calle Jalisco**;

Al **ORIENTE** mide **(17.32)** diecisiete metros treinta y dos centímetros y colinda con **Avenida Sur Poniente**; y

Al **PONIENTE** mide **(14.00)** catorce metros y colinda con Lote 31.

**III.- GRAVÁMENES.-** Continúa declarando **"LA PARTE VENDEDORA"** que los inmuebles objeto a esta escritura, se encuentran libres de todo gravamen y responsabilidad y al corriente en el pago de su impuesto predial, acreditándolo con los certificados y recibos correspondientes.

**IV.-** Atento a las Declaraciones que anteceden, los comparecientes otorgan las siguientes:

**C L A U S U L A S:**

**PRIMERA.- TRANSMISIÓN DE PROPIEDAD.-** Manifiesta la PARTE VENDEDORA los **C.C. ARMANDO REYES RAMOS Y MÓNICA PATRICIA VALDÉS GÓMEZ**, que por medio de esta escritura **DAN EN VENTA PURA, PERFECTA Y DEFINITIVA**, como copropietarios a **LOS C.C. BENITO CONTRERAS CRUZ, ERIKA CONTRERAS CRUZ** y el menor J████ R█████, C███████ L███ representado en este acto por su padre el C. **RUBEN CONTRERAS CRUZ**, los bienes inmuebles descritos en la Declaración **II** de este instrumento, la que aquí se da por reproducida íntegramente como si se insertase a la letra, cuya transmisión de propiedad se hace con todos sus usos, costumbres, servidumbres y todo cuanto más de hecho y por derecho le sea anexo y accesorio, de conformidad por lo dispuesto en el artículo dos mil seiscientos noventa y uno (2691) del Código Civil vigente en el Estado.

**SEGUNDA.- VALOR DE OPERACION.-** El precio que de común acuerdo han fijado las partes por la transmisión en propiedad, es la cantidad de **$180,000.00 (CIENTO**

*Lic. José Muñoz del Rosa*

Notaria Pública No. 12
Cd. Acuña, Coahuila.

y mediante este propio instrumento el recibo más amplio y eficaz que en derecho corresponda por aquel valor.

**TERCERA.- VICIOS DEL CONSENTIMIENTO.-** Declaran las partes contratantes que en la celebración de este contrato no existe ningún vicio de invalidez, y a mayor abundamiento renuncian a las acciones derivadas de los artículos (1974) mil novecientos setenta y cuatro, (2147) dos mil ciento cuarenta y siete, (2160) dos mil ciento sesenta y (2162) dos mil ciento sesenta y dos y demás relativos del Código Civil vigente en el Estado.

**CUARTA.- SANEAMIENTO POR CAUSA DE EVICCION Y POR VICIOS OCULTOS.-** Manifiestan las partes contratantes que esta compra venta se pacta de acuerdo con las condiciones naturales, transmitiendo **"LA PARTE VENDEDORA"** el inmueble que enajena, con todas sus entradas, salidas y todo cuanto más de hecho y por derecho le corresponda al referido inmueble conforme a la Ley, y a sus títulos anteriores de adquisición, obligándose con lo dispuesto por los artículos (2316) dos mil trescientos dieciséis y (2338) dos mil trescientos treinta y ocho del Código Civil vigente en el Estado, al saneamiento por causa de evicción y vicios ocultos en favor de la parte adquirente.

**QUINTA.- RATIFICACION DEL CONTRATO.-** Continúan manifestando los comparecientes que el precio es el justo y verdadero que en derecho corresponde por la enajenación del bien inmueble objeto de este Contrato, por lo cual convienen en renunciar a cualquier acción rescisoria o derecho para ejercer u objetar en alguna forma este Contrato, el cual por el contrario ratifican y confirman como legal en todos sus preceptos y cláusulas.

**SEXTA.- ENTREGA FICTA.-** Desde el momento en que se firma esta escritura **"LA PARTE COMPRADORA"** que compran en copropiedad, se da por recibida materialmente de los inmuebles que constituye el objeto de este contrato, para dejar así consumada en pleno dominio la traslación y entrega del bien enajenado, en los términos del Artículo (2213-IV) dos mil doscientos trece fracción cuatro romano, del Código Civil vigente en el Estado.

**SEPTIMA.- GASTOS, DERECHOS Y HONORARIOS.-** Convienen las partes contratantes que conforme a lo dispuesto por el artículo (2664) dos mil seiscientos sesenta y cuatro del Código Civil vigente en nuestro Estado, todos los gastos, derechos y honorarios, que se causen con motivo de esta Escritura serán cubiertos por **"LA PARTE COMPRADORA"**.

**OCTAVA.- IMPUESTOS.-** La presente operación de Compraventa causa el

**OCTAVA.- IMPUESTOS.-** La presente operación o Compraventa causa el Impuesto Sobre la Renta con cargo a la PARTE VENDEDORA.

## GENERALES

Los comparecientes manifiestan bajo protesta de decir verdad que han sido enterados por el suscrito Notario del contenido y alcance legal de la Ley Federal de

Protección de Datos P⸺onales en Posesión de los Particulares, y q⸺ estando de acuerdo con la misma, son conformes en proporcionar sus generales, que son los siguientes:

Los C.C. **ARMANDO REYES RAMOS Y MÓNICA PATRICIA VALDÉS GÓMEZ**, dijeron ser mexicanos por nacimiento, el primero originario de esta ciudad de Acuña, Coahuila  con fecha de nacimiento el día (06) seis de Agosto de (1972) mil novecientos setenta y dos y la segunda originaria de Allende, Coahuila, con fecha de nacimiento el día ███████ ██ ████ de (1974) mil novecientos setenta y cuatro, mayores de edad, casados entre sí, comerciante e ingeniero industrial respectivamente, con domicilio en común en ███████████████████████████████ ██████████████ ▌e esta ciudad de Acuña, Coahuila, con ███████████ ███████████████████████████████████████████ ████████ quienes se identificaron con credenciales para votar con fotografía expedidas por el Instituto Federal Electoral hoy Instituto Nacional Electoral con folios números ██████████████████

El **C. BENITO CONTRERAS CRUZ**, dijo ser mexicano por nacimiento, originario de Gomez Palacio, Durango, con fecha de nacimiento el día ████████ █e ████ (1972) mil novecientos setenta y dos, mayor de edad, soltero, empleado, con domicilio en Calle Sin nombre sin numero ████████████ en Gómez Palacio, Durango, con ███████████████████████████ quien se identificó con credencial para votar con fotografía expedida por el Instituto Federal Electoral hoy Instituto Nacional Electoral con folio número ████████████

La **C. ERIKA CONTRERAS CRUZ**, dijo ser mexicana por nacimiento, originaria de Gomez Palacio, Durango, con fecha de nacimiento el día ████████ de ████ (1979) mil novecientos setenta y nueve, mayor de edad, soltera, empleada, con domicilio en █████████████████████████████████ Gómez Palacio, Durango, con ██████████████████████ quien se identificó con credencial para votar con fotografía expedida por el Instituto Federal Electoral hoy Instituto Nacional Electoral con folio número ████████████

El **C. RUBEN CONTRERAS CRUZ**, dijo ser mexicano por nacimiento, originario de Gomez Palacio, Durango, con fecha de nacimiento el día ████████ de A███ (1966) mil novecientos setenta y seis, mayor de edad, casado, soldador, con domicilio en ███ ██████████████████████████████ de esta Ciudad de Acuña Coahuila, con ██████████████████████ quien se identificó con credencial para votar con fotografía expedida por el Instituto Federal Electoral hoy Instituto Nacional Electoral con folio número ██████████████

**YO EL NOTARIO COMO ES DE LEY DOY FE Y CE RTIFICO:**

A).- Que conozco personalmente a los comparecientes, quienes tienen capacidad

todas y cada una de las declaraciones y cláusulas que emitieron en el presente Instrumento, así como de la autenticidad de los documentos oficiales que exhibieron, cuyas copias certificadas agregaré al apéndice de mi protocolo con su número de orden.

**C).**- Se previno a **"LA PARTE COMPRADORA"** la obligación de inscribir el Primer Testimonio que de esta escritura se expida, en el Registro Público de este Distrito, para que surta sus efectos legales.

**D).**- Que para los efectos del artículo 154, tercer párrafo de la Ley del Impuesto Sobre la Renta, **"LA PARTE VENDEDORA"** manifiesta **BAJO PROTESTA DE DECIR VERDAD**, que le ha sido entregada por el suscrito Notario, la constancia documental que contiene toda la información relativa a la determinación del cálculo del Impuesto correspondiente.

**E).**- Se presentará la Declaración Fiscal por la Adquisición del Inmueble, cuyo comprobante conjuntamente con los demás que al acto corresponden, se anexarán al Apéndice de mi Protocolo con el número de esta escritura.

**F).**- De que **L E I D A** que les fue esta escritura a las partes contratantes, y enteradas de su alcance legal y consecuencias de su contenido con todo estuvieron conformes, en cuya virtud para la constancia debida la firman en unión del suscrito Notario, de todo lo cual **DOY FE.**- "LA PARTE VENDEDORA".- (FIRMA).- **EL C. ARMANDO REYES RAMOS.- LA C. MÓNICA PATRICIA VALDÉS GÓMEZ.- (FIRMA).-** "LA PARTE COMPRADORA".- (FIRMA).- **EL C. BENITO CONTRERAS CRUZ.- LA C. ERIKA CONTRERAS CRUZ.- (FIRMA).- EL MENOR J█████ R█████ C█████ L███** REPRESENTADO EN ESTE ACTO POR SU PADRE EL C. **RUBEN CONTRERAS CRUZ.- (FIRMA).- PASÓ ANTE MÍ.- LIC. JOSE MARTIN FAZ RIOS.-** NOTARIO PÚBLICO NÚMERO (12) DOCE.- (SELLO Y **FIRMA DE AUTORIZAR DEL NOTARIO).**

## AUTORIZACIÓN DEFINITIVA

De conformidad con lo dispuesto por el Artículo 37 de la Ley del Notariado Vigente en el Estado, autorizo en forma definitiva el acto que antecede, por haberse pagado los impuestos correspondientes; en la Ciudad de Acuña, Coahuila a los (19) diecinueve días del mes de Septiembre del (2016) dos mil dieciséis, de todo lo cual **DOY FE.- DOY FE.- LIC. JOSE MARTIN FAZ RIOS NOTARIO PÚBLICO NÚMERO (12) DOCE.- (SELLO Y FIRMA DE AUTORIZAR DEL NOTARIO).**

### *DEL APÉNDICE*

### A).- CERTIFICADO DE LIBERTAD DE GRAVAMEN.

Al margen superior izquierdo: Sello impreso con el escudo de Armas del Estado de Coahuila que dice PODER EJECUTIVO REGISTRO PÚBLICO.- Recibo No. 757153091.-
Página 1

ESTADO DE COAHU  \ DE ZARAGOZA.- CERTIFICA.-

QUE BAJO LA PARTIDA 26928, LIBRO 270, SECCIÓN I, DE FECHA 24 DE ENERO DEL 2011, SE ENCUENTRA INSCRITO EN FAVOR Y DOMINIO DE: ARMANDO REYES RAMOS.

EL SIGUIENTE BIEN INMUEBLE: 1.- LOTE 30 DE MANZANA 2, DEL FRACCIONAMIENTO "SANTA ROSA" DE ESTA CIUDAD DE ACUÑA, COAHUILA. SUPERFICIE: 98.00M2.-

CON LAS SIGUIENTES MEDIDAS Y COLINDANCIAS:

AL NORTE MIDE 14.00 METROS CON LOTE 31; AL SUR 14.00 METROS CON LOTE 29;AL ORIENTE 7.00 METROS CON CALLE JALISCO; AL PONIENTE 7.00 METROS CON AREA DE RESERVA.

A LA FECHA LA REFERIDA PROPIEDAD REPORTA:

NINGÚN GRAVAMEN.

A SOLICITUD DE LA PARTE INTERESADA PARA LOS USOS QUE AL MISMO CONVENGAN, SE EXPIDE LA PRESENTE CERTIFICACIÓN EN LA CIUDAD DE ACUÑA COAHUILA, A LOS 5 DÍAS DEL MES DE JULIO DEL 2016.- DOY FE.- EL (LA) C. SECRETARIO(A) OFICINA.- LIC. RENE JOSE GONZALEZ ARZAMENDI.- FIRMADO.- EL (LA) C. DIRECTOR(A) REGISTRADOR(A) DEL REGISTRO PÚBLICO DE ACUÑA, COAHUILA.- LIC. JOSE RUBEN VILLARREAL GONZÁLEZ.- FIRMADO.- SELLO REDONDO EN TINTA COLOR NEGRO CON EL ESCUDO NACIONAL AL CENTRO QUE DICE.- GOBIERNO DEL ESTADO DE COAHUILA.- SECRETARIA DE GOBIERNO.- DIRECCIÓN GENERAL DEL REGISTRO PUBLICO.- ACUÑA, COAHUILA.-

Al margen superior izquierdo: Sello impreso con el escudo de Armas del Estado de Coahuila que dice PODER EJECUTIVO REGISTRO PÚBLICO.- Recibo No. 757153116.- Página: 1

EL (LA) CIUDADANO (A) LIC. JOSE RUBEN VILLARREAL GONZALEZ, DIRECTOR(A) REGISTRADOR(A) DEL REGISTRO PUBLICO DE ACUÑA DEL ESTADO DE COAHUILA DE ZARAGOZA.- CERTIFICA.-

QUE BAJO LA PARTIDA 26928, LIBRO 270, SECCIÓN I, DE FECHA 24 DE ENERO DEL 2011, SE ENCUENTRA INSCRITO EN FAVOR Y DOMINIO DE: ARMANDO REYES RAMOS.

EL SIGUIENTE BIEN INMUEBLE: 2.- LOTE 31 DE MANZANA 2, DEL FRACCIONAMIENTO "SANTA ROSA" DE ESTA CIUDAD DE ACUÑA, COAHUILA. SUPERFICIE: 98.00M2.-

CON LAS SIGUIENTES MEDIDAS Y COLINDANCIAS:

AL NORTE MIDE 14.00 METROS CON LOTE 32; AL SUR 14.00 METROS CON LOTE 30; AL ORIENTE 7.00 METROS CON CALLE JALISCO; AL PONIENTE 7.00 METROS CON AREA DE RESERVA.

A LA FECHA LA REFERIDA PROPIEDAD REPORTA:

NINGÚN GRAVAMEN.

A SOLICITUD DE LA PARTE INTERESADA PARA LOS USOS QUE AL MISMO CONVENGAN, SE EXPIDE LA PRESENTE CERTIFICACIÓN EN LA CIUDAD DE ACUÑA COAHUILA, A LOS 5 DÍAS DEL MES DE JULIO DEL 2016.- DOY FE.- EL(LA) C. SECRETARIO(A) OFICINA.- LIC. RENE JOSE GONZALEZ ARZAMENDI.- FIRMADO.- EL(LA) C. DIRECTOR(A) REGISTRADOR(A) DEL REGISTRO PÚBLICO DE ACUÑA, COAHUILA.- LIC. JOSE RUBEN VILLARREAL GONZÁLEZ.- FIRMADO.- SELLO REDONDO EN TINTA COLOR NEGRO CON EL ESCUDO NACIONAL AL CENTRO QUE DICE.- GOBIERNO DEL ESTADO DE COAHUILA.- SECRETARIA DE GOBIERNO.- DIRECCIÓN GENERAL DEL REGISTRO PUBLICO.- ACUÑA, COAHUILA.-

Al margen superior izquierdo: Sello impreso con el escudo de Armas del Estado de Coahuila que dice PODER EJECUTIVO REGISTRO PÚBLICO.- Recibo No. 757153128.- Página: 1

EL (LA) CIUDADANO (A) LIC. JOSE RUBEN VILLARREAL GONZALEZ, DIRECTOR(A) REGISTRADOR(A) DEL REGISTRO PUBLICO DE ACUÑA DEL ESTADO DE COAHUILA DE ZARAGOZA.- CERTIFICA.-

QUE BAJO LA PARTIDA 26928, LIBRO 270, SECCIÓN I, DE FECHA 24 DE ENERO DEL 2011, SE ENCUENTRA INSCRITO EN FAVOR Y DOMINIO DE: ARMANDO REYES RAMOS.

EL SIGUIENTE BIEN INMUEBLE: 3.- LOTE 32 DE MANZANA 2, DEL

AL PONIENTE 14 METROS CON LOTE 31.

A LA FECHA LA REFERIDA PROPIEDAD REPORTA: NINGÚN GRAVAMEN.

A SOLICITUD DE LA PARTE INTERESADA PARA LOS USOS QUE AL MISMO CONVENGAN, SE EXPIDE LA PRESENTE CERTIFICACIÓN EN LA CIUDAD DE ACUÑA COAHUILA, A LOS 5 DÍAS DEL MES DE JULIO DEL 2016.- DOY FE.- EL(LA) C. SECRETARIO(A) OFICINA.- LIC. RENE JOSE GONZALEZ ARZAMENDI.- FIRMADO.- EL(LA) C. DIRECTOR(A) REGISTRADOR(A) DEL REGISTRO PÚBLICO DE ACUÑA, COAHUILA.- LIC. JOSE RUBEN VILLARREAL GONZÁLEZ.- FIRMADO.- SELLO REDONDO EN TINTA COLOR NEGRO CON EL ESCUDO NACIONAL AL CENTRO QUE DICE.- GOBIERNO DEL ESTADO DE COAHUILA.- SECRETARIA DE GOBIERNO.- DIRECCIÓN GENERAL DEL REGISTRO PUBLICO.- ACUÑA, COAHUILA.-

## B).- AVALUÓ CATASTRAL

EL SUSCRITO NOTARIO HAGO CONSTAR QUE SE SOLICITARON AVALÚOS CATASTRALES DE LOS INMUEBLES MATERIA DE ESTE INSTRUMENTO, MISMOS QUE FUERON EXPEDIDOS POR LA DIRECCIÓN DE CATASTRO MUNICIPAL. CON LOS SIGUIENTES VALORES CATASTRALES:

LOTE 30 $22,344.00 (VEINTIDOS MIL TRESCIENTOS CUARENTA Y CUATRO PESOS 00/100 MONEDA NACIONAL).-

LOTE 31 $22,344.00 (VEINTIDOS MIL TRESCIENTOS CUARENTA Y CUATRO PESOS 00/100 MONEDA NACIONAL).-

LOTE 32 $46,790.16 (CUARENTA Y SEIS MIL SETECIENTOS NOVENTA PESOS 16/100 MONEDA NACIONAL).- AUTORIZA.- ING. CARLOS GUSTAVO MALTOS VILLARREAL.- DIRECTOR.- FIRMADO.

## C).- IMPUESTO PREDIAL

SE ANEXAN COPIAS DEL COMPROBANTES DEL PAGO DEL IMPUESTO PREDIAL.

## D).- IMPUESTO SOBRE LA RENTA

La presente operación de Compraventa no causa el Impuesto Sobre la Renta de conformidad con lo que establece la fracción XXV del artículo 109 de la Ley del Impuesto Sobre la Renta.

PRIMER TESTIMONIO TOMADO FIELMENTE DE SU ORIGINAL, LIBRO (14) CATORCE, ESCRITURA PUBLICA (518) QUINIENTOS DIECIOCHO, QUE OBRA EN MI PROTOCOLO DEL AÑO (2016) DOS MIL DIECISÉIS, EL QUE EXPIDO EN (3) TRES FOJAS ÚTILES, PARA USOS DE LA PARTE COMPRADORA LOS C.C. **BENITO CONTRERAS CRUZ, ERIKA CONTRERAS CRUZ** y el menor J█ R█████████ L█ A LOS (19) DIECINUEVE DÍAS DEL MES DE SEPTIEMBRE DEL (2016) DOS MIL DIECISÉIS. DOY FE.

**LIC. JOSE MARTIN FAZ RIOS.**
NOTARIO PUBLICO No. (12) DOCE.
FARM-630820-HG5



EL PRESENTE DOCUMENTO FUE RECIBIDO, EN ESTA OFICINA, UBICADA EN LA CIUDAD DE CD. ACUÑA, COAHUILA, A LAS _____ 10:17 _____ HRS.
EL DIA _25_ DE _Octubre_ DEL 20 _16_ Y SE INSCRIBIO
EL DIA _31_ DE _Octubre_ DEL 20 _16_ BAJO LA PARTIDA
_95 704_ LIBRO _458_ SECC. _I_ DOY FE.
EL C. SECRETARIO                    EL C. ADMINISTRADOR LOCAL

# Exhibit "AM"





**Banamex** citigroup

Hoja: 1

Consulta de los Saldos de las Cuentas del Cliente al:   17/07/2012

Nombre: ERIKA CONTRERAS CRUZ

| Producto | Número de Cuenta | Concepto | Importe o Número |
|---|---|---|---|
| CUENTA PERFILES | 2473 | Saldo Actual<br>Saldo Disponible<br>Monto Depositos Día<br>Monto Retiros Día | $ 166,837.54+<br>$ 166,837.54<br>$ 0.00<br>$ 0.00 |
| TARJETA CLASICA | 06490 | Saldo Actual<br>Mínimo a Pagar<br>Crédito Disponible | $ 0.00-<br>$ 0.00<br>$ 19,500.00 |
| TARJETA B SMART | 8992 | Saldo Actual<br>Mínimo a Pagar<br>Fecha Límite de Pago<br>Crédito Disponible | $ 3,217.82-<br>$ 248.82<br>09/07/2012<br>$ 18,204.76 |
| TARJETA CREDICHEQUE | 0690 | Saldo Actual<br>Mínimo a Pagar<br>Fecha Límite de Pago<br>Crédito Disponible | $ 922.36-<br>$ 51.15<br>30/07/2012<br>$ 4,077.64 |
| TARJETA CRED P BANAMEX | 6193 | Saldo Actual<br>Mínimo a Pagar<br>Crédito Disponible | $ 0.00-<br>$ 0.00<br>$ 0.00 |
| TARJETA PAGOMATICO INT | 6496 | Saldo Actual<br>Mínimo a Pagar<br>Crédito Disponible | $ 0.00-<br>$ 0.00<br>$ 0.00 |



Hoja:   1

**Banamex**
citigroup

Consulta de los Saldos de las Cuentas del Cliente al:   23/05/2013
Nombre: ERIKA CONTRERAS CRUZ

| Producto | Número de Cuenta | Concepto | Importe o Número |
|---|---|---|---|
| CUENTA PERFILES | 2473 | Saldo Actual | $ 387,166.95+ |
| | | Saldo Disponible | $ 387,166.95 |
| | | Monto Depositos Día | $ 0.00 |
| | | Monto Retiros Día | $ 0.00 |
| TARJETA B SMART | 08992 | Saldo Actual | $ 18,031.01- |
| | | Mínimo a Pagar | $ 1,050.00 |
| | | Fecha Límite de Pago | 07/06/2013 |
| | | Crédito Disponible | $ 3,868.99 |
| TARJETA CREDICHEQUE | 9690 | Saldo Actual | $ 293.25- |
| | | Mínimo a Pagar | $ 16.27 |
| | | Fecha Límite de Pago | 28/05/2013 |
| | | Crédito Disponible | $ 4,706.75 |
| TARJETA CRED P BANAMEX | 56193 | Saldo Actual | $ 0.00- |
| | | Mínimo a Pagar | $ 0.00 |
| | | Crédito Disponible | $ 0.00 |
| TARJETA PAGOMATICO INT | 6496 | Saldo Actual | $ 0.00- |
| | | Mínimo a Pagar | $ 0.00 |
| | | Crédito Disponible | $ 0.00 |

SOC. 7502
MERCADO DE
ASSTOS
GOMEZ PALACIO

871552439



**Banamex**
**Banco Nacional de México**
CONSULTA DE SALDOS DE TODAS LAS CUENTAS

Consulta de los Saldos de las Cuentas del Cliente al:    30/05/2019    Hoja:    1
Sucursal: 6483    Terminal:   G22

Nombre:    ERIKA CONTRERAS CRUZ

| Producto | Número de Cuenta | Concepto | Importe o Número |
|---|---|---|---|
| CUENTA PERFILES | ■■■2473 | Saldo Actual | $139,876.09+ |
| | | Saldo Disponible | $139,876.09 |
| | | Monto Depositos Día | $0.00 |
| | | Monto Retiros Día | $5,999.99 |
| TARJETA CRED P BANAMEX | ■■■6193 | Saldo Actual | $0.00- |
| | | Mínimo a Pagar | $0.00 |
| | | Crédito Disponible | $0.00 |
| TARJETA B SMART | ■■■8992 | Saldo Actual | $1,791.89- |
| | | Mínimo a Pagar | $0.00 |
| | | Fecha Límite de Pago | 07/06/2019 |
| | | Crédito Disponible | $472.03 |



## Banamex Banco Nacional de México
### CONSULTA DE SALDOS DE TODAS LAS CUENTAS

Consulta de los Saldos de las Cuentas del Cliente al:   06/07/2018                    Hoja:   1
Sucursal:  6483    Terminal:  Q40

Nombre:   RUBEN CONTRERAS CRUZ

| Producto | Número de Cuenta | Concepto | Importe o Número |
|---|---|---|---|
| CUENTA PERFILES | ████400 | Saldo Actual | $250,786.03+ |
| | | Saldo Disponible | $250,786.03 |
| | | Monto Depositos Día | $0.00 |
| | | Monto Retiros Día | $10,000.00 |
| PERFIL EJECUTIVO | ████495 | Saldo Actual | $0.00- |
| | | Saldo Disponible | $0.00 |
| | | Monto Depositos Día | $0.00 |
| | | Monto Retiros Día | $0.00 |
| TARJETA ORO | ████6308 | Saldo Actual | $2,399.80- |
| | | Mínimo a Pagar | $0.00 |
| | | Fecha Límite de Pago | 26/06/2018 |
| | | Crédito Disponible | $9,500.20 |

# Exhibit "AN"



# CERTIFICADO PARCELARIO

### N° **000001024186**

QUE SE EXPIDE POR INSTRUCCIONES DEL C. **ENRIQUE PEÑA NIETO**, PRESIDENTE DE LOS ESTADOS UNIDOS MEXICANOS; CON FUNDAMENTO EN LOS ARTÍCULOS 27 FRACCIÓN VII DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS, 56, 78 Y DEMÁS RELATIVOS DE LA LEY AGRARIA, ASÍ COMO EN EL REGLAMENTO INTERIOR DEL REGISTRO AGRARIO NACIONAL; QUE AMPARA LA PARCELA

N° **36 P 1/1 Z 1** DEL EJIDO **EL CASTILLO**

MUNICIPIO DE **GÓMEZ PALACIO**

ESTADO DE **DURANGO** , CON UNA SUPERFICIE DE **2 - 16 - 52.930** ha.

**DOS HECTAREAS, DIECISEIS AREAS, CINCUENTA Y DOS PUNTO NOVECIENTOS**

**TREINTA CENTIAREAS**

QUE CUENTA CON LAS SIGUIENTES MEDIDAS Y COLINDANCIAS:

AL NORESTE 210.600 MTS. CON PARCELA 33
AL SURESTE 57.340 MTS. CON PARCELA 37 Y 42.55 MTS. CON PARCELA 42
AL SUROESTE 213.390 MTS. CON PARCELA 40
AL NOROESTE 51.060 MTS. CON PARCELA 35 Y 51.88 MTS. CON PARCELA 31
///////////////////////////////////////////
///////////////////////////////////////////
///////////////////////////////////////////
//////////////////////////////////////////
///////////////////////////////////////////

A FAVOR DE **CONTRERAS CRUZ ERIKA**

DE **38** AÑOS, ORIGINARIO DE **GOMEZ PALACIO, DURANGO**

ESTADO CIVIL **SOLTERA** , DE OCUPACIÓN **AMA DE CASA**

CON DOMICILIO EN **CONOCIDO, EL CASTILLO, DURANGO**

DE CONFORMIDAD CON **ENAJENACION DE DERECHOS**

**DE FECHA 2 DE JUNIO DE 2016**

HABIÉNDOSE INSCRITO ESTE CERTIFICADO EN EL REGISTRO AGRARIO NACIONAL, BAJO EL FOLIO **10007056102121940R**

DURANGO, DGO. A **25** DE **MAYO** DE **2017**

**RAN**
Registro Agrario Nacional
DELEGACIÓN ESTATAL
DURANGO, DGO.

MTRO. CARLOS HERNANDEZ PAEZ
DELEGADO DEL REGISTRO AGRARIO NACIONAL

No. 01-2129512



"Los derechos que amparan el presente Certificado, en términos de lo dispuesto por los artículos 13, 60 y 80 de la Ley Agraria, sólo podrán ser enajenados o cedidos a otros ejidatarios y/o comuneros, según se trate de ejido o comunidad, o a los avecindados del propio núcleo agrario reconocidos por acuerdo de asamblea debidamente inscrito en el Registro Agrario Nacional o por ejecutoria del Tribunal Agrario y para su enajenación o cesión, deberá respetarse el derecho del tanto que les asiste para su adquisición al cónyuge e hijos del enajenante, el cual deberán ejercer dentro de un término de treinta días naturales contados a partir de la notificación.

## EL PRESENTE CERTIFICADO
## SOLO ACREDITA LA CALIDAD
## DE POSESIONARIO

# Exhibit "AO"



**ASOCIACION DE USUARIOS DEL MODULO DE RIEGO X MASITAS
A.C.
EL COMPAS ESTACION  MPIO. DE GOMEZ PALACIO DGO.
R.F.C. XMA-981203- 9U0
CP.35118**

EL COMPAS, DGO. A 09 DE OCTUBRE DEL 2017

ASUNTO: CONSTANCIA

POR MEDIO DE LA PRESENTE HACEMOS CONSTAR QUE LA C. ERIKA CONTRERAS CRUZ TIENE EN TRAMITE EL CAMBIO DE SU   CUENTA █████ EN EL PADRON  DE LA ASOCIACION DE USUARIOS DEL MODULO DE RIEGO X MASITAS, A.C., DANDO POR ENTENDIDO QUE AQUÍ SOLO SE HACE LA RECEPCION Y REVISION DE LA DOCUMENTACION ASI COMO TAMBIEN EL FORMATO DE SOLICITUD, PARA POSTERIORMENTE ENTREGARLOS  AL DISTRITO DE RIEGO PARA SU REVISION FINAL; YA QUE ELLOS SON LOS UNICOS QUE PUEDEN HACER EL CAMBIO DEFINITIVO O ALOJO DEL PADRON DE USUARIOS.

LO ANTERIOR PARA LOS FINES LEGALES QUE A LA INTERESADA CONVENGA.

A T E N T A M E N T E

C.P. CLAUDIA ELENA ACOSTA MURILLO
ESTADISTICAS

ASOCIACIÓN DE USUARIOS
DEL MÓDULO DE RIEGO X MASITAS, A.C.

0 9 OCT 2017

EL COMPAS ESTACION
CD. GOMEZ PALACIO, DGO.

# Exhibit "AP"

**№ 187984**
NORBERTO GALINDO CARRILLO

Boleto # 187984

ID NO. 116

Peso Entrada        22030 kg

10 JUL 2017        02:34 PM

ID NO. 116

(Ent) Bruto   22030 kg

Tara     8240 kg

Neto    13790 kg

10 JUL 2017        07:31 PM

PRODUCTO:

PROCEDENCIA:  Esmeralda

Antoaio Rdz

DESTINO:

FLETERO:

FIRMA PESADOR    Albino

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.        Tels. (871) 180.02.60 al 63

---

**№ 187982**
NORBERTO GALINDO CARRILLO

Boleto # 187982

ID NO. 647

Peso Entrada        25550 kg

10 JUL 2017        02:01 PM

ID NO. 647

(Ent) Bruto   25550 kg

Tara    10650 kg

Neto    14900 kg

10 JUL 2017        05:25 PM

PRODUCTO:

PROCEDENCIA:  Emeralda

Antonio Rdz

DESTINO:

FLETERO:

FIRMA PESADOR    Albino

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.        Tels. (871) 180.02.60 al 63

Nº 187985
NORBERTO GALINDO CARRILLO

Boleto # 187985

ID NO. 60

Peso Entrada      21800 kg

10 JUL 2017       03:39 PM

ID NO. 60

(Ent) Bruto  21800 kg

        Tara    8850 kg

        Neto   12950 kg

10 JUL 2017       04:02 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

| PRODUCTO: | |
| PROCEDENCIA: | Esmeralda |
| DESTINO: | |
| FLETERO: | |

FIRMA PESADOR

---

Nº 187989
NORBERTO GALINDO CARRILLO

Boleto # 187989

ID NO. 208

Peso Entrada      19900 kg

10 JUL 2017       04:13 PM

ID NO. 208

(Ent) Bruto  19900 kg

        Tara    9300 kg

        Neto   10600 kg

10 JUL 2017       04:31 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

| PRODUCTO: | |
| PROCEDENCIA: | Esmeralda |
| DESTINO: | |
| FLETERO: | |

FIRMA PESADOR

№ 187991
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 187991

ID NO. 559

Peso Entrada        25180 kg

10 JUL 2017         04:20 PM

ID NO. 559

(Ent) Bruto   25180 kg

        Tara   10620 kg

        Neto   14560 kg

10 JUL 2017         04:38 PM

| PRODUCTO: | Alma Chino |
| PROCEDENCIA: | Esmeralda |
| DESTINO: | Arturo R02 / Juy |
| FLETERO: | Osman R02 |

FIRMA PESADOR    Albino

C/ Zacate

---

№ 187993
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 187993

ID NO. 554

Peso Entrada        20700 kg

10 JUL 2017         04:49 PM

ID NO. 554

(Ent) Bruto   20700 kg

        Tara   8360 kg

        Neto   12340 kg

10 JUL 2017         05:06 PM

| PRODUCTO: | Alma Chino |
| PROCEDENCIA: | Esmeralda |
| DESTINO: | Arturo R02 / Juy |
| FLETERO: | Osman R02 |

FIRMA PESADOR    Albino

C/ Zacate

**Nº 187996**
NORBERTO GALINDO CARRILLO

AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 187996

ID NO. 648

Peso Entrada        24910 kg

10 JUL 2017        05:12 PM

ID NO. 648

(Ent) Bruto   24910 kg

        Tara   10650 kg

        Neto   14260 kg

10 JUL 2017        05:25 PM

PRODUCTO: _____

PROCEDENCIA: _____

DESTINO: _____

FLETERO: _____

FIRMA PESADOR _____

---

**Nº 188001**
NORBERTO GALINDO CARRILLO

AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 188001

ID NO. 1403

Peso Entrada        19690 kg

10 JUL 2017        07:08 PM

ID NO. 1403

(Ent) Bruto   19690 kg

        Tara   8500 kg

        Neto   11190 kg

10 JUL 2017        07:27 PM

PRODUCTO: _____

PROCEDENCIA: _____

DESTINO: _____

FLETERO: _____

FIRMA PESADOR _____

Nº 188002
NORBERTO GALINDO CARRILLO

Boleto # 188002

ID NO. 1398

Peso Entrada          21010 kg

10 JUL 2017          07:09 PM

ID NO. 1398

(Ent) Bruto   21010 kg

          Tara    10330 kg

          Neto    10680 kg

10 JUL 2017          07:29 PM

| PRODUCTO: | Maz Pluz |
| PROCEDENCIA: | Esmeralda |
| DESTINO: | Pa y |
| FLETERO: | Luis Ayala |

FIRMA PESADOR          Alano

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Nº 188003
NORBERTO GALINDO CARRILLO

Boleto # 188003

ID NO. 117

Peso Entrada          17670 kg

10 JUL 2017          07:14 PM

ID NO. 117

(Ent) Bruto   17670 kg

          Tara     8250 kg

          Neto     9420 kg

10 JUL 2017          07:32 PM

| PRODUCTO: | Maz Pluz |
| PROCEDENCIA: | Esmeralda |
| DESTINO: | Pa y |
| FLETERO: | Zalazar |

FIRMA PESADOR          Alano

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Nº 188673
NORBERTO GALINDO CARRILLO

AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 188673

ID NO. 648

Peso Entrada        23560 kg

18 JUL 2017      08:52 AM

ID NO. 648

(Ent) Bruto   23560 kg

        Tara    10430 kg

        Neto    13130 kg

18 JUL 2017        09:04 AM

PRODUCTO: _____

PROCEDENCIA: Esmeralda
A. 102

DESTINO: _____

FLETERO: _____

**FIRMA PESADOR**    Albino


Nº 188674
NORBERTO GALINDO CARRILLO

AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 188674

ID NO. 769

Peso Entrada        22240 kg

18 JUL 2017      09:06 AM

ID NO. 769

(Ent) Bruto   22240 kg

        Tara    10450 kg

        Neto    11790 kg

18 JUL 2017        09:18 AM

PRODUCTO: _____

PROCEDENCIA: Esmeralda
A. 102

DESTINO: _____

FLETERO: _____

**FIRMA PESADOR**    Albino

Nº 188678
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 188678

ID NO. 208

Peso Entrada        19980 kg

18 JUL 2017        10:01 AM

ID NO. 208

(Ent) Bruto   19980 kg

Tara      9260 kg

Neto    10720 kg

18 JUL 2017        10:18 AM

PRODUCTO: _____

PROCEDENCIA: _Esmeralda_
_A. R02_

DESTINO: _P#S_

FLETERO: _____

FIRMA PESADOR        _Rubno_

---

Nº 188683
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 188683

ID NO. 60

Peso Entrada        21170 kg

18 JUL 2017        10:34 AM

ID NO. 60

(Ent) Bruto   21170 kg

Tara      8770 kg

Neto    12400 kg

18 JUL 2017        10:49 AM

PRODUCTO: _____

PROCEDENCIA: _Esmeralda_
_A. R02_

DESTINO: _P#S_

FLETERO: _____

FIRMA PESADOR        _Albino_

Nº 188686

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 188686

ID NO. 648

Peso Entrada      16020 kg

18 JUL 2017      10:41 AM

ID NO. 648

(Ent) Bruto  16020 kg

        Tara   10360 kg

        Neto    5660 kg

18 JUL 2017      10:53 AM

| PRODUCTO: | *Maiz Fluio* |
| PROCEDENCIA: | *Fimanda* |
| DESTINO: | *Fes* |
| FLETERO: | *Manu miz* |

**FIRMA PESADOR** *Rbino*

13

**Nº 189267**
NORBERTO GALINDO CARRILLO

Boleto # 189267

ID NO. 60

Peso Entrada      18750 kg

25 JUL 2017      03:20 PM

ID NO. 60

(Ent) Bruto  18750 kg

       Tara    8850 kg

       Neto    9900 kg

25 JUL 2017      03:39 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.      Tels. (871) 180.02.60 al 63

PRODUCTO: _Mmz / Suiz_

PROCEDENCIA: _Esmeralda_

DESTINO: _Antonio 102_ _Pte 6_

FLETERO: _M. mtr_

FIRMA PESADOR      _Alband_

_C/Racate_

---

**Nº 189270**
NORBERTO GALINDO CARRILLO

Boleto # 189270

ID NO. 677

Peso Entrada      20350 kg

25 JUL 2017      03:36 PM

ID NO. 677

(Ent) Bruto  20350 kg

       Tara    9580 kg

       Neto   10770 kg

25 JUL 2017      03:46 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.      Tels. (871) 180.02.60 al 63

PRODUCTO: _Mmz / Suiz_

PROCEDENCIA: _Esmeralda_

DESTINO: _Antonio 102_ _Pte 6_

FLETERO: _Jose L. cruz_

FIRMA PESADOR      _Albino_

_C/Zacate_

Nº 189275

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 189275

ID NO. 1398

Peso Entrada        21480 kg

25 JUL 2017        04:21 PM

ID NO. 1398

(Ent) Bruto   21480 kg

        Tara     9930 kg

        Neto    11550 kg

25 JUL 2017        04:37 PM

PRODUCTO: _____

PROCEDENCIA: Esmeralda
Arturo roz
DESTINO: P # 6

FLETERO: Luis Ayala

**FIRMA PESADOR**    Albino

C/Zacate

---

Nº 189272

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 189272

ID NO. 647

Peso Entrada        23090 kg

25 JUL 2017        03:49 PM

ID NO. 647

(Ent) Bruto   23090 kg

        Tara    10530 kg

        Neto    12560 kg

25 JUL 2017        04:01 PM

PRODUCTO: _____

PROCEDENCIA: Esmeralda
Arturo Roz
DESTINO: P # 6

FLETERO: Juan Juz

**FIRMA PESADOR**    Albino

Chacate

Nº 189279
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 189279

ID NO. 208

Peso Entrada        19110 kg

25 JUL 2017        04:53 PM

ID NO. 208

(Ent) Bruto  19110 kg

        Tara      9240 kg

        Neto      9870 kg

25 JUL 2017        05:09 PM

PRODUCTO: _____

PROCEDENCIA: _Esmeralda_
Albino 102
DESTINO: _Pe 6_

FLETERO: _Hmr_

FIRMA PESADOR   Albino

C/ZACATE

Nº 189283
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 189283

ID NO. 617

Peso Entrada        21700 kg

25 JUL 2017        05:15 PM

ID NO. 617

(Ent) Bruto  21700 kg

        Tara      9560 kg

        Neto     12140 kg

25 JUL 2017        05:23 PM

PRODUCTO: _____

PROCEDENCIA: _Esmeralda_
Antonio 102
DESTINO: _Patio_

FLETERO: _T.l. 0012_

FIRMA PESADOR   Albino

C/ZACATE

Nº 189285

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.     Tels. (871) 180.02.60 al 63

Boleto # 189285

ID NO. 60

Peso Entrada     21520 kg

25 JUL 2017     05:39 PM

ID NO. 60

(Ent) Bruto  21520 kg

Tara     8850 kg

Neto     12670 kg

25 JUL 2017     05:56 PM

PRODUCTO:

PROCEDENCIA: Esmeralda
Antonio R2

DESTINO: Patio 6

FLETERO:

**FIRMA PESADOR**     Albino

Nº 189286

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.     Tels. (871) 180.02.60 al 63

Boleto # 189286

ID NO. 647

Peso Entrada     22170 kg

25 JUL 2017     05:42 PM

ID NO. 647

(Ent) Bruto  22170 kg

Tara     10540 kg

Neto     11630 kg

25 JUL 2017     05:49 PM

PRODUCTO:

PROCEDENCIA: Esmeralda
Antonio R2

DESTINO: Patio

FLETERO:

**FIRMA PESADOR**     Albino

Nº 189296
NORBERTO GALINDO CARRILLO

Boleto # 189296

ID NO. 617

Peso Entrada        22140 kg

25 JUL 2017        07:07 PM

ID NO. 617

(Ent) Bruto  22140 kg

        Tara    9560 kg

        Neto   12580 kg

25 JUL 2017        07:18 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.        Tels. (871) 180.02.60 al 63

| PRODUCTO: | |
| PROCEDENCIA: | Esmeralda |
| DESTINO: | P6 |
| FLETERO: | |

**FIRMA PESADOR**

---

Nº 189291
NORBERTO GALINDO CARRILLO

Boleto # 189291

ID NO. 615

Peso Entrada        20910 kg

25 JUL 2017        06:07 PM

ID NO. 615

(Ent) Bruto  20910 kg

        Tara    9050 kg

        Neto   11860 kg

25 JUL 2017        06:21 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.        Tels. (871) 180.02.60 al 63

| PRODUCTO: | |
| PROCEDENCIA: | Esmeralda |
| DESTINO: | Pomo |
| FLETERO: | |

**FIRMA PESADOR**

Nº 189297
NORBERTO GALINDO CARRILLO

Boleto # 189297

ID NO. 1398

Peso Entrada        22180 kg

25 JUL 2017        07:14 PM

ID NO. 1398

(Ent) Bruto   22180 kg

        Tara    9920 kg

        Neto   12260 kg

25 JUL 2017        07:31 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

PRODUCTO: _Hmn flino_

PROCEDENCIA: _Esmralda_

DESTINO: _Antonio Roz_ _P#6_

FLETERO: _Luis Ayala_

**FIRMA PESADOR**   _Albino_

_Chacon_

---

Nº 189300
NORBERTO GALINDO CARRILLO

Boleto # 189300

ID NO. 647

Peso Entrada        24440 kg

25 JUL 2017        07:28 PM

ID NO. 647

(Ent) Bruto   24440 kg

        Tara   10530 kg

        Neto   13910 kg

25 JUL 2017        07:38 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

PRODUCTO: _Hmn flino_

PROCEDENCIA: _Esmralda_

DESTINO: _Antonio Roz_ _P#6_

FLETERO: _Nauph2_

**FIRMA PESADOR**   _Albino_

_Chacon_

Nº 189301

NORBERTO GALINDO CARRILLO

Boleto # 189302

ID NO. 615

Peso Entrada    21040 kg

25 JUL 2017      08:11 PM

ID NO. 615

(Ent) Bruto  21040 kg

Tara    9050 kg

Neto   11990 kg

25 JUL 2017      08:20 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

PRODUCTO:

PROCEDENCIA:    Esmeralda

DESTINO:

FLETERO:

FIRMA PESADOR

**Nº 189317**

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 189317

ID NO. 60

Peso Entrada        20950 kg

26 JUL 2017        09:08 AM

ID NO. 60

(Ent) Bruto   20950 kg

        Tara     8780 kg

        Neto    12170 kg

26 JUL 2017        09:15 AM

PRODUCTO: _____

PROCEDENCIA: _Esmeranza_

_Almrno Roz_
DESTINO: _Patos_

FLETERO: _H. mtz_

**FIRMA PESADOR**

---

**Nº 189318**

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 189318

ID NO. 647

Peso Entrada        14130 kg

26 JUL 2017        09:09 AM

ID NO. 647

(Ent) Bruto   14130 kg

        Tara    10510 kg

        Neto     3620 kg

26 JUL 2017        09:18 AM

PRODUCTO: _____

PROCEDENCIA: _Esmeranza_

_Almrno Roz_
DESTINO: _Pms_

FLETERO: _Nav Gm_

**FIRMA PESADOR**

N⁰ 189485

NORBERTO GALINDO CARRILLO

Boleto # 189485

ID NO. 647

Peso Entrada      22090 kg

27 JUL 2017        03:16 PM

ID NO. 647

(Ent) Bruto  22090 kg

Tara    10630 kg

Neto    11460 kg

27 JUL 2017        03:28 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.      Tels. (871) 180.02.60 al 63

PRODUCTO:

PROCEDENCIA:  S. feufe

Thina Alcato

DESTINO:  fe 6

FLETERO:  Juru Jmz

**FIRMA PESADOR**   ABino

---

N⁰ 189486

NORBERTO GALINDO CARRILLO

Boleto # 189486

ID NO. 617

Peso Entrada      19340 kg

27 JUL 2017        03:27 PM

ID NO. 617

(Ent) Bruto  19340 kg

Tara    9490 kg

Neto    9850 kg

27 JUL 2017        03:37 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.      Tels. (871) 180.02.60 al 63

PRODUCTO:

PROCEDENCIA:  S. feufe

Thina Alcato

DESTINO:  fe 6

FLETERO:  Jose l. ooiz

**FIRMA PESADOR**   ABino

Nº 189489

NORBERTO GALINDO CARRILLO

Boleto # 189489

ID NO. 615

Peso Entrada          18300 kg

27 JUL 2017          03:49 PM

ID NO. 615

(Ent) Bruto  18300 kg

        Tara    8930 kg

        Neto    9370 kg

27 JUL 2017          04:00 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.          Tels. (871) 180.02.60 al 63

| PRODUCTO: | _Mme Plus_ |
| PROCEDENCIA: | _S. fruta_ |
| _Jaime Alosta_ DESTINO: | _Pº 6_ |
| FLETERO: | _Carlos Ruz_ |

**FIRMA PESADOR**   _Albino_

---

Nº 189494

NORBERTO GALINDO CARRILLO

Boleto # 189494

ID NO. 1398

Peso Entrada          19550 kg

27 JUL 2017          04:07 PM

ID NO. 1398

(Ent) Bruto  19550 kg

        Tara    9970 kg

        Neto    9580 kg

27 JUL 2017          04:31 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.          Tels. (871) 180.02.60 al 63

| PRODUCTO: | _Mme Plus_ |
| PROCEDENCIA: | _S. fruta_ |
| _Jaime Alosta_ DESTINO: | _Pº 6_ |
| FLETERO: | _Luis M/nis_ |

**FIRMA PESADOR**   _Albino_

Nº 189495

NORBERTO GALINDO CARRILLO

Boleto # 189495

ID NO. 769

Peso Entrada          20890 kg

27 JUL 2017          04:09 PM

ID NO. 769

(Ent) Bruto  20890 kg

        Tara    10490 kg

        Neto    10400 kg

27 JUL 2017          04:22 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agricola La Popular
Gómez Palacio, Dgo.          Tels. (871) 180.02.60 al 63

PRODUCTO: *Mono Plus*

PROCEDENCIA: *S. Fenle*

*J. Acosta*

DESTINO: *Fe 6*

FLETERO: *frao lenver*

**FIRMA PESADOR**  *Aesino*

---

Nº 189496

NORBERTO GALINDO CARRILLO

Boleto # 189496

ID NO. 623

Peso Entrada          20410 kg

27 JUL 2017          04:14 PM

ID NO. 623

(Ent) Bruto  20410 kg

        Tara     9780 kg

        Neto    10630 kg

27 JUL 2017          04:35 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agricola La Popular
Gómez Palacio, Dgo.          Tels. (871) 180.02.60 al 63

PRODUCTO: *Mono Plus*

PROCEDENCIA: *S. Fenle*

*J. Acosta*

DESTINO: *Fe 6*

FLETERO: *fro Morelnos*

**FIRMA PESADOR**  *Acsmo*

Nº 189499

NORBERTO GALINDO CARRILLO

Boleto # 189499

ID NO. 3107

Peso Entrada     24350 kg

27 JUL 2017          04:34 PM

ID NO. 3107

(Ent) Bruto  24350 kg

Tara   10680 kg

Neto   13670 kg

27 JUL 2017          04:52 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.     Tels. (871) 180.02.60 al 63

| PRODUCTO: | |
| PROCEDENCIA: | |
| DESTINO: | |
| FLETERO: | |

**FIRMA PESADOR**

---

Nº 189504

NORBERTO GALINDO CARRILLO

Boleto # 189504

ID NO. 60

Peso Entrada     20430 kg

27 JUL 2017          04:48 PM

ID NO. 60

(Ent) Bruto  20430 kg

Tara    8890 kg

Neto   11540 kg

27 JUL 2017          05:08 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.     Tels. (871) 180.02.60 al 63

| PRODUCTO: | |
| PROCEDENCIA: | |
| DESTINO: | |
| FLETERO: | |

**FIRMA PESADOR**

Nº 189509

ORBERTO GALINDO CARRILLO

Boleto # 189509

ID NO. 208

Peso Entrada     19050 kg

27 JUL 2017      05:38 PM

ID NO. 208

(Ent) Bruto  19050 kg

        Tara    9280 kg

        Neto    9770 kg

27 JUL 2017      05:49 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agricola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

PRODUCTO: _____

PROCEDENCIA: _____

DESTINO: _____

FLETERO: _____

**FIRMA PESADOR**

---

Nº 189510

NDO CARRILLO

# 189510

617

Entrada     20220 kg

27 JUL 2017      05:39 PM

ID NO. 617

(Ent) Bruto  20220 kg

        Tara    9520 kg

        Neto   10700 kg

27 JUL 2017      05:51 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agricola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

PRODUCTO: _____

PROCEDENCIA: _____

DESTINO: _____

FLETERO: _____

**FIRMA PESADOR**

Nº 189516
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 189516

ID NO. 615

Peso Entrada      18490 kg

27 JUL 2017       06:04 PM

ID NO. 615

(Ent) Bruto   18490 kg

        Tara    8950 kg

        Neto    9540 kg

27 JUL 2017       06:18 PM

PRODUCTO: _____

PROCEDENCIA: S. feule
  J. Acosta

DESTINO: _____

FLETERO: _____

**FIRMA PESADOR**   Albino

---

Nº 189517
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 189517

ID NO. 769

Peso Entrada      20590 kg

27 JUL 2017       06:09 PM

ID NO. 769

(Ent) Bruto   20590 kg

        Tara   10470 kg

        Neto   10120 kg

27 JUL 2017       06:24 PM

PRODUCTO: _____

PROCEDENCIA: S. feule
  J. Acosta

DESTINO: _____

FLETERO: Felix Lener

**FIRMA PESADOR**   Albino

**N° 189520**

NORBERTO GALINDO CARRILLO

Boleto # 189520

ID NO. 647

Peso Entrada          21260 kg

27 JUL 2017          06:31 PM

ID NO. 647

(Ent) Bruto   21260 kg

Tara      10620 kg

Neto      10640 kg

27 JUL 2017          06:44 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.          Tels. (871) 180.02.60 al 63

PRODUCTO: _Maiz Blue_

PROCEDENCIA: _S. feufe_
_T·Alostra_

DESTINO: _PF 6_

FLETERO: _Juan Jn?_

**FIRMA PESADOR** _Albino_

---

**N° 189523**

NORBERTO GALINDO CARRILLO

Boleto # 189523

ID NO. 3107

Peso Entrada          23900 kg

27 JUL 2017          07:05 PM

ID NO. 3107

(Ent) Bruto   23900 kg

Tara      10580 kg

Neto      13320 kg

27 JUL 2017          07:19 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.          Tels. (871) 180.02.60 al 63

PRODUCTO: _Maiz Blue_

PROCEDENCIA: _S. feufe_
_T·Alostra_

DESTINO: _PF 6_

FLETERO: _Nor lopez_

**FIRMA PESADOR** _Albino_

Nº 189527
NORBERTO GALINDO CARRILLO

Boleto # 189527

ID NO. 617

Peso Entrada        20290 kg

27 JUL 2017        07:08 PM

ID NO. 617

(Ent) Bruto   20290 kg

        Tara    9490 kg

        Neto   10800 kg

27 JUL 2017        07:23 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

PRODUCTO: _Mmz Phllo_

PROCEDENCIA: _S. Felipe_
_J. Acosta_

DESTINO: _#6_

FLETERO: _J.l. Ortz_

**FIRMA PESADOR**    _Albino_

---

Nº 189526
NORBERTO GALINDO CARRILLO

Boleto # 189526

ID NO. 60

Peso Entrada        20100 kg

27 JUL 2017        07:08 PM

ID NO. 60

(Ent) Bruto   20100 kg

        Tara    8880 kg

        Neto   11220 kg

27 JUL 2017        07:27 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

PRODUCTO: _Mmz Phllo_

PROCEDENCIA: _S. Felipe_
_J. Acosta_

DESTINO: _#6_

FLETERO: _M.mr_

**FIRMA PESADOR**    _Albino_

Nº 189528

NORBERTO GALINDO CARRILLO

Boleto # 189528

ID NO. 208

Peso Entrada      19960 kg

27 JUL 2017          07:35 PM

ID NO. 208

(Ent) Bruto   19960 kg

        Tara      9430 kg

        Neto    10530 kg

27 JUL 2017          07:48 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agricola La Popular
Gómez Palacio, Dgo.      Tels. (871) 180.02.60 al 63

| PRODUCTO: | |
| PROCEDENCIA: | S. feu/a |
| DESTINO: | J. Arosa   /#6 |
| FLETERO: | Milas |

**FIRMA PESADOR**     MBno


Nº 189529

NORBERTO GALINDO CARRILLO

Boleto # 189529

ID NO. 769

Peso Entrada      21230 kg

27 JUL 2017          07:41 PM

ID NO. 769

(Ent) Bruto   21230 kg

        Tara     10470 kg

        Neto    10760 kg

27 JUL 2017          07:51 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agricola La Popular
Gómez Palacio, Dgo.      Tels. (871) 180.02.60 al 63

| PRODUCTO: | |
| PROCEDENCIA: | S. feu/a |
| DESTINO: | J. Arosa   /#6 |
| FLETERO: | |

**FIRMA PESADOR**     Alano

Nº 189530

ARBERTO GALINDO CARRILLO

Boleto # 189530

ID NO. 615

Peso Entrada     18510 kg

27 JUL 2017        08:12 PM

ID NO. 615

(Ent) Bruto  18510 kg

        Tara     8950 kg

        Neto     9560 kg

27 JUL 2017        08:20 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Tels. (871) 180.02.60 al 63
Gómez Palacio, Dgo.

| PRODUCTO: | |
|---|---|
| PROCEDENCIA: | |
| DESTINO: | |
| FLETERO: | |

FIRMA PESADOR

**Nº 189563**

NORBERTO GALINDO CARRILLO

AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agricola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 189563

ID NO. 60

Peso Entrada        17260 kg

28 JUL 2017         10:27 AM

ID NO. 60

(Ent) Bruto  17260 kg

        Tara     8810 kg

        Neto     8450 kg

28 JUL 2017         10:40 AM

| PRODUCTO: | |
| PROCEDENCIA: | |
| DESTINO: | |
| FLETERO: | |

**FIRMA PESADOR**

---

**Nº 189566**

NORBERTO GALINDO CARRILLO

AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agricola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 189566

ID NO. 647

Peso Entrada        23170 kg

28 JUL 2017         10:52 AM

ID NO. 647

(Ent) Bruto  23170 kg

        Tara    10620 kg

        Neto    12550 kg

28 JUL 2017         11:06 AM

| PRODUCTO: | |
| PROCEDENCIA: | |
| DESTINO: | |
| FLETERO: | |

**FIRMA PESADOR**

**Nº 189572**

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.        Tels. (871) 180.02.60 al 63

Boleto # 189572

ID NO. 769

Peso Entrada      22150 kg

28 JUL 2017      11:28 AM

ID NO. 769

(Ent) Bruto   22150 kg

        Tara    10440 kg

        Neto    11710 kg

28 JUL 2017      11:47 AM

| PRODUCTO: | Mar / Luis |
| PROCEDENCIA: | S. Feupe |
| DESTINO: | J. Acosta  P. 6 |
| FLETERO: | Frise Power |

**FIRMA PESADOR**   Alano

---

**Nº 189574**

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.        Tels. (871) 180.02.60 al 63

Boleto # 189574

ID NO. 3107

Peso Entrada      26370 kg

28 JUL 2017      11:41 AM

ID NO. 3107

(Ent) Bruto   26370 kg

        Tara    10580 kg

        Neto    15790 kg

28 JUL 2017      12:04 PM

| PRODUCTO: | Mar / Luis |
| PROCEDENCIA: | S. Feupe |
| DESTINO: | J. Acosta  P. 6 |
| FLETERO: | Nor Luis |

**FIRMA PESADOR**   ALBINO

Nº 189578
NORBERTO GALINDO CARRILLO

Boleto # 189578

ID NO. 60

Peso Entrada     19980 kg

28 JUL 2017     11:56 AM

ID NO. 60

(Ent) Bruto   19980 kg

       Tara    9550 kg

       Neto   10430 kg

28 JUL 2017     12:12 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.     Tels. (871) 180.02.60 al 63

| | |
|---|---|
| PRODUCTO: | *Hmz/bnz* |
| PROCEDENCIA: | *S. frerjo* *J Acosta* |
| DESTINO: | *fla 6* |
| FLETERO: | *H.miz* |

**FIRMA PESADOR**     *ALBINO*

Nº 189586
NORBERTO GALINDO CARRILLO

Boleto # 189586

ID NO. 623

Peso Entrada     21060 kg

28 JUL 2017     12:19 PM

ID NO. 623

(Ent) Bruto   21060 kg

       Tara    9780 kg

       Neto   11280 kg

28 JUL 2017     12:35 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.     Tels. (871) 180.02.60 al 63

| | |
|---|---|
| PRODUCTO: | *Hmz/bnz* |
| PROCEDENCIA: | *S. frerjo* *J Acosta* |
| DESTINO: | *fla 6* |
| FLETERO: | *Leon fo Manuas* |

**FIRMA PESADOR**     *ALBINO*

## Nº 189590

NORBERTO GALINDO CARRILLO

Boleto # 189590

ID NO. 617

Peso Entrada          20120 kg

28 JUL 2017          12:40 PM

ID NO. 617

(Ent) Bruto   20120 kg

       Tara      9480 kg

       Neto     10640 kg

28 JUL 2017          12:51 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

| PRODUCTO: | Vime Phila |
| PROCEDENCIA: | S. freufe |
| DESTINO: | J. Maria   Jr. 6 |
| FLETERO: | Jose d ortz |

**FIRMA PESADOR**      Albino

---

## Nº 189592

NORBERTO GALINDO CARRILLO

Boleto # 189592

ID NO. 615

Peso Entrada          18660 kg

28 JUL 2017          12:53 PM

ID NO. 615

(Ent) Bruto   18660 kg

       Tara      8930 kg

       Neto      9730 kg

28 JUL 2017          01:07 PM

**AGRICOLA EL EDEN, S.P.R. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

| PRODUCTO: | Vime Phila |
| PROCEDENCIA: | S. freufe |
| DESTINO: | J. Alona   Jr 6 |
| FLETERO: | Carnus Ron |

**FIRMA PESADOR**      Albino

Nº 189593

NORBERTO GALINDO CARRILLO

Boleto # 189593

ID NO. 648

Peso Entrada        22790 kg

28 JUL 2017        12:54 PM

ID NO. 648

(Ent) Bruto   22790 kg

Tara    10690 kg

Neto    12100 kg

28 JUL 2017        01:06 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.        Tels. (871) 180.02.60 al 63

PRODUCTO: _____

PROCEDENCIA: S. Felipe

T. Acosta

DESTINO: _____ Fe 6

FLETERO: _____

**FIRMA PESADOR**        R Bino

---

Nº 189597

NORBERTO GALINDO CARRILLO

Boleto # 189597

ID NO. 647

Peso Entrada        21020 kg

28 JUL 2017        01:28 PM

ID NO. 647

(Ent) Bruto   21020 kg

Tara    10650 kg

Neto    10370 kg

28 JUL 2017        01:40 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.        Tels. (871) 180.02.60 al 63

PRODUCTO: _____

PROCEDENCIA: S. Felipe

T. Acosta

DESTINO: _____ Fe 6

FLETERO: _____

**FIRMA PESADOR**        R Bino

Nº 189605

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agricola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 189605

ID NO. 852

Peso Entrada    13820 kg

28 JUL 2017      03:07 PM

ID NO. 852

(Ent) Bruto  13820 kg

       Tara    9910 kg

       Neto    3910 kg

28 JUL 2017      03:16 PM

PRODUCTO:

PROCEDENCIA:

DESTINO:

FLETERO:

FIRMA PESADOR

Nº 190405

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 190405

ID NO. 615

Peso Entrada        19320 kg

04 AUG 2017        12:00 PM

ID NO. 615

(Ent) Bruto  19320 kg

        Tara    8880 kg

        Neto   10440 kg

04 AUG 2017        12:14 PM

| PRODUCTO: | Maiz Grano |
| PROCEDENCIA: | Esmeralda |
| DESTINO: | Nuevos Roz    F. B |
| FLETERO: | P. Carrillo |

**FIRMA PESADOR**        Facay

---

Nº 190411

NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

Boleto # 190411

ID NO. 647

Peso Entrada        21440 kg

04 AUG 2017        12:31 PM

ID NO. 647

(Ent) Bruto  21440 kg

        Tara   10700 kg

        Neto   10740 kg

04 AUG 2017        12:42 PM

| PRODUCTO: | Maiz Grano |
| PROCEDENCIA: | Esmeralda |
| DESTINO: | Nuevos Roz    F. B |
| FLETERO: | J. Dom |

**FIRMA PESADOR**        Facay

Nº 190418
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.      Tels. (871) 180.02.60 al 63

Boleto # 190418

ID NO. 617

Peso Entrada      19210 kg

04 AUG 2017      01:16 PM

ID NO. 617

(Ent) Bruto  19210 kg

        Tara    9540 kg

        Neto    9670 kg

04 AUG 2017      01:27 PM

| PRODUCTO: | |
| PROCEDENCIA: | _Esmeral_ |
| DESTINO: | _Flo 8 Pan_ |
| FLETERO: | _Luis Haim_ |

**FIRMA PESADOR**

---

Nº 190425
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.      Tels. (871) 180.02.60 al 63

Boleto # 190425

ID NO. 625

Peso Entrada      33780 kg

04 AUG 2017      01:36 PM

ID NO. 625

(Ent) Bruto  33780 kg

        Tara   16160 kg

        Neto   17620 kg

04 AUG 2017      01:52 PM

| PRODUCTO: | |
| PROCEDENCIA: | _Esmeral_ |
| DESTINO: | _Flo 9_ |
| FLETERO: | _Jose I. cruz_ |

**FIRMA PESADOR**

Nº 190430
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 190430

ID NO. 648

Peso Entrada       21700 kg

04 AUG 2017        02:03 PM

ID NO. 648

(Ent) Bruto   21700 kg

        Tara    10550 kg

        Neto    11150 kg

04 AUG 2017        02:18 PM

PRODUCTO: _Maiz Pollo_

PROCEDENCIA: _Esmeralda_

DESTINO: _Autowo R52_   _P # 8_

FLETERO: _Manzum_

**FIRMA PESADOR** _freoy_

---

Nº 190432
NORBERTO GALINDO CARRILLO

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.   Tels. (871) 180.02.60 al 63

Boleto # 190432

ID NO. 615

Peso Entrada       15620 kg

04 AUG 2017        02:29 PM

ID NO. 615

(Ent) Bruto   15620 kg

        Tara     8890 kg

        Neto     6730 kg

04 AUG 2017        02:42 PM

PRODUCTO: _Maiz Pollo_

PROCEDENCIA: _Esmeralda_

DESTINO: _Autowo R52_   _P # 9_

FLETERO: _A lomus_

**FIRMA PESADOR** _fnoay_

Nº 190436

NORBERTO GALINDO CARRILLO

Boleto # 190436

ID NO. 647

Peso Entrada          22570 kg

04 AUG 2017          03:03 PM

ID NO. 647

(Ent) Bruto   22570 kg

        Tara    10690 kg

        Neto    11880 kg

04 AUG 2017          03:38 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

| PRODUCTO: | |
| PROCEDENCIA: | |
| DESTINO: | |
| FLETERO: | |

**FIRMA PESADOR**

---

Nº 190439

NORBERTO GALINDO CARRILLO

Boleto # 190439

ID NO. 623

Peso Entrada          20250 kg

04 AUG 2017          03:23 PM

ID NO. 623

(Ent) Bruto   20250 kg

        Tara    9720 kg

        Neto    10530 kg

04 AUG 2017          03:37 PM

**AGRICOLA EL EDEN, S.P.R. de R.L. de C.V.**
Carr. Gómez Palacio - Esmeralda Km. 5.5 Col. Agrícola La Popular
Gómez Palacio, Dgo.    Tels. (871) 180.02.60 al 63

| PRODUCTO: | |
| PROCEDENCIA: | |
| DESTINO: | |
| FLETERO: | |

**FIRMA PESADOR**

# Exhibit "AQ"

# AGRICOLA EL EDEN, SPR DE RL DE CV

Gomez Palacio, Dgo. a 09 De Octubre Del 2017

A quien corresponda:

Por medio de la presente hacemos constar que la Sra. Erika Contreras Cruz es propietaria de varias hectáreas en el ejido El Castillo, de la ciudad de Gómez Palacio Durango además de que desde el año 2010 tenemos relación de compra-venta de maíz el cual haciendo a 700 toneladas anuales en promedio, y la cual es parte de nuestros proveedores vigentes teniendo una excelente relación.

Quedamos a sus órdenes para cualquier duda que tenga sobre la persona antes mencionada.

Saludos cordiales!

AGRICOLA EL EDEN S.P.R DE R.L DE C.V.

AGRICOLA EL EDEN, SPR DE RL DE CV
AED - 000813 - HV3
Carr. Libre Matamoros - La Cuchilla km 2 s/n
CP 27440 Matamoros, Coah.
Tels. (871) 180-0260 al 63

ING.  IGNACIO DANIEL VALENCIA PERALTA

ADMINISTRADOR GENERAL

Carretera Gómez Palacio-Esmeralda Km. 5.5 s/n, Col. Agrícola la Popular,  Gómez Palacio, Dgo.

Tel. (871) 180-0260 al 63     ggalindo@internetual.com.mx

## AGRICOLA EL EDEN S.P.R. DE R.L. DE C.V.
### CARR. LIBRE MATAMOROS - LA CUCHILLA K.M. 5.5

**Estado de cuenta**

**REFACCIONADO:** ERIKA CONTRERAS CRUZ    CICLO 2016-2016    Interes Anual 13.500%    **10/10/17**    **16:51**

**20 MAIZ**    1.125%    0.038%

| Fecha | REF | CONCEPTO | CARGO | ABONO | | Dias Acum | INTERES | SALDO FINAL |
|---|---|---|---|---|---|---|---|---|
| 02-feb-17 | | ANTICIPO | 150,000.00 | | 150,000.00 | 149 | 8,381.25 | 158,381.25 |
| | | | | 0.00 | 150,000.00 | 0 | 0.00 | 158,381.25 |
| | | | | | 150,000.00 | 0 | 0.00 | 158,381.25 |
| | | | | | 150,000.00 | 0 | 0.00 | 158,381.25 |
| | | | | | 150,000.00 | 0 | 0.00 | 158,381.25 |
| | | | | | 150,000.00 | 0 | 0.00 | 158,381.25 |
| | | TOTALES | 150,000.00 | 0.00 | 150,000.00 | | 8,381.25 | 158,381.25 |
| | | | **CARGOS** | **ABONOS** | | | **INTERESES** | **SALDO FINAL** |
| | | | 150,000.00 | 0.00 | | | 8,381.25 | $ 158,381.25 |

LA FECHA DE CORTE ES    01-jul-17

R e s u m e n
Hectareas Sorgo
Producto Entregado (en toneladas)    757.05
( $ ) por tonelada Maiz    650.00
Importe    492,082.50

R e b a j e s
(-) Refaccion    158,381.25    158,381.25

( = ) Saldo a liquidar    333,701.25



AGRICOLA EL EDEN, SPR DE RL DE CV
AED - 000613 - HV3
Carr. Libre Matamoros - La Cuchilla km 2.5
CP 27440 Matamoros, Coah.
Tel. (871) 160-0260 al 63

# Exhibit "AR"

Degree Completion



# THOMAS EDISON STATE UNIVERSITY

*A public university proudly serving
the needs of busy adults –
anytime, anywhere – since 1972.*

Search site    [Search]

🏠   About TESU    Current Students    Military/Veterans    Admissions    Academics    Tuition & Financial Aid    Degree Completion

News & Events

Find an Expert

College Fact Sheet

Press Releases (view all)

Events (view all)

Invention Magazine

Signals (Student Newsletter)

Videos

Contact Communications Office

**Joan Martins, BA**
"My inspiration for returning to college to finish my degree was a personal one. I needed to finish something I started before I had a family..."
Watch Joan »

Home / Press Releases (view all)

## University Partners with Atlantic Cape Community College to Expand Access to Bachelor's Degree Completion

December 22, 2016

[Like 0]    [Tweet]    Share

TRENTON, NJ – Atlantic Cape Community College and Thomas Edison State University are partnering to create a dual admission and enrollment program that will enable students pursuing an associate degree at Atlantic Cape to be simultaneously enrolled in a bachelor's degree program at the university.

"We are excited to work with Atlantic Cape to enhance access to our high-quality, flexible baccalaureate programs for their students," said William Seaton, provost and vice president at Thomas Edison State University. "I believe that this joint approach will offer an appropriate opportunity for our institutions to develop an innovative partnership based on the unique strengths of each school, resulting in an affordable and convenient approach to earning a bachelor's degree. This relationship will benefit both institutions and, most importantly, students and families in South Jersey."

The partnership will enable students to apply up to 90 transfer credits earned at Atlantic Cape Community College to a bachelor's degree at the university.

"The dual admission program between Atlantic Cape and Thomas Edison State University is a unique pathway to baccalaureate education for residents of Atlantic and Cape May counties," said Peter L. Mora, Atlantic Cape president. "This relationship is built on a successful model of higher education partnerships flourishing throughout the state and is a cost-efficient way to meet the demand for higher education."



(from left) Dr. George A. Pruitt, president of Thomas Edison State University; and Dr. Peter L. Mora, president of Atlantic Cape Community College.

The partnership will be open to students enrolled in select Associate in Science, Associate in Applied Science and Associate in Arts degree programs at Atlantic Cape Community College who enroll in select Bachelor of Arts, Bachelor of Science in Applied Science and Technology and Bachelor of Science in Business Administration degree programs at Thomas Edison State University. Additional programs may be added in the future.

# Exhibit "AS"

## Jorge Coombs

| | |
|---|---|
| **From:** | erika contreras cruz <Contreras_erika1@hotmail.com> |
| **Sent:** | Friday, February 02, 2018 1:32 PM |
| **To:** | Jorge Coombs |
| **Subject:** | RV: Thomas Edison State University Course Confirmation |

Hola Jorge buenas tardes, te envio la confimacion de registracion que me envio la escuela Thomas Edison.

Erika

**De:** Bianca Taylor-Davis <bdavis@tesu.edu>
**Enviado:** lunes, 22 de enero de 2018 07:59 a. m.
**Para:** contreras_erika1@hotmail.com
**Asunto:** Thomas Edison State University Course Confirmation



Office of the Registrar
(609) 984-1180

167 W. Hanover St.
Trenton, NJ 08618
www.tesu.edu

Dear Erika Cruz:

This e-mail serves to confirm your registration in the below Thomas Edison State University course. Please notify the Office of the Registrar immediately of any discrepancies at registration@tesu.edu or by calling 609-777-5680. You will receive one email per course registration.

**Term: 2018FEB**
**Course: ACC-421-OL010: Federal Income Taxation**
**Credits: 3.0 credits**
**Term Dates: 1/29/2018 - 4/22/2018**

**Login information:** Your course will be offered in the University's Moodle Learning Management System accessed via the myEdison student portal. Please refer to our MyEdison/Course Access page for instructions.

**Additionally, please note that your course(s) will appear in the myEdison portal the Friday before the term starts.** Until then, your courses will not be visible. For confirmation, you can view the courses you have registered for in Online Student Services under "Academic Profile".

**NEW – We are pleased to include information about the TESU Mobile App! You can use the TESU Mobile app to login to your courses on MyEdison from anywhere at anytime!** Here are links to download:

Android: https://play.google.com/store/apps/details?id=com.dub.app.tesu
iTunes: https://itunes.apple.com/us/app/tesu-mobile/id1101337370?ls=1&mt=8
Preview video of the App: https://youtu.be/GKAaDtv8wWQ

**To prepare for your course:**
- Select the **Academic Evaluation** tab located on the Online Student Services portal to ensure the course(s) fall(s) within your degree requirements.

  - Determine and/or purchase the course materials required through MBS Direct.
  - Log in and familiarize yourself with the myEdison portal (if you are having trouble accessing your account, please visit our common issues page)
  - View the Moodle Navigation videos on the Moodle Video Help site for assistance.

- Review the examination section of your course syllabus for information regarding the course midterm and final exam. Most exams are offered through the Online Proctoring Service: ProctorU.
- Undergraduate students: If this course fulfills your English Composition requirement **or** applies towards your area of study, you must earn a grade of C or higher to ensure that the credit can be applied towards your degree. If you are uncertain about where this course applies in your degree, please contact the Office of Academic Advising at 609-777-5680 or academicadvising@tesu.edu.

**Students using Financial Aid:**
- Please remember that federal and New Jersey state financial aid is awarded only for enrollment in Guided Study (GS) and Online (OL, or NU) courses only. **Financial aid will not be awarded for TECEP exams (TE), Prior Learning Assessment (PA/PF), or e-Pack (EP) courses. Students are required to register for a minimum of 6 credits in their award term to meet FA requirements.** Please refer to the Financial Aid Handbook for all requirements.
- In order for your course tuition and fees to be paid by financial aid, you must register for courses in the specific terms that you requested in your award letter. Please check your course confirmation letters against your Thomas Edison State University Financial Aid Award Letter to ensure that you are in compliance with all your award specifications.
- If you register in courses outside of the terms you requested or in the course types listed above as non-FA approved, your Financial Aid won't be awarded and you will be responsible for the course tuition and fees. You will also be responsible for the University enrollment fee you selected. If you wish to change your courses so that they will be accepted for Financial Aid, please contact the Office of the Registrar immediately at registration@tesu.edu. Please include your TESU University ID number: 0639668

I wish you the best as you progress in this course. Please feel free to contact Enrollment Services with any questions at enrolled@tesu.edu or 609-777-5680.

Sincerely,

Roberto Smart
Academic Records & Registration Specialist
Office of the Registrar

## Online Student Services - Detail

My Profile  ×Close

Help

Recent address changes made via the web may not be displayed until verified by the institution.

**Personal Information**

| | |
|---|---|
| **Full Name** | Erika Contreras Cruz |
| **Preferred Name** | Ms. Erika C. Cruz |
| **University ID** | 0639668 |

| **Student Status** | **Start Date** |
|---|---|
| OS1TU Out-Of-State Tuition Only | 11/08/17 |

**Address**

████████████

Linwood, NJ 08221

| **Phone Number** | **Extension** | **Type** |
|---|---|---|
| ██████ | | Home Phone |
| ██████ | | Car Phone/Cellular |
| ██████ | | Car Phone/Cellular |

| **E-mail Address** | **Type** |
|---|---|
| contreras_erika1@hotmail.com | Internet - Primary Email |

| **Emergency Contact Name** | **Daytime Phone** | **Evening Phone** | **Other Phone** | **Relationship** |
|---|---|---|---|---|
| None Specified | | | | |

**Academic Information**

| Academic Program | Academic Level | Catalog | Degree | Anticipated Completion | Academic Level Standing | Major | Minor | CCD | Specialization |
|---|---|---|---|---|---|---|---|---|---|

| | | Date | ng | |
|---|---|---|---|---|
| BSBA in Accounting /CPA | Undergraduate | 2017 - 2018 Catalog | BS BA | Accounting /CPA |

**Foreign Language Information**    None available

My Schedule

FILER'S name, street address, city, state, and ZIP code or foreign country, foreign postal code, and telephone number

Thomas Edison State College
101 West State Street
Trenton NJ 08608

Contact: (609) 984-4099
ECSI: 866-428-1098

| 1 Payments received for qualified tuition and related expenses | OMB No. 1545-1574 | **2017** | **Tuition Statement** |
| --- | --- | --- | --- |
| 2 Amounts billed for qualified tuition and related expenses $3,294.00 | | Form **1098-T** | |

| FILER'S federal identification no. ██████2727 | STUDENT'S taxpayer identification no. | 3 If this box is checked, your educational institution has changed its reporting method for 2017 [ ] | **Copy B** For Student |
| --- | --- | --- | --- |
| STUDENT'S name, street address, city, state, and ZIP code ERIKA C CRUZ ███████████ LINWOOD NJ 08221-1418 | | 4 Adjustments made for a prior year | 5 Scholarships or grants |
| | | 6 Adjustments to scholarships or grants for a prior year | 7 Checked if the amount in box 1 or 2 includes amounts for an academic period beginning January - March 2018 [ ] |
| Service Provider/Acct No. (see instr.) 0639668 | 8 Checked if at least half-time student [X] | 9 Checked if a graduate student [ ] | 10 Ins. contract reimb./refund |

This is important tax information and is being furnished to the Internal Revenue Service. This form must be used to complete Form 8863 to claim education credits. Give it to the tax preparer or use it to prepare the tax return.

Form **1098-T**  (keep for your records)  www.irs.gov/1098t  Department of the Treasury-Internal Revenue Service

If you have any general questions, please visit http://www.ecsi.net/taxinfo.html for information regarding your tax documents and to obtain contact information for ECSI. If you have any questions regarding the financial information on your 1098-T, please contact your school directly. Neither your school nor ECSI can answer tax questions or provide tax advice, you must contact your tax professional.

| Trans Date | Box # | Transaction History Trans Description | Trans Amt | Trans Date | Box # | Transaction History Trans Description | Trans Amt |
| --- | --- | --- | --- | --- | --- | --- | --- |

For a complete listing of your student account transactions, please access your student account online through the student portal provided by your institution.

**Access your electronic tax document at https://heartland.ecsi.net.**
**Create a profile and connect your Heartland key (00471-F3A5DD489B55) to view your tax profile.**

# Exhibit "AT"

FINS: 1044934222          Subject ID : 359087121          Event No: ZHO1707000444

U.S. Department of Homeland Security

## Withdrawal of Application for Admission/Consular Notification

| Basis for Action *(check all that apply)* | SIGMA Event: 14654285 | File No. A209 827 037 |
|---|---|---|
| | | Date: 07/30/2017 |

- ☐ Application for Admission Withdrawn
- ☒ Visa/BCC Canceled
- ☐ VWPP Refusal
- ☐ Ordered removed (inadmissible) by Immigration Judge -Section 235(b)(2)(order attached)
- ☒ Ordered removed (inadmissible) by DHS - Section 235(b)(1)(order attached)
- ☐ Waiver revoked (212)(d)(3) (order attached)
- ☐ Departure required (8 CFR 240.25) (Form I-213 attached)

Notice to: American Consul MONTERREY, NUEVO LEON., MEXICO        From:        HOUSTON, TX  US 77205
                            *(Location)*                                                              *(Location)*

| Name (FAMILY, Given, Middle) CONTRERAS CRUZ, Erika | | |
|---|---|---|
| Citizenship MEXICO | Country of birth DURANGO, MEXICO | Date of birth ████ 1979 |
| Complete foreign address (Mailing Address GOMEZ PALACIO DURANGO MEXICO 35049 | | |
| Complete U.S. address LINWOOD NEW JERSEY 082211418 | | |
| Airline/Vessel of arrival United Airlines, Inc., Flt#: 6157 | Port of arrival HOUSTON, TX (AIRPORT) | Date of arrival 07/29/2017 2235 |
| Visa number, type F3434725, F1 | Date, place of visa issuance 07/19/2012, MONTERREY, MEXICO | Social Security Number None |

Reasons (Include all pertinent facts concerning denial of application for admission, including use of altered, counterfeit or fraudulent documents):

**Right Index Finger**

On July 29, 2017, CONTRERAS CRUZ, Erika arrived at George Bush Intercontinental Airport on United Airlines (UA) 6157.  Subject presented a Mexican passport number G15099955 issued on August 12, 2014 with expiration August 12, 2024 and an expired F-1visa foil number F3434725 issued on July 19, 2012 with expiration May 22, 2015 and I-94 number 20242749185 dated January 03, 2017 duration of status.  Subject was referred to passport control secondary for a match to a TECS record.

Passport control secondary queries revealed subject had various previous entries to the United States.  Systems queries revealed that the subject's F-1 visa foil number F3434725 was cancelled on December 27, 2016.  All other queries were negative.

Subject was interviewed regarding the purpose of her trip.  Subject swore all her answers...(CONTINUED ON I-831)

Continue narrative on attached separate sheet as needed.

CBP OFFICER

Signature of Officer (Print)

75 (Rev. 08/01/07)

(b)(7)(c)

U.S. Department of Homeland Security                    Continuation Page for Form    I275

| Alien's Name | File Number A209 827 037 | Date |
|---|---|---|
| CONTRERAS CRUZ, Erika | SIGMA Event: 14654285<br>Event No: ZHO1707000444 | July 30, 2017 |

would be true and complete.  Subject was placed under oath and a statement was taken.
Subject engaged in unauthorized employment on her previous entries at ████████████████
Linwood, New Jersey from 2012 through 2017.  Subject admitted Frank, seventy-five years old
and Dorca Fife, whom are U.S. Citizens reside there.  Subject admitted she would help him
clean the yard, his own and would run errands.  Subject stated Frank compensated her with
four payments of $1,800 USD and two others of $1,000 each of when her brothers passed away.
Subject admitted she has been attending Atlantic Cape Community College since 2012 for an
Associate's degree.  Subject to date has no degree.  Frank Fife also pays her tuition and
has been paying for Atlantic Cape Community College since 2012.  Subject stated she met
Frank at the end of 2011 while she was on a six month trip to the U.S.  Subject stated she
informed Frank that she is an accountant in Mexico.  Subject stated Frank is a financial
advisor.  Subject admitted Frank informed her if she wanted to study in this country to come
if she wanted to make money or business in the future.  Subject admitted she withdrew from
Atlantic Cape Community College in April and August of 2016. Subject admitted when she
reapplied for admission December 27, 2016 she did not have a new or valid SEVIS.  Subject
was processed for a Withdrawal (WD) on December 27, 2016 which removed her status.  Subject
applied for admission on December 27, 2016 with F1visa foil number F3434725 issued on July
19, 2012 with expiration May 22, 2015, Mexican passport number G15099955 issued on August
12, 2014 with expiration August 12, 2024 and I-20 N0009170337.  Subject was advised to apply
for a new F1 visa and admitted she did not apply for a new F1 visa when her application for
admission was withdrawn on December 27, 2016.  Subject applied for admission at the Del Rio,
Texas port of entry on January 03, 2017, present expired F1visa foil number F3434725 issued
on July 19, 2012 with expiration May 22, 2015 and an invalid SEVIS I-20 N0009170337.
Subject was granted I-94 number 20242749185 dated January 03, 2017 duration of status.
Subject was previously WD and there was no discretion to be given.  Subject admitted she
wanted to get her Bachelor's degree and work for Frank Fife.  Subject has no degree to date
after being a student for five years.  Subject admitted Frank Fife has been guiding her and
telling her what forms to fill out and has applied for a work visa. Subject admitted if her
work visa is approved she would be working for Frank Fife.  Subject did not have petitions
pending.  Subject did not have authorization to work in the U.S. and knew it was illegal to
work without the proper authorization.

Subject was allowed the use of the telephone and restroom.  Subject was provided with food
and drink.  Contact was made on the subject's behalf to her friend, Frank Fife at ████████
████████ at 1414hrs by CBP Officer ████████ and then to her brother, Benny at
0115218711965741 at 1545 by CBP Officer ████████  Subject declined to contact the Consulate
of Mexico.

A pat down search was conducted on CONTRERAS CRUZ, Erika as required by the following
inadmissibility:  ERR. 7A1. A#: 209-827-037. FIN#: 1044934222. The pat down search was
conducted by CBPO ████████████████████████████████ and approved by
SCBPO ████████ The pat down search started at 0300 and was completed at 0303. The
results of the pat down search were negative. CONTRERAS CRUZ, Erika verified she was in
possession of $1370.00 USD during search. Search of bags were conducted with negative
results. No TSA prohibited items found.

| Signature | Title |
|---|---|
| | CBP OFFICER |

# Exhibit "AU"

INTERNAL REVENUE SERVICE                    DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201


Date:   JUL  8 2005                  Employer Identification Number:
                                       █████5403
                                     DLN:
                                       17053322031014
JOHN STEELMAN AND ELIZABETH          Contact Person:
  STEELMAN FOUNDATION                  HERLEAN C YOUNCE        ID# 31473
C/O H FRANK FIFE ████████████         Contact Telephone Number:
                                       (877) 829-5500
LINWOOD, NJ  08221
                                     Accounting Period Ending:
                                       December 31
                                     Effective Date of Exemption:
                                       June 10, 2005


Dear Applicant:

We are pleased to inform you that upon review of your application for tax
exempt status we have determined that you are exempt from Federal income tax
under section 501(c)(3) of the Internal Revenue Code.  Contributions to you are
deductible under section 170 of the Code.  You are also qualified to receive
tax deductible bequests, devises, transfers or gifts under section 2055, 2106
or 2522 of the Code.  Because this letter could help resolve any questions
regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified
as either public charities or private foundations.  We determined that you are
a private foundation within the meaning of section 509(a) of the Code.  You are
required to file Form 990-PF annually.

Please see enclosed Information for Private Foundations Exempt Under Section
501(c)(3) for some helpful information about your responsibilities as an exempt
organization.  You can obtain information about private foundation status by
requesting Publication 578, Tax Information for Private Foundations and
Foundation Managers.

We are approving your individual grant-making procedures under section
4945(g)(1) of the Code.  This means scholarships granted according to these
procedures will not be taxable expenditures under section 4945(d)(3) of the
Code.  We have not considered whether grants made under your procedures are
excludable from the gross income of recipients under section 117 of the Code.

We are approving your individual grant-making procedures under section
4945(g)(1) of the Code.  This means scholarships granted according to these
procedures will not be taxable expenditures under section 4945(d)(3) of the
Code.  We have not considered whether grants made under your procedures are
excludable from the gross income of recipients under section 117 of the Code.

You have agreed your employer-related grant program will meet the requirements
of Rev. Proc. 76-47, 1976-2 C.B. 670, including the 25 percent test or the 10
percent test applicable to a program that awards grants to children of

                                          Letter 1076 (DO/CG)

-2-

JOHN STEELMAN AND ELIZABETH


We are approving your individual grant-making procedures under section
4945(g)(3) of the Code.  This means educational loans granted according to
these procedures will not be taxable expenditures under section 4945(d)(3) of
the Code.  We have not considered whether grants made under your procedures
are excludable from the gross income of recipients under section 117 of the
Code.

Sincerely,

Lois G. Lerner
Director, Exempt Organizations
Rulings and Agreements

Enclosure:  Information for Private Foundations Exempt Under Section 501(c)(3)

Letter 1076 (DO/CG)

# Exhibit "AV"



# Guaranteed Foundation Fixed Annuity

### Annual Statement for Contract # ███████

For Contract Period 01/20/2018 through 01/19/2019

Contract Date: 01/20/2017

000039  

STELLMAN FOUNDATION TRUST
C/O ROBERT MATTHEWS AND H FRANK FIFE CO-
████████████████
LINWOOD NJ 08221-1047

**For additional information or questions, contact:**

HAROLD FIFE
██████████████
LINWOOD NJ 08221

1-800-523-0650 | www.pennmutual.com

**Annuitant:** ELIZABETH D STEELMAN
**Primary Beneficiary:** STELLMAN FOUNDATION TRUST
**Account Type:** Non-Qualified Annuity

| Contract Summary | | | |
|---|---|---|---|
| | Start of Contract Year | End of Contract Year | Year to Year Change |
| Contract Value | $347,707.36 | $331,898.55 | -$15,808.81 |
| Surrender Value | $319,890.77 | $306,128.53 | -$13,762.24 |

The Contract Value amount is the amount that could be applied to an annuity income option. The Surrender Value amount includes charges that would apply if you were to terminate the contract.

| Activity Summary for Statement Period | |
|---|---|
| Beginning Contract Value | $347,707.36 |
| Interest Earned | +$9,191.19 |
| Withdrawals | -$25,000.00 |
| Ending Contract Value | $331,898.55 |
| Change in Contract Value | -$15,808.81 |

You have Penn Mutual's **Guaranteed Foundation Fixed Annuity**, a Fixed Annuity.

Riders are not available for this product.

 We are pleased to provide your Guaranteed Foundation Fixed Annuity annual statement! All of your contract details are organized and easy to read. The statement includes a concise summary of key information on the front page, with more detailed transaction activity thereafter.  For additional details, visit www.pennmutual.com/cs/fixedannuity.

 Contract Number: 8958470 | ELIZABETH D STEELMAN

# Exhibit "AW"



**REILLY MATTHEWS BONONCINI**
Certified Public Accountants, P.A.

2106 New Road • Suite A-3
Linwood, New Jersey 08221

May 20, 2018

████████████████
Linwood, NJ 08221

Attn: H. Frank Fife
      Co-Trustee

Re:   John G. Steelman and Elizabeth D. Steelman Foundation

Dear Mr. Fife:

Enclosed please find copies of Forms 990PF, Returns of Private Foundation, for the years 2005 (Inception) through 2018 for the John G. Steelman and Elizabeth D. Steelman Foundation.

With regards to Scholarship Awards, you will note the scholarships were awarded to students attending various schools in the years 2011 through 2018.

Scholarship awards were made to students attending Burlington County College in 2011, Burlington County College and Atlantic Cape Community College in 2012, Burlington County College and Atlantic Cape Community College in 2013, Burlington County College, Atlantic Cape Community College and the Savanah College of Arts and Design (SCAD) in 2014, Burlington County College, Atlantic Cape Community College and SCAD in 2015, Atlantic Cape Community College in 2016, Stockton University, Rutgers University, Rowan University, East Carolina University, Thomas Edison State University, and Drexel University in 2017, and finally in 2018 Thomas Edison State University, Rowan University, University of Virginia, University of South Carolina, Holy Spirit High School, Drexel University, Atlantic Cape Community College, St. Joseph Regional School, Atlantic Christian School, Mary Help of Christians Society Scholarship Fund, and Rutgers State University.

We have provided copies of cancelled checks to confirm the above scholarship tuition awards.

Sincerely,

*Reilly Matthews Bononcini CPA PA*

Reilly Matthews Bononcini
Certified Public Accountants

/tmb
Enclosures

| 2018 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|

**JOHN G STEELMAN AND ELIZABETH D STEELMAN FOUNDATION**

CLIENT ████4540

████403

5/20/19                                                                                          11:09AM

---

**STATEMENT 1**
**FORM 990-PF, PART I, LINE 16A**
**LEGAL FEES**

|  | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| LEGAL FEES | $ 12,986. | $ 12,986. | $ 12,986. | $ 12,986. |
| TOTAL | $ 12,986. | $ 12,986. | $ 12,986. | $ 12,986. |

---

**STATEMENT 2**
**FORM 990-PF, PART I, LINE 16B**
**ACCOUNTING FEES**

|  | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| | $ 750. | $ 750. | $ 750. | $ 750. |
| TOTAL | $ 750. | $ 750. | $ 750. | $ 750. |

---

**STATEMENT 3**
**FORM 990-PF, PART I, LINE 18**
**TAXES**

|  | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| FEDERAL INCOME TAX | $ 207. | $ 207. | $ 207. | $ 207. |
| TOTAL | $ 207. | $ 207. | $ 207. | $ 207. |

---

**STATEMENT 4**
**FORM 990-PF, PART I, LINE 23**
**OTHER EXPENSES**

|  | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| BANK CHARGES | $ 25. | $ 25. | $ 25. | $ 25. |
| TRUSTEE COMMISSIONS | 2,580. | 2,580. | 2,580. | 2,580. |
| TOTAL | $ 2,605. | $ 2,605. | $ 2,605. | $ 2,605. |

---

**STATEMENT 5**
**FORM 990-PF, PART XV, LINE 2A-D**
**APPLICATION SUBMISSION INFORMATION**

NAME OF GRANT PROGRAM:
NAME:
CARE OF:                        FRANK FIFE TRUSTEE ████
STREET ADDRESS:          ████████████████

| 2018 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|

JOHN G STEELMAN AND ELIZABETH D STEELMAN
FOUNDATION

CLIENT ████ 540                                                                    ████ 6403

5/20/19                                                                            11:09AM

**STATEMENT 5 (CONTINUED)**
**FORM 990-PF, PART XV, LINE 2A-D**
**APPLICATION SUBMISSION INFORMATION**

```
CITY, STATE, ZIP CODE:    LINWOOD NJ 08221
TELEPHONE:
E-MAIL ADDRESS:           ████████████████
FORM AND CONTENT:         LETTER
SUBMISSION DEADLINES:     NOT APPLICABLE
RESTRICTIONS ON AWARDS:   NONE
```

**STATEMENT 6**
**FORM 990-PF, PART XV, LINE 3A**
**RECIPIENT PAID DURING THE YEAR**

| NAME AND ADDRESS | DONEE RELATIONSHIP | FOUND-ATION STATUS | PURPOSE OF GRANT | AMOUNT |
|---|---|---|---|---|
| ATLANTIC CAPE COMMUNITY COLLEGE<br>BLACK HORSE PIKE<br>MAYS LANDING NJ 08330 | NONE | PUBLIC | SCHOLARSHIP | $ 3,265. |
| RECOVERY FORCE<br>3201 B BAYSHORE AVE<br>BRIGANTINE NJ 08203 | NONE | PC | CHARITABLE | 500. |
| PARKINSON LIFE CENTER OF SOUTH NEW JERSE<br>314 CENTRAL AVENUE<br>LINWOOD NJ 08221 | NONE | PC | CHARITABLE | 500. |
| THOMAS EDISON STATE UNIVERSITY<br>111 W STATE STREET<br>TRENTON NJ 08608 | NONE | PC | SCHOLARSHIP | 3,800. |
| ROWAN UNIVERSITY<br>201 MULLICA HILL ROAD<br>GLASSBORO NJ 08028 | NONE | PC | SCHOLARSHIP | 6,000. |
| RUTGERS STATE UNIVERSITY<br>33 LIVINGSTON AVENUE<br>NEW BRUNSWICK NJ 08903 | NONE | PC | SCHOLARSHIP | 2,500. |
| DREXEL UNIVERSITY<br>3141 CHESTNUT STREET<br>PHILADELPHIA PA 19104 | NONE | PC | SCHOLARSHIP | 5,000. |
| HOLY SPIRIT HIGH SCHOOL<br>500 S NEW ROAD<br>ABSECON NJ 08201 | NONE | PC | TUITION SCHOLARSHIPS | 1,700. |

| 2018 | **FEDERAL STATEMENTS** | **PAGE 3** |
|---|---|---|

**JOHN G STEELMAN AND ELIZABETH D STEELMAN**
**FOUNDATION**

CLIENT ▮▮▮4540                                                                                      ▮▮▮5403

5/20/19                                                                                                11:09AM

**STATEMENT 6 (CONTINUED)**
**FORM 990-PF, PART XV, LINE 3A**
**RECIPIENT PAID DURING THE YEAR**

| NAME AND ADDRESS | DONEE RELATIONSHIP | FOUND-ATION STATUS | PURPOSE OF GRANT | AMOUNT |
|---|---|---|---|---|
| ST JOSEPH REGIONAL SCHOOL HARBOUR AVE SOMERS POINT NJ 08244 | NONE | EOF | TUITION SCHOLARSHIPS | $ 5,000. |
| UNIV OF SOUTH CAROLINA 1244 BLOSSOM STREEET COLUMBIA SC 29208 | NONE | PC | TUITION SCHOLARSHIP | 2,500. |
| UNIV OF VIRGINIA 1827 UNIVERSITY AVE CHARLOTTSVILLE VA 22903 | NONE | PC | TUITION SCHOLARSHIP | 1,000. |
| ATLANTIC CHRISTIOAN SCHOOL ZION ROAD EGG HARBOR TOWNSHIP NJ 08234 | NONE | PC | TUITION SCHOLARSHIPS | 1,000. |
| HOPE FOR A BETTER FUTURE SUNNY AVE SOMERS POINT NJ 08244 | NONE | PC | CHARITABLE GRANT | 1,500. |
| MARY HELP OF CHRISTIANS SCHOLARSHIP FD 2651 ATLANTIC AVE ATLANTIC CITY NJ 08401 | NONE | PC | TUITION SCHOLARSHIP | 1,000. |
| HARRY HURLEY MORNING GOLF OPEN 216 GUNPOWER RD EGG HARBOR TOWNSHIP NJ 08234 | NONE | PC | CHARITABLE GRANT | 1,000. |

TOTAL $      36,265.

# Exhibit "AX"

 **U.S. Customs and Border Protection**

# Detainee Assessment

### Assessment for Transport, Escort, and Detention

| Detainee Information | |
|---|---|
| **A Number (if any):** 209827037 | **Date of Assessment:** 07/30/2017 |
| **Name:** CONTRERAS CRUZ, ERIKA | **Gender:** F |
| **Date of Birth:** ▮▮▮.979 | **Age:** 38 |
| **Height:** 65 inches | **Weight:** 165 lbs |

| Guidelines |
|---|
| Complete this assessment for all detainees in CBP custody, including U.S. Citizens, to evaluate each detainee's safety, whether they may be considered an at-risk detainee or at risk of posing a threat to others, known or reported medical or mental health issues and level of risk to themselves, other detainees, and staff based on the information available at the time of the assessment.  Assessments of an individual may change. Any newly available information that could effect this assessment must be recorded herein. |

| At-Risk Indicators | Yes | No | Comments/Explain: |
|---|---|---|---|
| Does the detainee appear to have or have they identified as having a mental, physical, or developmental disability? | ☐ | ☒ | |
| Has the detainee self-identified as gay, lesbian, bisexual, transgender, intersex, or gender nonconforming? | ☐ | ☒ | |
| Has the detainee self-identified as having previously experienced sexual victimization? | ☐ | ☒ | |
| Has the detainee stated concerns about his or her safety? | ☐ | ☒ | |

| Medical Concerns | Yes | No | Comments/Explain: |
|---|---|---|---|
| Does the detainee appear to have physical or psychological medical needs? | ☐ | ☒ | |
| Are there indications that the detainee requires, or have they indicated they are on medication? | ☐ | ☒ | |
| Does the detainee appear to be under the influence of an illicit substance? | ☐ | ☒ | |
| Is the detainee pregnant or nursing? | ☐ | ☒ | |
| Is the detainee able bodied? | ☒ | ☐ | |
| Is the detainee blind, deaf, or mute? | ☐ | ☒ | |

(08/26/2016)

| Level of Risk to self/others | | | |
|---|---|---|---|
| | Yes | No | Comments/Explain: |
| Has the detainee been previously incarcerated or detained? | ☐ | ☒ | |
| Does the detainee have any prior history for sex offenses? | ☐ | ☒ | |
| Does the detainee have any prior history of violent offenses? | ☐ | ☒ | |
| Does the detainee have any signs of gang affiliation? | ☐ | ☒ | |
| Evaluating the totality of the circumstances, is this detainee at a high risk for sexual abuse? | ☐ | ☒ | |
| Evaluating the totality of the circumstances, is this detainee at a high risk of being abusive to others? | ☐ | ☒ | |

| CBP Process | | | |
|---|---|---|---|
| | Yes | No | Comments/Explain: |
| Prosecution | ☐ | ☒ | |
| Notice To Appear | ☐ | ☒ | |
| Expedited Removal | ☒ | ☐ | 212(a)(7)(A)(i)(I), IMMIGRANT WITHOUT AN IMMIGRANT VISA |
| Withdrawal of application | ☐ | ☒ | |
| Visa Waiver Program Refusal/Removal | ☐ | ☒ | |
| Other Removal Proceedings (e.g. Reinstatement, Landing revocation, GMR, etc.) | ☐ | ☒ | |
| Outstanding Warrant/Extradition | ☐ | ☒ | |
| Unknown at time of assessment | ☐ | ☒ | |

Notes:

(b)(7)(c)

7/31/17   0830
Date/Time

# Exhibit "AY"

Print Rapsheet Screen                                                                    Page 1 of 1

FBI Number: X98T7ELNH
Name: CONTRERAS CRUZ, ERIKA
TID: CBZHO228073017015747
CONTRERAS CRUZ,ERIKA                                    SID
SEX F  RAC U  HGT 505  DOB 1979/█████
   DCD0J01JY JNT AUTO BKNG SYS
        WASHINGTON DC        2017/07/29
   A SEARCH OF THE FINGERPRINTS ON THE ABOVE
INDIVIDUAL HAS REVEALED NO PRIOR ARREST
DATA.      CJIS DIVISION
2017/07/30    FEDERAL BUREAU OF INVESTIGATION

                    TXCBP3400
                    HOUSTON INTERCONTINENTAL
                    CBP-HOUSTON INTCONT
                    3700 N TERM E
                    PO BOX 60401
                    HOUSTON,TX 77205

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  *     Federal Deoxyribonucleic Acid (DNA) Indicator       *
  *
  *     DNA Not in CODIS - Collect DNA                        *
  *
- - - - - - - - - - - - - - - - - - - - - - - - - -2.2018:N

# Exhibit "AZ"

An official website of the U.S. government   Skip Navigation

## SEVIS

Student & Exchange Visitor
Information System

(b)(6),(b)(7)(c) Profile  Logout
ROLES: DHSOFFICER
Get Plug-Ins

Main  Schools  Students  Programs  Exchange Visitors  Reports  Help  Message Board  Change Password

Enter SEVIS ID

### Correction Requests by Student

"I" information icon denotes help about the page ( )
Question Mark denotes information about the field ( )
Plus Icon indicates that the field can be expanded to display additional data ( )
Minus Icon indicates that the field can be collapsed to display condensed data ( )
How do I use this page?

Return to Student Information

| F-1 Student<br>**Contreras Cruz, Erika** | Atlantic Cape Community College - Atlantic Cape Community College<br>Start Date: 09/04/2012   End Date: 12/22/2017 | Status: ACTIVE<br>SEVIS ID: N0009170337 |
|---|---|---|

| GENDER | FEMALE | | EMAIL | contreras_erika1@hotmail.com |
|---|---|---|---|---|
| DOB | ███ 879 | | | |
| PREFERRED NAME | Erika Contreras Cruz | | U.S. ADDRESS | 2222 Grammercy Avenue |
| PASSPORT NAME | | | | Linwood , NJ 08221 |
| COUNTRY OF BIRTH | MEXICO | | | |
| CITIZENSHIP | MEXICO | | | |

### Filters

| Request Type | | |
|---|---|---|
| School Name | | |
| Request Submit Date | From | MM / DD / YYYY |
| | To | MM / DD / YYYY   Filter |

### Existing Correction Requests

Search:

| | CR ID | CR Type | Submitted By | CR Date Submitted | CR Status Date | Request Status | Name of School |
|---|---|---|---|---|---|---|---|
| ⊕ | 19792740 | Student Status Change | DSO | 01/17/2017 | 01/19/2017 | APPROVED | Atlantic Cape Community College |
| ⊕ | 19668737 | Student Status Change | (b)(6),(b)(7)(c) DSO | 12/27/2016 | 01/12/2017 | DENIED | Atlantic Cape Community College |

Showing 1 to 2 of 2 entries                                                              Previous  1  Next

(b)(7)(e)                                                                                    7/30/2017

# Exhibit "BA"

U.S. DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO ALIEN ORDERED REMOVED/DEPARTURE VERIFICATION

Event No: ZHO1707000444         FINS: 1044934222

SIGMA Event: 14654285

A-File No: 209827037

Date: 07/30/2017

Alien's name: Erika CONTRERAS CRUZ

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States

[x] For a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.

[ ] For a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of being ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

[ ] For a period of 20 years from the date of your departure from the United States as a consequence of being found inadmissible and being previously excluded, deported, or removed from the United States.

[ ] At any time because in addition to being found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected, you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.

**SPECIAL NOTICE TO SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

PEREZ, Hector

CBP OFFICER

HOUSTON, TEXAS

(Signature of officer serving warning)          (Title of officer)          (Location of DHS Office)

## Verification of Removal
(Complete this section for file copy only)

| Departure Date 07/30/2017 | Port of Departure HOUSTON, TX (AIRPORT) | | Manner of Departure UA |
| Signature of Verifying Officer | | Title of Officer CBPO | |

**Photograph of Alien**                    **Right Index Finger**

(Signature of alien whose fingerprint and photograph appear above)          (Signature of official taking fingerprint)

DHS Form I-296 (1/12)                                                      Page 1 of 1

# Exhibit "BB"



VISA

UNITED STATES OF AMERICA

Issuing Post Name
MONTERREY

Control Number
20122001450024

Surname
CONTRERAS CRUZ

Given Name
ERIKA

Visa Type /Class
R    F1

Passport Number
G07163202

Sex
F

Birth Date
1979

Nationality
MEX

Entries
M

Issue Date
19JUL2012

Expiration Date
22MAY2015                    1011

Annotation
N0009170337
ATLANTIC CAPE COMMUNITY COLLEGE
MAYS LANDING, NJ                       F3434725

* *

VNUSACONTRERAS<CRUZ<<ERIKA<<<<<<<<<<<<<<<<<<
G071632023MEX7901092F1505225F1MTROGDND821196

# Exhibit "BC"

**Marlene Morales**

| | |
|---|---|
| **From:** | Marlene Morales |
| **Sent:** | Wednesday, March 07, 2018 9:53 AM |
| **To:** | 'uscis.foia@uscis.dhs.gov' |
| **Subject:** | FOIA request |
| **Attachments:** | 20180306215035.pdf |

Attached please find a FOIA request for Erika Contreras Cruz.

Thank you,

*Marlene Rodriguez*
Legal Assistant
Youngblood, Franklin, Sampoli, & Coombs, PA
Cornerstone Commerce Center
1201 New Road, Suite 230
Linwood, NJ 08221
email: mmorales@youngbloodlegal.com
Direct Dial: 609-601-6640

1



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

---

### Part 1. Information About Attorney or Accredited Representative

1. USCIS ELIS Account Number (*if any*)
   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

#### Name and Address of Attorney or Accredited Representative

| | | |
|---|---|---|
| 2.a. | Family Name (*Last Name*) | COOMBS |
| 2.b. | Given Name (*First Name*) | JORGE |
| 2.c. | Middle Name | FELIPE |
| 3.a. | Street Number and Name | 1201 NEW ROAD |
| 3.b. | Apt. ☐  Ste. ☒  Flr. ☐ | 230 |
| 3.c. | City or Town | LINWOOD |
| 3.d. | State | NJ |
| 3.e. | ZIP Code | 08221 |
| 3.f. | Province | |
| 3.g. | Postal Code | |
| 3.h. | Country | USA |
| 4. | Daytime Telephone Number | 6096016600 |
| 5. | Fax Number | 6096016601 |
| 6. | E-Mail Address (*if any*) | jcoombs@youngbloodlegal.com |
| 7. | Mobile Telephone Number (*if any*) | |

### Part 2. Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before (*Select only one box*):

1.a. ☐ USCIS

1.b. List the form numbers
    [                                      ]

2.a. ☐ ICE

2.b. List the specific matter in which appearance is entered
    [                                      ]

3.a. ☒ CBP

3.b. List the specific matter in which appearance is entered
    [ A# 209 827 037                       ]

I enter my appearance as attorney or accredited representative at the request of:

4. Select only one box:

   ☐ Applicant   ☐ Petitioner   ☐ Requestor
   ☒ Respondent (ICE, CBP)

#### Information About Applicant, Petitioner, Requestor, or Respondent

| | | |
|---|---|---|
| 5.a. | Family Name (*Last Name*) | CONTRERAS CRUZ |
| 5.b. | Given Name (*First Name*) | ERIKA |
| 5.c. | Middle Name | |
| 6. | Name of Company or Organization (*if applicable*) | |



## Part 2. Notice of Appearance as Attorney or Accredited Representative *(continued)*

### Information About Applicant, Petitioner, Requestor, or Respondent *(continued)*

7. USCIS ELIS Account Number *(if any)*
   ▶ ☐☐☐☐☐☐☐☐☐☐☐☐☐

8. Alien Registration Number (A-Number) or Receipt Number

   209 827 037

9. Daytime Telephone Number

   ███████████

10. Mobile Telephone Number *(if any)*

    ███████████

11. E-Mail Address *(if any)*

    contreras_erika1@hotmail.com

### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. If the applicant, petitioner, requestor, or respondent has used a safe mailing address on the application, petition, or request being filed with this Form G-28, provide it in these spaces.

12.a. Street Number and Name    ██████████████████

12.b. Apt. ☐  Ste. ☐  Flr. ☐  [        ]

12.c. City or Town    CIUDAD ACUNA COHUILA

12.d. State [    ]    12.e. ZIP Code [        ]

12.f. Province [        ]

12.g. Postal Code    26237

12.h. Country    MEXICO

## Part 3. Eligibility Information for Attorney or Accredited Representative

Select **all** applicable items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

   Licensing Authority

   SUPREME COURT OF NEW JERSEY

1.b. Bar Number *(if applicable)*

   017962002

1.c. Name of Law Firm

   YOUNGBLOOD FRANKLIN SAMPOLI

1.d. I *(choose one)* ☒ am not ☐ am

   subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. *(If you need additional space, use Part 6.)*

   [        ]

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

2.b. Name of Recognized Organization

   [        ]

2.c. Date accreditation expires

   *(mm/dd/yyyy)* ▶ [        ]



## Part 3. Eligibility Information for Attorney or Accredited Representative *(continued)*

3. ☐ I am associated with

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete **Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c.** in **Part 3.** *(whichever is appropriate).*

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements of 8 CFR 292.1(a)(2)(iv).

4.b. Name of Law Student or Law Graduate

## Part 4. Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

*Consent to Representation and Release of Information*

1. I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

DHS will also send the Form I-94, Arrival Departure Record, to you **unless** you select Item Number 2.a. in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) unless you ask us to send those documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select **all applicable** boxes below:

2.a. ☒ I request DHS send any notice (including Form I-94) on an application, petition, or request to the business address of my attorney of record or accredited representative as listed in this form. I understand that I may change this election at any future date through written notice to DHS.

2.b. ☒ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the business address of my attorney of record or accredited representative as listed in this form. I consent to having my secure identity document sent to my attorney of record or accredited representative and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

3.a. Signature of Applicant, Petitioner, Requestor, or Respondent

3.b. Date of Signature *(mm/dd/yyyy)* ▶ 02/28/2018

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

2. Signature of Law Student or Law Graduate

3. Date of Signature *(mm/dd/yyyy)* ▶ 02/28/2018



## Part 6.  Additional Information

Use the space below to provide additional information
pertaining to **Part 3., Item Numbers 1.a. - 1.d.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____





# Freedom of Information/Privacy Act Request

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-639**
OMB No. 1615-0102
Expires 03/31/2017

**NOTE:** Use of this request is optional. Any written format for a Freedom of Information or Privacy Act request is acceptable.
▶ **START HERE - Type or print in black ink.**

## Part 1. Type of Request

Select **only one box.**

**NOTE:** If you are filing this request on behalf of another individual, respond as it would apply to that individual.

1.a. ☒ Freedom of Information Act (FOIA)

1.b. ☐ Privacy Act (PA)

1.c. ☐ Amendment of Record (PA only)

## Part 2. Requestor Information

1. Are you the Subject of Record for this request?  ☐ Yes ☒ No

If you answered "No" to **Item Number 1.**, provide the information requested in **Part 2.** If you answered "Yes" to **Item Number 1.**, skip to **Part 3.**

### Requestor's Full Name

| | | |
|---|---|---|
| 2.a. | Family Name (Last Name) | COOMBS |
| 2.b. | Given Name (First Name) | JORGE |
| 2.c. | Middle Name | FELIPE |

### Requestor's Mailing Address

3.a. In Care Of Name (if any)
YOUNGBLOOD FRANKLIN SAMPOLI COOMBS

| | | |
|---|---|---|
| 3.b. | Street Number and Name | 1201 NEW ROAD |
| 3.c. | ☐ Apt. ☒ Ste. ☐ Flr. | 230 |
| 3.d. | City or Town | LINWOOD |
| 3.e. | State | NJ | 3.f. | ZIP Code | 08221 |
| 3.g. | Province | |
| 3.h. | Postal Code | |
| 3.i. | Country | |
| | USA | |

### Requestor's Contact Information

4. Requestor's Daytime Telephone Number
(609) 601-6600

5. Requestor's Mobile Telephone Number (if any)

6. Requestor's Email Address (if any)
jcoombs@youngbloodlegal.com

### Requestor's Certification

By my signature, I consent to pay all costs incurred for search, duplication, and review of documents up to $25. (See Form G-639 Instructions for more information.)

7.a. Requestor's Signature

7.b. Date of Signature (mm/dd/yyyy) 02/23/2018

## Part 3. Description of Records Requested

**NOTE:** While you are not required to respond to every item in **Part 3.**, failure to provide complete and specific information may delay processing of your request or create an inability for U.S. Citizenship and Immigration Services (USCIS) to locate the records or information requested.

1. **Purpose** (Optional: You are not required to state the purpose of your request. However, providing this information may assist USCIS in locating the records needed to respond to your request.)

ANY AND ALL U.S.C.I.S, I.C.E., C.B.P.,
AND D.H.S. RECORDS PERTAINING TO A#
209827037, INCLUDING ALL FORMS I-94
AND I-20.

### Full Name of the Subject of Record

| | | |
|---|---|---|
| 2.a. | Family Name (Last Name) | CONTRERAS CRUZ |
| 2.b. | Given Name (First Name) | ERIKA |
| 2.c. | Middle Name | |

## Part 3.  Description of Records Requested (continued)

### Other Names Used by the Subject of Record (include nicknames, aliases, and maiden name, if applicable)

3.a. Family Name (Last Name)

3.b. Given Name (First Name)

3.c. Middle Name

### Full Name of the Subject of Record at Time of Entry into the United States

4.a. Family Name (Last Name)   CONTRERAS CRUZ

4.b. Given Name (First Name)   ERIKA

4.c. Middle Name

### Other Information About the Subject of Record

5.   Form I-94 Number Arrival-Departure Record   ▶

6.   Alien Registration Number (A-Number) (if any)   ▶ A- ███████ 7 0 3 7

7.   Application, Petition, or Request Receipt Number   ▶

### Information About Family Members that May Appear on Requested Records

For example, provide the requested information about a spouse or children.  If you need extra space to complete this section, use the space provided in **Part 5. Additional Information.**

#### Family Member 1

8.a. Family Name (Last Name)

8.b. Given Name (First Name)

8.c. Middle Name

9.   Relationship

#### Family Member 2

10.a. Family Name (Last Name)

10.b. Given Name (First Name)

10.c. Middle Name

11.   Relationship

### Parents' Names for the Subject of Record

#### Father

12.a. Family Name (Last Name)   CONTRERAS CISNEROS

12.b. Given Name (First Name)   RAMON

12.c. Middle Name

#### Mother

13.a. Family Name (Last Name)   CRUZ VELASQUEZ

13.b. Given Name (First Name)   MARGARITA

13.c. Middle Name

13.d. Maiden Name (if applicable)

### Part 4.  Verification of Identity and Subject of Record Consent

**NOTE:**  The information requested in **Part 4.** is **REQUIRED**.  Complete all applicable **Item Numbers**.  In addition, the Subject of Record **MUST** sign **Part 4.** of this request.

### Full Name of the Subject of Record

1.a. Family Name (Last Name)   CONTRERAS CRUZ

1.b. Given Name (First Name)   ERIKA

1.c. Middle Name

## Part 4. Verification of Identity and Subject of Record Consent (continued)

### Mailing Address for the Subject of Record

**2.a.** In Care Of Name (if any)

ERIKA CONTRERAS CRUZ

**2.b.** Street Number and Name

**2.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**2.d.** City or Town

CIUDAD ACUNA COHUILA

**2.e.** State

**2.f.** ZIP Code

**2.g.** Province

**2.h.** Postal Code

26237

**2.i.** Country

MEXICO

### Other Information for the Subject of Record

**3.** Date of Birth (mm/dd/yyyy) ▓▓ 1979

**4.** Country of Birth

MEXICO

### Contact Information for the Subject of Record

Providing this information is **optional**.

**5.** Daytime Telephone Number

**6.** Mobile Telephone Number (if any)

**7.** Email Address (if any)

contreras_erika1@hotmail.com

### Signature and Notarized Affidavit or Declaration of the Subject of Record

Select **only one box**.

**NOTE:** The Subject of Record **MUST** provide a signature in **Item Number 8.a.** Notarized Affidavit of Identity **OR** Item **Number 8.b.** Sworn Declaration Under Penalty of Perjury. If the Subject of Record is deceased, read **Item Number 8.c.** and attach proof of death.

**8.a.** ☐ **Notarized Affidavit of Identity** (Do NOT sign and date below until the notary public provides instructions to you.)

By my signature, I consent to USCIS releasing the requested records to the requestor (if applicable) named in **Part 2.** I also consent to pay all costs incurred for search, duplication, and review of documents up to $25 (if filing this request for myself).

_____
Signature of Subject of Record

_____
Date of Signature (mm/dd/yyyy)

Subscribed and sworn to before me on this _____

day of _____ in the year _____.

Daytime Telephone Number _____

_____
Signature of Notary

My Commission Expires on _____

**8.b.** ☒ **Declaration Under Penalty of Perjury**

By my signature, I consent to USCIS releasing the requested records to the requestor (if applicable) named in **Part 2.** I also consent to pay all costs incurred for search, duplication, and review of documents up to $25 (if filing this request for myself).

I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

_____
Signature of Subject of Record

02 ~ 28 ~ 2018
Date of Signature (mm/dd/yyyy)

**8.c.** **Deceased Subject of Record** (**NOTE:** You MUST attach an obituary, death certificate, or other proof of death.)

## Part 5.  Additional Information

If you need extra space to provide any additional information within this request, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with your request or attach a separate sheet of paper.  Type or print the name of the Subject of Record and his or her A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which the information refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)   CONTRERAS CRUZ

**1.b.** Given Name (First Name)   ERIKA

**1.c.** Middle Name

**2.** Alien Registration Number (A-Number) (if any)

▶ A- 2 0 9 8 2 7 0 3 7

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.**

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.**

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.**

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.**

# Exhibit "BD"

1323 S Shepherd Drive, Suite 1200
Houston, TX 77019

 **U.S. Customs and Border Protection**

MAR 26 2018

Jorge F. Coombs
Youngblood Franklin Sampoli and Coombs P.A.
1201 New Road Suite 230
Linwood, NJ  08221

Mr. Coombs,

RE: A209 827 037

We are in receipt of your February 28, 2018 letter in which you request that U.S. Customs and Border Protection (CBP) set aside the July 30, 2017 expedited removal order for your client, Erika Contreras Cruz.

We reviewed the facts surrounding Ms. Contreras Cruz' removal and determined it was proper. Ms. Contreras Cruz was removed pursuant to Section 235(b)(1)(A)(i) of the Immigration and Nationality Act (INA) which allows for the removal of an alien pursuant to Section 212(a)(6)(C) or 212(a)(7) without further hearing or review.

Ms. Contreras Cruz may seek permission from the Department of Homeland Security if she wishes to enter prior to the expiration date of the expedited order.  The application forms to apply for requesting such permission may be obtained by contacting the United States Consulate.

If we may offer further assistance, please contact Supervisory Program Manager Denise Blackwell of my staff at Denise.Blackwell@cbp.dhs.gov or (713) 387-7217.

Sincerely,

Judson W. Murdock II
Director, Field Operations
Houston Field Office

# Exhibit "BE"

CUSTOMS & BORDER
PROTECTION

109 Shiloh Drive, Suite 300
Laredo, TX 78045

18 – 041

LAREDO FIELD OFFICE



**U.S. Customs and
Border Protection**

APR 0 4 2018

Ms. Erika Contreras Cruz
c/o Jorge Felipe Coombs
1201 New Road
Linwood, NJ 08221

Dear Mr. Coombs,

Thank you for submitting your inquiry on behalf of your client, Ms. Erika Contreras Cruz, to the
Laredo Field Office, U.S. Customs & Border Protection (CBP), Department of Homeland
Security (DHS).

CBP is tasked with protecting our Nation's borders as well as enforcing numerous laws at our
Nation's ports of entry. Under U.S. Immigration Law, all aliens seeking to enter the United
States, as temporary visitors, are presumed to be intended immigrants until they prove to the
satisfaction of the examining officer that they are eligible for admission. To enter the United
States, you must demonstrate that you are a U.S. citizen or an alien who has overcome all
grounds of inadmissibility. The applicant bears the burden of proof of admissibility.

After careful review, we have determined that your client, Ms. Contreras Cruz, applied for
admission as a nonimmigrant at the Del Rio Port of Entry on January 27, 2016. A CBP Officer
determined that she was inadmissible to the United States and granted her the option of
voluntarily withdrawing her application for admission in lieu of removal proceedings under
Section 235(b)(1) of the INA. She accepted this option and returned to Mexico. However, she
has not been barred indefinitely from applying for admission into the United States, but she must
apply to a U.S. Embassy or Consulate to obtain a nonimmigrant visa to reenter. She must also
demonstrate to the examining CBP officer that she intends to honor the terms of her visa and that
her stay in the United States will be temporary.

We appreciate your interest in U.S. Customs and Border Protection. If you have any further
questions, please contact Supervisory Program Manager Rodney H. Harris at (956)753-1763.

Sincerely,

FOR

David Higgerson
Director, Field Operations
Laredo Field Office

# Exhibit "BF"

## Jorge Coombs

| | |
|---|---|
| **From:** | Nuevo Laredo Visas <NVLVisas@state.gov> |
| **Sent:** | Thursday, May 17, 2018 11:49 AM |
| **To:** | Jorge Coombs |
| **Subject:** | NVL - +RE: General Information / A 209 827 037 Erika Contreras Cruz |
| **Attachments:** | Signed G-28 Erika.pdf; Scan CBP Houston Response 03.26.18.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Mr. Coombs, thank you for your inquiry, unfortunately we do not provide those services in the US Consulate General in Nuevo Laredo, only Consulates with USCIS offices could assist you in that matter, please contact them for assistant:  https://www.uscis.gov/about-us/contact-us

Have a nice day.

This email is UNCLASSIFIED.

**From:** Jorge Coombs [mailto:jcoombs@youngbloodlegal.com]
**Sent:** Monday, May 14, 2018 9:10 AM
**To:** US Consulate ACS
**Cc:** Denise.Blackwell@cbp.dhs.gov
**Subject:** A 209 827 037 Erika Contreras Cruz

Dear Non-Immigrant Visa Section Officer:

Pursuant to the attached executed Form G-28, please be advised that I have been retained to represent the interests of Erika Contreras Cruz, A 209 827 037, with regard to her application for a new student visa to re-enter the USA to continue her studies.  Prior to submitting her new Form I-20, and scheduling an interview date with your Consulate, I would like clarification as to what "application forms" must be submitted by my client if she wishes to enter prior to the expiration date of her expedited order, as mentioned in the attached March 26, 2018 correspondence from Field Operations Director Judson W. Murdock, II?  As you can see, said correspondence indicates that the necessary "application forms" may be obtained by contacting the United States Consulate.

As I am unfamiliar with any non-immigrant visa waiver, specific guidance in regards to the above referenced procedure would be greatly appreciated.

Thank you,

Jorge F. Coombs, Esq.
YOUNGBLOOD FRANKLIN SAMPOLI & COOMBS, P.A.
Cornerstone Commerce Center
1201 New Road, Suite 230
Linwood, New Jersey 08221
Telephone:   (609) 601-6600
Direct Dial:   (609) 601-6608

Facsimile:      (609) 601-6601
E-Mail:         jcoombs@youngbloodlegal.com
Website:        www.ylslegal.com

### IMPORTANT - PLEASE NOTE

This E-Mail message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above.  If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action against you.  Please reply to the sender advising of the error in the transmission and immediately delete/destroy the message and any accompanying documents.  Thank you.

# Exhibit "BG"

*Date: June 27, 2018*        *Branch Banking and Trust*        *Page 1 of 1*

Reference: 20000191055242:20000191055242:20000144022243





| | | | |
|---|---|---|---|
| **Date** | 20180517 | **Account Number** | ████ 0934 |
| **Amount** | 250000 | **CR-DR** | D |
| **Serial Number** | 0000000130 | **Transaction Link** | 012127290311319117 |

# Exhibit "BH"



## SPONSOR'S AFFIDAVIT OF FREE ROOM AND BOARD

By completing this affidavit, you are swearing to the U.S. government that the student named below will live with you free of charge for room and board for the entire time he or she is a student at Atlantic Cape Community College. **The student cannot be required to provide you with any services, such as babysitting, cleaning, etc., in exchange for the room and board. Do not expect that the student will be able to help support the costs through employment. Student employment is strictly controlled by U.S. Citizenship & Immigration Services and is very limited.** You are also proving that you are the person who owns or rents the property and can afford the support you are promising.

### THIS IS MY SWORN PROMISE OF FREE ROOM AND BOARD

I, __H Frank Fife__ promise that __Erika Contreras Cruz__
   Name of Sponsor (please print)                              Name of Student

will live free of any charge with me in my home at __[redacted]__

Number and Street (and Apt. No. if applicable)

__Linwood__        __NJ__        __08221__        Phone Number: __[redacted]__
City                State        Zip Code

I own (X)    rent ( )   this property.

**I will not require any type of service or compensation in exchange for this benefit.**

My relationship to the student is __Friend__ .

I swear the information I have provided above is true and correct.

__H Frank Fife__
Signature of Sponsor

Sworn and subscribed before me this __27__ (day) of __April__ (month), __2018__ (year).

__AJ Chevalier__
Signature and Seal of Notary

ALBERT J. CHEVALIER JR.
NOTARY PUBLIC OF
ATLANTIC COUNTY
STATE OF NEW JERESY
I.D. NO: 2410753
EXPIRES: JULY 25, 2021

REV: 03/2018

# Exhibit "BI"



May 16, 2018

Erika Contreras Cruz

███████████████

Acuna Coahuila
Mexico

**SEMESTER**: Fall 2018
**MAJOR**: Business Administration

Dear Ms. Contreras,

**Welcome Back** to Atlantic Cape Community College! The College has three campuses offering more than 40 degree programs. Atlantic Cape is accredited by The Commission on Higher Education of the Middle States Association of Colleges and Schools. In addition to academics, students can participate in clubs, organizations and athletics on campus. Our goal is to provide you with the finest educational experience possible.

To assist you in your educational needs, it is important to assess your academic level. If English is not your native language, **you will be required** to take the English as a Second Language (ESL) Placement Test before registering for classes, unless you can provide appropriate TOEFL, IELTS, or SAT scores. Your ESL test results will determine if you need further English instruction before beginning your degree program. For additional information about the programs and courses offered at Atlantic Cape, please visit www.atlantic.edu/program.

If you have earned educational credentials in a country outside of the United States, transcripts from any foreign college or secondary school must be translated to English and evaluated through an agency approved by the National Association of Credential Evaluation Services. Go to www.naces.org/members.html to find a member.

As a returning student with over 24 credits earned at Atlantic Cape, tuition will be charged at the current in-county resident rate with an approximate yearly cost of about $3,500- 4,000 USD (tuition costs for Culinary Arts and Nursing program courses are higher). **Please note: books, supplies, medical, personal and living expenses are not included in these figures.**

**Although you cannot enter the U.S. more than 30 days before your program start date (See "Start of Classes" date on your Form I-20), please make sure to arrive no later than August 5, 2018.** Please contact me with your arrival date so I can set up an appointment with you to review your registration and any additional enrollment information. My office is located in the "J-Building" lobby on the Mays Landing Campus.

Again, congratulations and welcome back to Atlantic Cape Community College!

Sincerely,

*Carmen L Cabrera*

Carmen L. Cabrera, DSO
Senior Manager, Admissions
5100 Black Horse Pike
Mays Landing, NJ 08330
Phone:  +1 (609) 343-5608
E-Mail:  cabrera@atlantic.edu

# Exhibit "BJ"

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0029545193

| SURNAME/PRIMARY NAME | GIVEN NAME | Class of Admission |
| Contreras Cruz | Erika | |
| **PREFERRED NAME** | **PASSPORT NAME** | |
| Erika Contreras Cruz | | **F-1** |
| **COUNTRY OF BIRTH** | **COUNTRY OF CITIZENSHIP** | |
| MEXICO | MEXICO | |
| **DATE OF BIRTH** | **ADMISSION NUMBER** | |
| 1979 | | **ACADEMIC AND** |
| **FORM ISSUE REASON** | **LEGACY NAME** | **LANGUAGE** |
| INITIAL ATTENDANCE | | |

### SCHOOL INFORMATION

| SCHOOL NAME | SCHOOL ADDRESS |
| Atlantic Cape Community College | 5100 Black Horse Pike, Mays Landing, NJ 08330 |
| Atlantic Cape Community College | |
| **SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL** | **SCHOOL CODE AND APPROVAL DATE** |
| Carmen Cabrera | NEW216F10605000 |
| Admissions Specialist | 26 DECEMBER 2002 |

### PROGRAM OF STUDY

| EDUCATION LEVEL | MAJOR 1 | MAJOR 2 |
| ASSOCIATE | Business, Management, Marketing, and None 00.0000 | |
| | Related Support Services, Other | |
| | 52.9999 | |
| **PROGRAM ENGLISH PROFICIENCY** | **ENGLISH PROFICIENCY NOTES** | **EARLIEST ADMISSION DATE** |
| Not Required | English as a Second Language courses | 01 AUGUST 2018 |
| | are provided as part of the program | |
| | of study if needed. | |
| **START OF CLASSES** | **PROGRAM START/END DATE** | |
| 04 SEPTEMBER 2018 | 04 SEPTEMBER 2018 - 21 DECEMBER 2019 | |

### FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 MONTHS | | STUDENT'S FUNDING FOR: 9 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $  4,000 | Personal Funds | $  4,000 |
| Living Expenses | $  5,000 | Funds From This School | $   0 |
| Expenses of Dependents (0) | $ | Family and Scholarship Funds | $  6,000 |
| Books, supplies, transportation, etc. | $  1,000 | On-Campus Employment | $ |
| TOTAL | $ 10,000 | TOTAL | $ 10,000 |

### REMARKS

### SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

X _Carmen Cabrera Admissions_

| SIGNATURE OF: Carmen Cabrera, Admissions Specialist | DATE ISSUED | PLACE ISSUED |
| | 16 May 2018 | Mays Landing, NJ |

### STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status **Parent or guardian, and student, must sign if student is under 18.**

X

| SIGNATURE OF: Erika Contreras Cruz | | DATE |
| | X | |
| NAME OF PARENT OR GUARDIAN | SIGNATURE | ADDRESS (city/state or province/country)    DATE |

ICE Form I-20 (3/31/2018)

Page 1 of 3

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

**SEVIS ID: N0029545193 (F-1)**          **NAME: Erika Contreras Cruz**

**EMPLOYMENT AUTHORIZATIONS**

**CHANGE OF STATUS/CAP-GAP EXTENSION**

**AUTHORIZED REDUCED COURSE LOAD**

**CURRENT SESSION DATES**

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|---|---|
| | |

**TRAVEL ENDORSEMENT**

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| | | X | | |
| | | X | | |
| | | X | | |
| | | X | | |

ICE Form I-20 (3/31/2018)                                                                  Page 2 of 3

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION.** You should read everything on this page carefully. Be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of the Form I-20 A-B. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20.** The Form I-20 (this form) is the primary document to show that you have been admitted to school in the United States and that you are authorized to apply for admission to the United States in F-1 class of admission. You must have your Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school named on your Form I-20.

**VISA APPLICATION.** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). If you have a Form I-20 from more than one school, be sure to present the Form I-20 for the school you plan to attend. Your visa will include the name of that school, and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION.** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20; 2) a valid F-1 visa(unless you are exempt from visa requirements); 3) a valid passport; and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon your first entry to the United States, you must report to the DSO at the school named on your Form I-20 and your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States, you must present a Form I-20 from the new school to a U.S. consular officer for a new F-1 visa that names the new school. Failure to enroll in the school, by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT.** Unlawful employment in the United States is a reason for terminating your F-1 status and deporting you from the United States. You may be employed on campus at your school. You may be employed off-campus in curricular practical training (CPT) if you have written permission from your DSO. You may apply to U.S. Citizenship and Immigration Services (USCIS) for off-campus employment authorization in three circumstances: 1) employment with an international organization; 2) severe and unexpected economic hardship; and 3) optional practical training (OPT) related to your degree. You must have written authorization from USCIS before you begin work. Contact your DSO for details. Your spouse or child (F-2 classification) may not work in the United States

**PERIOD OF STAY.** You may remain in the United States while taking a full course of study or during authorized employment after your program. F-1 status ends and you are required to leave the United States on the earliest of the following dates: 1) the program end date on your Form I-20 plus 60 days; 2) the end date of your OPT plus 60 days; or 3) the termination of your program for any other reason. Contact your DSO for details.

**EXTENSION OF PROGRAM.** If you cannot complete the education program by the program end date on page 1 of your Form I-20, you should contact your DSO at least 15 days before the program end date to request an extension.

**SCHOOL TRANSFER.** To transfer schools, first notify the DSO at the school you are attending of your plan to transfer, then obtain a Form I-20 from the DSO at the school you plan to attend. Return the Form I-20 for the new school to the DSO at that school within 15 days after beginning attendance at the new school. The DSO will then report the transfer to the Department of Homeland Security (DHS). You must enroll in the new school at the next session start date. The DSO at the new school must update your registration in SEVIS.

**NOTICE OF ADDRESS.** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY.** F-1 students may leave the United States and return within a period of five months. To return, you must have: 1) a valid passport; 2) a valid F-1 student visa (unless you are exempt from visa requirements); and 3) your Form I-20, page 2, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO

**AUTHORIZATION TO RELEASE INFORMATION BY SCHOOL.** DHS requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY.** To maintain your nonimmigrant student status, you must: 1) remain a full-time student at your authorized school; 2) engage only in authorized employment; and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

## INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(k) and 8 CFR 214.4 when issuing Forms I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports, DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20.** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status; 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school; or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that the form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no substantive changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there have been substantive changes, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING.** DHS may request information concerning the student's immigration status for various reasons. DSOs should retain all evidence of academic ability and financial resources on which admission was based, until SEVIS shows the student's record completed or terminated.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and DHS use this information to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 30 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection unless a form displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer/Forms Management Branch, U.S. Immigration and Customs Enforcement. 801 I Street NW Stop 5800,  Washington, DC 20536-5800. Do not send the form to this address.

ICE Form I-20 (3/31/2018)

# Exhibit "BK"



**Consular Appointment:** 16 July, 2018, 10:15 CDT at Monterrey — ● get directions

**ASC Appointment:** 13 July, 2018, 10:30 CDT at Monterrey ASC — ● get directions

**Document Delivery Location:** Monterrey ASC – Avenida Hidalgo #400 Poniente Colonia Centro (Basement), Monterrey, NUEVO LEON Nuevo León 64000, MX — ⬚ view map

| Applicant Name | Passport | DS-160 | Visa Class | Status |
|---|---|---|---|---|
| ERIKA CONTRERAS CRUZ | G15099955 | AA007YRWCS | F1 Student | Check DS-160 Status ⬚ |

IVR Account Number: 84349626

User Account: ERIKA CONTRERAS CRUZ, contreras_erika1@hotmail.com

# CSRA/United States DoS Nonimmigrant Visa Instructions

Please read these instructions in their entirety. Failure to comply with these instructions may delay the approval of your U.S. Nonimmigrant Visa application.

To complete this application for a U.S. Nonimmigrant Visa, each applicant listed below must appear with supporting Visa application documents for an in-person interview at the U.S. Consular Section.

Please gather the documents for each applicant listed below. Have each of the applicants bring a copy of their individual instructions with them to the Consular Section interview.

## Instructions for ERIKA CONTRERAS CRUZ

| | |
|---|---|
| **Applicant Name** | ERIKA CONTRERAS CRUZ |
| **Visa Class** | F1 Student |
| **DS-160 Number** | AA007YRWCS |
| **Passport Number** | G15099955 |
| **Destination** | Monterrey |

**DS-160 Number**



AA007YRWCS

**Passport Number**



G15099955

You must appear in person at the Applicant Service Center (ASC) to provide fingerprints and digital photograph. Please bring your passport and DS-160 confirmation page to your ASC appointment.

Please do not arrive at the Applicant Service Center (ASC) more than 15 minutes before your scheduled appointment time. There is no need to arrive earlier. Applicants will be allowed to enter only at their scheduled time.

You must also appear for an in-person interview at the Consular Section. Please gather the documents listed below and bring them with you to your interview and a copy of these instructions.

Applicants under 7 years old or over 79 years old must provide two color PHOTOGRAPHS, 2 in x 2 in, white background, forehead and ears fully visible, that follow the standards provided by the Department of State : https://travel.state.gov/content/travel/en/us-visas/visa-information-resources/photos/photo-composition-template.html (https://travel.state.gov/content/travel/en/us-visas/visa-information-resources/photos/photo-composition-template.html).

Children under 7 years old and applicants over 79 years old DO NOT need to appear in person at the Applicant Service Center (ASC) and/or Consular Section appointment. Minors can be represented by at least one parent or legal guardian at the time of the appointment. In the case of applicants over 79 years old, they can be represented by immediate relative or by a third party.

In general, only Visa applicants with scheduled appointments are allowed to enter the Consular Section. Parents or legal guardians are allowed to accompany minor children. For special instructions concerning translators or caregivers, visit the Consular Section website.

All visitors to the Consular Section are screened by security personnel prior to entry. To learn more about the security precautions and restrictions please visit the Consular Section Web site at https://mx.usembassy.gov/visas/tourism-visitor/the-interview/ (https://mx.usembassy.gov/visas/tourism-visitor/the-interview/).

| | |
|---|---|
| Consular Section Interview Date: | ASC Appointment Date: |
| **16 July, 2018, 10:15 CDT** | **13 July, 2018, 10:30 CDT** |
| Consular Section Location: | ASC Location: |
| **Prolongación Avenida Alfonso Reyes # 150** | **Avenida Hidalgo** |
| **Col. Valle Poniente** | **#400 Poniente Colonia Centro** |
| **Santa Catarina,** | **(Basement)** |
| **Nuevo Leon** | **Monterrey, NUEVO LEON** |
| | **Nuevo León** |
| | **64000** |

You have until 24 hours prior to your ASC appointment to cancel your appointment and 12 July, 2018, 21:00 CDT to reschedule appointment. You can cancel or reschedule your appointment(s) from the "Applicant Summary Page".

# General Required Documents - For All Visa Types

The following documents are required for all visa types:

. Current Passport valid for travel to the United States. The passport must be valid for at least six months beyond the period of stay in the United States (unless exempt by country-specific agreements (https://www.cbp.gov/document/bulletins/six-month-club-update)).

. Passport containing the most recently issued U.S. Visa (if applicable).

. Nonimmigrant Visa Application, Form DS-160 confirmation page.

5. Accompanying family members, unless entering the United States for another purpose, should present a marriage certificate (spouse) and/or birth certificate (for unmarried children under 21), as applicable.

If you are attending an appointment in person, you must bring original documents. If you are eligible to send your documents via courier, you must send your current valid passport and the prior passport containing the most recently issued U.S Visa (if applicable) as well as the DS-160 confirmation page and copies of any other supporting documents. Please see the section below for a list of supporting documents required for each visa type.

## (F) ACADEMIC OR LANGUAGE STUDENT

- Form I-20, Certificate of Eligibility for Nonimmigrant (F-1 or M-1) Student Status for Non-Academic, Language Students, and Vocational Studies. The applicant will need to submit a SEVIS generated Form, I-20, which was provided to the applicant by the applicant's school. The applicant and the school official must sign the I-20 form.
- The Student and Exchange Visa Information System (SEVIS) I-901 fee receipt. For additional information about who is required pay this fee, please see SEVP on the Web at http://www.fmjfee.com (http://www.fmjfee.com).

When attending an in-person consular interview, additional documents may be requested to establish if you are qualified for the visa. If you qualify for NOT attending an in-person consular interview, submit only the required documents specifically listed on the instruction page.

For example, additional requested documents for an in-person interview may include evidence of:

- The purpose of your trip
- Your intent to depart the United States after your trip; and/or
- Your ability to pay all the costs of your trip.
- Evidence of your employment and/or family ties may be sufficient to show the purpose of your trip and your intent to return to your home country.
- If you cannot cover all the costs for your trip, you may show evidence that another person will cover some or all of the costs for your trip.

# Visa Issuance Fee (Reciprocity Fee)

Depending on the applicant's country of citizenship and the visa type, the applicant may also be required to pay an additional fee for visa issuance, known as a reciprocity fee. Detailed information about reciprocity fees can be found at https://travel.state.gov/content/travel/en/us-visas/Visa-Reciprocity-and-Civil-Documents-by-Country.html (https://travel.state.gov/content/travel/en/us-visas/Visa-Reciprocity-and-Civil-Documents-by-Country.html)

# Document Return

| Delivery Type: | You | Delivery Address: |
|---|---|---|
| **CSRA Point-of-Sale Delivery** | only | **Avenida Hidalgo** |

have until 16 July, 2018, 06:00 CDT to change the location where your visa documents will be delivered. After the time indicated above, the option to change the courier location will be deactivated from your account and at this point no courier changes will be allowed.

Delivery Address:
**Avenida Hidalgo**
**#400 Poniente Colonia Centro (Basement)**
**Monterrey, NUEVO LEON, Nuevo León, 64000 Mexico**

Close (/en-mx/niv/groups/18668242)

# Exhibit "BL"



## Consulado General de los Estados Unidos
## De América en Monterrey
### Sección de Visas de No-Inmigrante

Estimado solicitante:

Sentimos informarle de que usted no es elegible para una visa de no-inmigrante bajo los estatutos de la Sección 214 (b) de la ley de Inmigración y Nacionalidad de EE.UU. Una negación bajo la Sección 214 (b) significa que no pudo probar que las actividades que usted intentaba realizar en los Estados Unidos serían consistentes con la clasificación de la visa de no-inmigrante que usted solicitó.

Cada una de las clasificaciones de visa de no-inmigrante tiene sus propios requisitos, uno de los requisitos que comparten muchas de las categorías de visas de no-inmigrante es que el solicitante compruebe la residencia en su país y que él / ella no tiene la intención de abandonar. Los solicitantes normalmente cumplen con este requisito al demostrar que tienen lazos fuertes en el país que reside y su intención a regresar después de una visita temporal a los Estados Unidos. Esos vínculos incluyen su actividad profesional (trabajo), escuela, familia, o lazos sociales a su país de residencia. Usted no ha demostrado que tiene los lazos que le obliguen a regresar a su país de origen después de su viaje a los Estados Unidos.

Usted no puede apelar a la decisión del día de hoy. Sin embargo, usted puede volver a solicitar una visa en cualquier momento. Si decide volver a solicitar, usted debe presentar una nueva solicitud y foto, pagar la tarifa de solicitud de visa de nuevo, y hacer una nueva cita para ser entrevistado por un oficial consular. Si decide volver a solicitar, usted debe estar preparado para proporcionar información que no había presentado en su solicitud original, o demostrar que su situación ha cambiado significativamente desde esa aplicación.

Atentamente,

Oficial Consular
Sección de Visas de No-Inmigrante
Consulado General de los Estados Unidos

11 / 2017