Jorge F. Coombs, Esquire *(NJ Attorney ID # 017962002)*
YOUNGBLOOD FRANKLIN
SAMPOLI & COOMBS, P.A.
1201 New Road, Suite 230
Linwood, NJ  08221
Tel:     (609) 601-6600
Fax:     (609) 601-6601
E-mail: jcoombs@youngbloodlegal.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

| | |
|---|---|
| **H. FRANK FIFE** and **JOHN G. AND ELIZABETH STEELMAN FOUNDATION**,<br><br>    Plaintiffs<br><br>    v.<br><br>**WILLIAM P. BARR**, in his official capacity as Attorney General of the United States and executive of the U.S. Department of Justice;<br><br>**KEVIN K. MCALEENAN**, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security;<br><br>**KEVIN K. MCALEENAN**, in his official capacity as Commissioner of U.S. Customs and Border Protection;<br><br>**MARK A. MORGAN**, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and<br><br>**JUDSON W. MURDOCK, II**, in his official capacity as Houston CBP Director of Field Operations, individually, jointly, separately and in the alternative,<br><br>    Defendants | CIVIL ACTION<br><br>CASE NO.: 1:19-cv-13912<br><br><br><br><u>**CERTIFICATE OF SERVICE**</u> |

1

Pursuant to Federal Rule of Civil Procedure 5(b) the undersigned certifies that he caused copies of a **Summons, Plaintiffs' Complaint, and supporting Exhibits** to be served upon the following parties via the CM/ECF system on **June 17, 2019** and by USPS Certified Mail - Return Receipt Requested on **June 28, 2019**:

**William P. Barr, Esquire**
**Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**Mark A. Morgan**
**Director of U.S. Immigration and Customs Enforcement**
500 12th Street, SW
Washington, D.C. 20536

**The Honorable Kevin K. McAleenan**
**Acting Secretary of Homeland Security**
Washington, D.C. 20528

**Judson W. Murdock, II**
**Houston CBP Director of Field Operations**
2323 S. Shepherd #1200
Houston, TX 77019

**The Honorable Kevin K. McAleenan**
**Commissioner of U.S. Customs and Border Protection**
1300 Pennsylvania Avenue, NW
Washington, D.C. 20229

**Civil - Process Clerk**
**U.S. Attorney's Office for the District of New Jersey**
970 Broad Street, 7th Floor
Newark, NJ 07102

Respectfully submitted this 9th day of July, 2019.

By: _____
Jorge F. Coombs, Esq.