

**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

August 30, 2019

**BY ECF**
Honorable Noel L. Hillman
United States District Court
for the District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Cthse.
Camden, NJ 08101

    Re:   *Fife, et al. v. William Barr, et al.*
           Case 1:19-cv-13912-NLH-AMD

Dear Judge Hillman:

This office represents the Defendants in this matter. Defendants' answer to the complaint, or other responsive filing, is due on September 3, 2019. However, my office is in the process of obtaining the documentation necessary to form and file a complete response in this matter, and additional time is needed. Counsel for Defendants has conferred with Plaintiff's counsel via email and telephone, and Plaintiff's counsel has agreed to an extension under the terms proposed herein.

Therefore, I respectfully request a three-week extension of time to file an answer to the complaint or other responsive filing. This is the first extension request in this matter. A proposed order of extension is attached. Thank you for the Court's consideration of this matter.

                Respectfully submitted,

                By: /s/ T. Benton York
                T. BENTON YORK
                *Trial Attorney*
                United States Department of Justice, Civil Division
                Office of Immigration Litigation- District Court Section
                P.O. Box 868 Ben Franklin Station
                Washington, D.C. 20044
                202-598-6073

                *Counsel for Defendants*