# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| H. FRANK FIFE and JOHN G. AND ELIZABETH STEELMAN FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM P. BARR, *et al.*,<br><br>*Defendants*. | HON. NOEL L. HILLMAN<br><br>Civil Action No. 19-cv-13912<br><br>~~[PROPOSED]~~ ORDER |

This matter having been brought before the Court upon Defendants' letter request, dated August 30, 2019, requesting an extension of time to answer Plaintiffs' complaint,

IT IS on this 4th day of September, 2019,

ORDERED that Defendants' time to file an answer or other responsive filing to the complaint filed by Plaintiffs in the above-captioned matter is extended until September 24, 2019.

At Camden, New Jersey

_____
NOEL L. HILLMAN
United States District Judge