JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
GLENN M. GIRDHARRY
*Assistant Director*
SAMUEL P. GO
*Senior Litigation Counsel*
T. BENTON YORK
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-6073
Email: Thomas.B.York@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| H. FRANK FIFE and JOHN G. AND ELIZABETH STEELMAN FOUNDATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States and executive of the U.S. Department of Justice, et al.<br><br>*Defendants.* | HON. NOEL J. HILLMAN<br><br>*Civil Action No.* 19-13912<br><br>**NOTICE OF MOTION** |

To:   JORGE F. COOMBS, ESQ.
      YOUNGBLOOD, FRANKLIN, SAMPOLINI, & COOMBS, P.A.
      1201 NEW ROAD, SUITE 230
      LINWOOD, NJ 08221

PLEASE TAKE NOTICE, that on October 21, 2019, at 10:00 am, or as soon thereafter as counsel may be heard, Benton York, Trial Attorney, appearing, as

1

attorney for Defendants, will apply to this Court for an Order dismissing Plaintiffs' claims pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

In support of this Motion, Defendants respectfully refers the Court to (i) this Notice of Motion, (ii) the Proposed Order, and (iii) the Brief in Support of Defendants' Motion to Dismiss.

Dated:  Washington, D.C.
September 24, 2019

Respectfully submitted,

JOSEPH H. HUNT
*Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*

GLENN M. GIRDHARRY
*Assistant Director*

SAMUEL GO
*Senior Litigation Counsel*

By: /s/ *T. Benton York*
T. BENTON YORK (Va. Bar #94324)
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-6073
Email: Thomas.B.York@usdoj.gov

*Attorney for Defendants*