JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
GLENN M. GIRDHARRY
*Assistant Director*
SAMUEL P. GO
*Senior Litigation Counsel*
T. BENTON YORK
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-6073
Email: Thomas.B.York@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| H. FRANK FIFE and JOHN G. AND ELIZABETH STEELMAN FOUNDATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States and executive of the U.S. Department of Justice, et al.<br><br>*Defendants.* | HON. NOEL J. HILLMAN<br><br>*Civil Action No.* 19-13912<br><br>**PROPOSED ORDER** |

This matter having been opened to the Court by T. Benton York, Trial Attorney, appearing, for Defendants, for an order dismissing the Complaint pursuant

1

to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Court having considered the matter,

It is on this _____ day of _____, 2019,

ORDERED that the Complaint is DISMISSED.

_____<br>
HON. NOEL J. HILLMAN<br>
United States District Judge