Jorge F. Coombs, Esquire *(NJ Attorney ID # 017962002)*
YOUNGBLOOD FRANKLIN
SAMPOLI & COOMBS, P.A.
1201 New Road, Suite 230
Linwood, NJ  08221
Tel:     (609) 601-6600
Fax:    (609) 601-6601
E-mail: jcoombs@youngbloodlegal.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

| | |
|---|---|
| **H. FRANK FIFE** and **JOHN G. AND ELIZABETH STEELMAN FOUNDATION**,<br><br>                    Plaintiffs,<br><br>     v.<br><br>**WILLIAM P. BARR**, in his official capacity as Attorney General of the United States and executive of the U.S. Department of Justice;<br><br>**KEVIN K. MCALEENAN**, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security;<br><br>**KENNETH T. CUCCINELLI**, in his official capacity as Acting Director of U.S. Customs and Border Protection;<br><br>**MARK A. MORGAN**, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and<br><br>**JUDSON W. MURDOCK, II**, in his official capacity as Houston CBP Director of Field Operations, individually, jointly, separately and in the alternative,<br><br>                    Defendants. | CIVIL ACTION<br><br>CASE NO.: 1:19-CV-13912-NLH-AMD<br><br><u>Motion Return Date</u>: October 21, 2019<br><br><br><br>**PLAINTIFFS' NOTICE OF MOTION**<br>**TO STAY**<br>**FIVE YEAR ENTRY BAR**<br>**AND**<br>**CERTIFICATION OF SERVICE** |

**PLEASE TAKE NOTICE** that on October 21, 2019, or as soon thereafter as counsel may be heard, Plaintiffs H. Frank Fife and the John G. and Elizabeth Steelman Foundation shall move before the Honorable Noel L. Hillman, United States District Judge, at the Mitchell H. Cohen Building & U.S. Courthouse, located at 4th & Cooper Streets in Camden, New Jersey, for an Order to Stay the Five (5) Year Entry Bar administrative order, presently imposed pursuant to I.N.A. § 212(a)(9), on Erika Contreras Cruz, Plaintiffs' F-1 student visa designee, pending final resolution of the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Plaintiffs will rely on their attached Brief in Support of Motion to Stay Five Year Entry Bar. A proposed form of Order is included with this Notice of Motion.

                                                 Respectfully submitted,

                                                 YOUNGBLOOD FRANKLIN
                                                 SAMPOLI & COOMBS, PA

Dated: <u>September 27, 2019</u>       By:  _____
                                                 JORGE F. COOMBS, ESQUIRE
                                                 Attorney for Plaintiffs

## CERTIFICATION OF SERVICE

I, Jorge F. Coombs, Esquire, hereby certify that on September 27, 2019 I electronically filed and served copies of the within motion with the Clerk of the United States District Court for the District of New Jersey and served same upon Counsel for Defendants by Regular Mail and through the Court's CM/ECF system:

>Clerk of the District Court
>United States District Judge for the District of New Jersey
>Mitchell H. Cohen Building & U.S. Courthouse
>4th & Cooper Streets
>Camden, NJ 08101
>
>T. Benton York, Esquire
>Trial Attorney
>United States Department of Justice, Civil Division
>Office of Immigration Litigation – District Court Section
>P.O. Box 868 Ben Franklin Station
>Washington, D.C. 20044
>Thomas.B.York@usdoj.gov

Dated: September 27, 2019   By: _____
                                JORGE F. COOMBS, ESQUIRE
                                Attorney for Plaintiffs