## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN VICINAGE)

| | |
|---|---|
| **H. FRANK FIFE**, et. al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | CASE NO.: 1:19-cv-13912-NLH-AMD |
| **WILLIAM P. BARR**, et. al., | |
| Defendants. | |

### ORDER

**UPON CONSIDERATION** of Plaintiffs' application requesting a stay and Defendants' response filed thereto,

**IT IS ORDERED** that Defendants' administrative order, which imposed a Five (5) Year Entry Bar on Erika Contreras Cruz, Plaintiffs' F-1 student visa designee, pursuant to I.N.A. § 212(a)(9), shall be stayed so she can enter the United States to continue her studies; future STEM OPT training extension program; and be physically present for discovery, pre-trial preparation, and to provide testimony at trial pending further order of the undersigned or of the Court.

_____
Hon. Noel L. Hillman
United States District Judge

Dated this _____ day of _____, 20___.