UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| H. FRANK FIFE and JOHN G. AND ELIZABETH STEELMAN FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM P. BARR, KEVIN K. MCALEENAN, MARK A. MORGAN, and JUDSON W. MURDOCK, II,<br><br>    Defendants. | 1:19-cv-13912-NLH-AMD<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  29th  day of  June , 2020

ORDERED that the MOTION to Dismiss by All Defendants [8] be, and the same hereby is, GRANTED; and it is further

ORDERED that the MOTION to Stay Five Year Entry Bar by Plaintiffs [9] be, and the same hereby is, DENIED AS MOOT; and it is finally

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.

At Camden, New Jersey

　　　　　　　　　　　　　　　　　　　　s/ Noel L. Hillman
　　　　　　　　　　　　　　　　　　　　NOEL L. HILLMAN, U.S.D.J.