UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| H. FRANK FIFE and JOHN G. AND ELIZABETH STEELMAN FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States and executive of the U.S. Department of Justice;<br><br>KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security;<br><br>KENNETH T. CUCCINELLI, in his official capacity as Acting Director of U.S. Customs and Border Protection;<br><br>MARK A. MORGAN, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and<br><br>JUDSON W. MURDOCK, II, in his official capacity as Houston CBP Director of Field Operations, individually, jointly, separately and in the alternative,<br><br>Defendants. | CASE NO.: 1:19-cv-13912-NLH-AMD<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEAL** |

1

Notice is hereby given that Plaintiffs, H. Frank Fife and John G. and Elizabeth Steelman Foundation, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order dismissing Plaintiff's Complaint and Plaintiff's Motion to Stay Five Year Entry Bar entered in this action on the 29th day of June 2020.

YOUNGBLOOD FRANKLIN
SAMPOLI & COOMBS, PA

Dated: July 28, 2020            By: /s/ _____
JORGE F. COOMBS, ESQUIRE
Attorney for Plaintiffs
YOUNGBLOOD FRANKLIN
SAMPOLI & COOMBS, P.A.
1201 New Road, Suite 230
Linwood, NJ 08221
Tel:   (609) 601-6600
Fax:   (609) 601-6601
E-mail: jcoombs@youngbloodlegal.com

## CERTIFICATION OF SERVICE

    The undersigned hereby certifies that on this day a copy of the foregoing is being served upon the following person(s) *via* the Court's electronic filing and service procedures:

> **Clerk of the District Court**
> **United States District Judge for the District of New Jersey**
> **Mitchell H. Cohen Building & U.S. Courthouse**
> **4th & Cooper Streets**
> **Camden, NJ 08101**
>
> **T. Benton York, Esquire**
> **Trial Attorney**
> **United States Department of Justice, Civil Division**
> **Office of Immigration Litigation – District Court Section**
> **P.O. Box 868 Ben Franklin Station**
> **Washington, D.C. 20044**
> **Thomas.B.York@usdoj.gov**

                                            YOUNGBLOOD FRANKLIN
                                            SAMPOLI & COOMBS, PA

Dated: July 28, 2020              By: /s/_____
                                            JORGE F. COOMBS, ESQUIRE
                                            Attorney for Plaintiffs
                                            YOUNGBLOOD FRANKLIN
                                            SAMPOLI & COOMBS, P.A.
                                            1201 New Road, Suite 230
                                            Linwood, NJ  08221
                                            Tel:   (609) 601-6600
                                            Fax:   (609) 601-6601
                                            E-mail: jcoombs@youngbloodlegal.com